UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

## STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 1007(a)(3)

Pursuant to Bankruptcy Rules 1007(a)(1) and (a)(3), TEXAS STANDARD OIL COMPANY represents that there are no corporate entities to report that directly or indirectly own 10% or more of any class of the TEXAS STANDARD OIL COMPANY's equity interest.

DATED: June 26, 2008.

TEXAS STANDARD OIL COMPANY

*/s/ Charles Sharman*
Charles Sharman
President and Sole Director of Debtor

1268107-1:TSOC:0001