UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

## BRIEF LIST OF ASSETS

| Asset | Book value after depreciation |
|---|---:|
| Current Assets | |
|    Checking/Savings | 37,563.58 |
|    Accounts Receivable | |
|       Accounts Receivable | 3,178.86 |
|       Notes Receivable | 545,000.00 |
|    Total Accounts Receivable | 548,178.86 |
|    Other Current Assets | |
|       Rent Deposit | 4,478.73 |
| Total Current Assets | 590,221.17 |
| | |
| Fixed Assets | |
|    Capitalized Seismic, G & G | |
|       Accum Amort - G & G | (24,615.89) |
|       Capitalized Seismic, G & G - Other | 40,237.54 |
|    Total Capitalized Seismic, G & G | 15,621.65 |
|    Leasehold - Undeveloped | 42,864.99 |
|    Producing Properties | |
|       Lease & Well Equipment | |
|          Accum Depr - Lease & Well Equip | (34,358.25) |
|          Lease & Well Equipment - Other | 34,566.67 |
|       Total Lease & Well Equipment | 208.42 |
| | |
|       Leasehold Cost | |
|          Accum Oil and Gas Depletion | (10,916.67) |
|          Leasehold Cost - Other | 10,916.67 |
|       Total Leasehold Cost | 0.00 |

|  |  |
|---|---|
| Total Producing Properties | 208.42 |
| Total Fixed Assets | 58,695.06 |
| TOTAL ASSETS | 648,916.23 |

Dated: June 26, 2008

TEXAS STANDARD OIL COMPANY

_____
Charles Sharman
President and Sole Director of Debtor