B6D (Official Form 6D) (12/07)

In re **Texas Standard Oil Company**                              Case No.  08-34031
                                                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  | Subtotal (Total of this Page) > |  |  |  | $0.00 | $0.00 |
|  |  | Total (Use only on last page) > |  |  |  | $0.00 | $0.00 |

___No___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Texas Standard Oil Company**  Case No. __08-34031__
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Texas Standard Oil Company**     Case No. **08-34031**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Pat Johnson<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $85,223.00 | $10,950.00 | $74,273.00 |
| ACCT #:<br>Timothy Roberson<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $123,259.25 | $10,950.00 | $112,309.25 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >    $208,482.25    $21,900.00    $186,582.25

Total >    $208,482.25
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >    $21,900.00    $186,582.25
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **Texas Standard Oil Company**                                    Case No.   **08-34031**
                                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Bradley L. DeLuca/Brigid D. Ashcraft<br>Johnson DeLuca Kennedy & Kurisky, PC<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010 | | DATE INCURRED:<br>CONSIDERATION: Notice Only<br>REMARKS: Atty for Mariner Energy Resources, Inc. and Forest Oil Corporation | | | | Notice Only |
| ACCT #:<br>Edward R. Ziegler, PE<br>5063 Westheimer, Suite 810<br>Houston, TX 77056 | | DATE INCURRED:<br>CONSIDERATION: Services<br>REMARKS: | | | | $20,962.50 |
| ACCT #:<br>Forest Oil Corporation<br>c/o Bradley L. DeLuca/Brigid D. Ashcraft<br>Johnson DeLuca Kennedy & Kurisky, PC<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010 | | DATE INCURRED:<br>CONSIDERATION: Judgment<br>REMARKS: Texas Standard Oil Company v. Forest Oil Corporation, et al.; Case No. 05-490; US Dist Court, Southern Dist of Texas, Galveston Div | | | | $97,641.00 |
| ACCT #:<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | DATE INCURRED:<br>CONSIDERATION: Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Langston Energy, LLC<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION: Loan<br>REMARKS: | | | | $59,427.81 |
| ACCT #:<br>Mariner Energy Resources, Inc.<br>c/o Bradley L. DeLuca/Brigid D. Ashcraft<br>Johnson DeLuca Kennedy & Kurisky, PC<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010 | | DATE INCURRED:<br>CONSIDERATION: Judgment<br>REMARKS: Texas Standard Oil Company v. Forest Oil Corporation, et al.; Case No. 05-490; US Dist Court, Southern Dist of Texas, Galveston Div | | | | $428,316.00 |
| | | | | | Subtotal > | $606,347.31 |
| | | | | | Total > | |

____1____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Texas Standard Oil Company**   Case No. **08-34031**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Spagnoletti & Co.<br>401 Louisiana, 8th Fl<br>Houston, TX 77002 | | DATE INCURRED:<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $38,166.87 |
| ACCT #:<br>Texas Standard Oil & Gas, LP<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $74,552.18 |
| ACCT #:<br>TXSS 498 Corp.<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $12,755.13 |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $125,474.18

Total > $731,821.49
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)