B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: Texas Standard Oil Company

Case No. 08-34031

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mariner Energy Resources, Inc. c/o Bradley L. DeLuca/Brigid D. Ashcraft Johnson DeLuca Kennedy & Kurisky, PC 1221 Lamar Street, Suite 1000 | | Judgment | | $428,316.00 |
| Timothy Roberson 9 Greenway Plaza, Suite 3040 Houston, Texas 77046 | | Services | | $123,259.25 |
| Forest Oil Corporation c/o Bradley L. DeLuca/Brigid D. Ashcraft Johnson DeLuca Kennedy & Kurisky, PC 1221 Lamar Street, Suite 1000 | | Judgment | | $97,641.00 |
| Pat Johnson 9 Greenway Plaza, Suite 3040 Houston, Texas 77046 | | Services | | $85,223.00 |
| Texas Standard Oil & Gas, LP 9 Greenway Plaza, Suite 3040 Houston, Texas 77046 | | Loan | | $74,552.18 |
| Langston Energy, LLC 9 Greenway Plaza, Suite 3040 Houston, Texas 77046 | | Loan | | $59,427.81 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Texas Standard Oil Company**                              Case No.  **08-34031**

                                                                                                        Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Spagnoletti & Co.<br>401 Louisiana, 8th Fl<br>Houston, TX 77002 | | Services | | $38,166.87 |
| Edward R. Ziegler, PE<br>5063 Westheimer, Suite 810<br>Houston, TX 77056 | | Services | | $20,962.50 |
| TXSS 498 Corp.<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | Loan | | $12,755.13 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President & Sole Director**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **6/26/2008**                    Signature: _____
                                                                **Charles Sharman**
                                                                **President & Sole Director**