B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Texas Standard Oil Company**                         Case No.   **08-34031**

                                                              Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $606,051.24 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $208,482.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $731,821.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 13 | $606,051.24 | $940,303.74 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  Texas Standard Oil Company

Case No. __08-34031__
(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President & Sole Director__ of the __Corporation__ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date __July 11, 2008__            Signature __[signed]__
                                  Charles Sharman
                                  President & Sole Director

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6A (Official Form 6A) (12/07)

In re **Texas Standard Oil Company**   Case No. **08-34031**
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Undivided interest in:<br>OCS-G 03414, dated January 1, 1977, by and between the United States of America, as Lessor, and Transco Exploration Company, Freeport Oil Company, Energy Development Corp., and Pioneer Production Corp., as Lessee cover the N/2 of Block 34 West Delta Area, Offshore Louisiana, as shown on OCS Official leasing Map, Louisiana Map No. 8. | Undivided Leasehold | | Unknown | $0.00 |
| Leasehold interests:<br>High Island Area Block A-552, Offshore Texas | Undivided Leasehold | | Unknown | $0.00 |
| Undivided leasehold interest:<br>Calcasieu Lake South Prospect, Cameron Parish, LA<br><br>3.1666666% interest in Test Well before Casing Point<br>2.375000% interest in Test Well After Casing Point<br>2.375000% interest in Subsequent Wells | Undivided Leasehold | | Unknown | $0.00 |
| 1.950637% leasehold interest in:<br>Main Pass Area Block 7, Offshore LA | Undivided Leashold | | Unknown | $0.00 |
| Undivided leasehold interest in:<br>Catapult Trend Area, Cameron, Vermilion and Iberia Parishes<br><br>6.000000% interest in Test Well Before Payout<br>5.250000% interest in Test Well After Payout<br>5.250000% interest in Subsequent Wells | Undivided Leasehold | | Unknown | $0.00 |
| | | Total: | | $0.00 |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Texas Standard Oil Company**　　　　　　　　　　　Case No. **08-34031**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Merrill Lynch Account No. xxxxx7K62 | $37,563.58 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Rent deposit | $4,478.73 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Texas Standard Oil Company**　　　　　　　　　　Case No. **08-34031**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Accounts receivable | $3,178.86 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Note receivable (recovery dependent on litigation set for trial in December 2008) | $545,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Texas Standard Oil Company**　　　　　　　　　　　　　　Case No. **08-34031**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims asserted in Case No. 05-0490, Texas Standard Oil Co. v. Forest Oil Co. et al, U.S. District Court, Southern District of Texas, Galveston Division | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Texas Standard Oil Company**  Case No. **08-34031**
(if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Lease and well equipment (book value) | $208.42 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Seismic data (book value) | $15,621.65 |

_____3_____ continuation sheets attached  Total >  **$606,051.24**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Texas Standard Oil Company**                           Case No.  **08-34031**
                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **Texas Standard Oil Company**  Case No. **08-34031**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Subtotal (Total of this Page) > $0.00 | $0.00 |
| | | | | | | Total (Use only on last page) > $0.00 | $0.00 |

___No___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  Texas Standard Oil Company                                    Case No.  __08-34031_____
                                                                                (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Texas Standard Oil Company**  Case No. **08-34031**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
| --- | --- |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #:<br>Pat Johnson<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $85,223.00 | $10,950.00 | $74,273.00 |
| ACCT #:<br>Timothy Roberson<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $123,259.25 | $10,950.00 | $112,309.25 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Subtotals (Totals of this page) > $208,482.25 | $21,900.00 | $186,582.25 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Total > $208,482.25
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals >   $21,900.00   $186,582.25
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re **Texas Standard Oil Company**          Case No. **08-34031**
                                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Bradley L. DeLuca/Brigid D. Ashcraft<br>Johnson DeLuca Kennedy & Kurisky, PC<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS:<br>Atty for Mariner Energy Resources, Inc. and Forest Oil Corporation | | | | Notice Only |
| ACCT #:<br>Edward R. Ziegler, PE<br>5063 Westheimer, Suite 810<br>Houston, TX 77056 | | DATE INCURRED:<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $20,962.50 |
| ACCT #:<br>Forest Oil Corporation<br>c/o Bradley L. DeLuca/Brigid D. Ashcraft<br>Johnson DeLuca Kennedy & Kurisky, PC<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010 | | DATE INCURRED:<br>CONSIDERATION:<br>Judgment<br>REMARKS:<br>Texas Standard Oil Company v. Forest Oil Corporation, et al.; Case No. 05-490; US Dist Court, Southern Dist of Texas, Galveston Div | X | | X | $97,641.00 |
| ACCT #:<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Langston Energy, LLC<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $59,427.81 |
| ACCT #:<br>Mariner Energy Resources, Inc.<br>c/o Bradley L. DeLuca/Brigid D. Ashcraft<br>Johnson DeLuca Kennedy & Kurisky, PC<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010 | | DATE INCURRED:<br>CONSIDERATION:<br>Judgment<br>REMARKS:<br>Texas Standard Oil Company v. Forest Oil Corporation, et al.; Case No. 05-490; US Dist Court, Southern Dist of Texas, Galveston Div | X | | X | $428,316.00 |
| | | | | | Subtotal > | $606,347.31 |
| | | | | | Total > | |

    1    continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Texas Standard Oil Company**  Case No. **08-34031**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Spagnoletti & Co.<br>401 Louisiana, 8th Fl<br>Houston, TX 77002 | | DATE INCURRED:<br>CONSIDERATION:<br>Services<br>REMARKS: | | | | $38,166.87 |
| ACCT #:<br>Texas Standard Oil & Gas, LP<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $74,552.18 |
| ACCT #:<br>TXS 498 Corp.<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>Loan<br>REMARKS: | | | | $12,755.13 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $125,474.18

Total > $731,821.49
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Texas Standard Oil Company**　　　　　　　　　　Case No. __08-34031__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Apache Corporation**<br>2000 Post Oak Boulevard, Suite 100<br>Houston, Texas 77056-4400 | JOA dated effective October 1, 2004, b/w Apache Corp., as Operator, and Sandalwood Exploration, L.P. et al., as Non-Operators, covering Main Pass Area Block 7, Offshore, LA |
| **Buccaneer Resources LLC**<br>3300 South Gessner, Suite 200<br>Houston, TX 77063 | Nominee Agreement - Offshore lease Brazos Block 488, Lease No. OC5-G31013 |
| **Highbaugh Field Corp.**<br>1320 South Loop West<br>Houston, TX 77054 | Nominee Agreement - Offshore lease Brazos Block 488, Lease No. OC5-G31013 |
| **Houston Energy, LP**<br>1415 Louisiana, Suite 2150<br>Houston, TX 77002 | Farmout Agreement (subject to litigation) |
| **MS Crescent Nine Greenway SPV, LLC**<br>3 Greenway Plaza, Suite 110<br>Houston, TX 77046 | Office Lease<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **Texas Standard Oil Company**  Case No. **08-34031**
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Pitney Bowes**<br>P.O. Box 856042<br>Louisville, KY 40285 | Month-to-month lease for postage machine |
| **Sandalwood Exploration, L.P.**<br>1220 Augusta Drive, Suite 400<br>Houston, TX 77057 | JOA dated April 26, 2005, b/w Sandalwood Exploration, L.P., as Operator, and Henry Production Co. et al., as Non-Operators, covering the Catapult Trend Area, Cameron, Vermilion and Iberia Parishes. |
| **Sandalwood Oil & Gas, L.P.**<br>1220 Augusta Drive, Suite 400<br>Houston, TX 77057 | JOA dated December 15, 2004 b/w Sandalwood Oil & Gas, L.P., as Operator, and Island Drilling, LLC et al., as Non-Operators, covering the Calcasieu Lake South Prospect, Cameron Parish, LA |
| **Transco Exploration Company**<br>2800 Post Oak Blvd.<br>Houston, TX 77056 | JOA dated January 3, 1977, b/w Transco Exploration Co., as Operator, and Freeport Oil Co. et al., as Non-Operators, covering the North Half (n/2) of West Delta Area Block 34, Offshore, LA |
| **Transco Exploration Company**<br>2800 Post Oak Blvd.<br>Houston, TX 77056 | JOA dated March 1, 1979 b/w Transco Exploration Co., as Operator and Energy Development Corp. et al, as Non-Operators, covering High Island Area Block A-552, Offshore, TX |

B6H (Official Form 6H) (12/07)

In re **Texas Standard Oil Company**  Case No. **08-34031**
(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |