UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| TEXAS STANDARD OIL COMPANY § | |
| § | CASE NO. 08-34031-H4-11 |
| § | |
| Debtor § | |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

CAME ON to be heard the Unopposed Motion for Relief from the Automatic Stay ("Motion") of Forest Oil Corporation, Mariner Energy, Inc. and/or Mariner Energy Resources, Inc. ("Creditors"), and the Court having considered same, and after notice and hearing, is of the opinion that said Motion should be GRANTED; it is therefore ORDERED that:

The automatic stay be, and it hereby is, modified to allow Creditors to continue their appeal in Case No. 08-40390, *Texas Standard Oil Company v. Forest Oil Corporation, et al.*, in the United States Court of Appeals for the Fifth Circuit, and to respond to the Debtor Texas Standard Oil Company's Cross-Appeal in that case.

SIGNED THIS _____ day of _____, 2008.

_____
THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

/s/ Bradley L. DeLuca
Bradley L. DeLuca
SBT No. 05653800
Federal Bar No. 11510
George A. Kurisky, Jr.
SBT No: 11767700
Federal Bar No. 12892

**JOHNSON DELUCA KENNEDY & KURISKY, P.C.**
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
(713) 652-2525 Telephone
(713) 652-5130 Facsimile