

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**08/14/2008**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **TEXAS STANDARD OIL COMPANY,** | § | **CASE NO. 08-34031** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED CONSIDERATION OF
ITS *EMERGENCY* MOTION PURSUANT TO 11 U. S. C. § 363(b) AND (f) TO SELL
ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS AND OTHER INTERESTS
AND MOTION TO ELIMINATE TEN-DAY STAY UNDER
<u>BANKRUPTCY RULE 6004(h)</u>**

Came on for consideration Texas Standard Oil Company's *Motion for Expedited Consideration of Its Emergency Motion Pursuant to 11 U.S.C. § 363(b) and (f) to Sell Assets of the Estate Free and Clear of Liens and Other Interests and Motion to Eliminate Ten-Day Stay Under Bankruptcy Rule 6004(h)* (the "Motion"). After considering the Motion, the Court is of the opinion that the relief requested is proper and should be granted. It is therefore

ORDERED that the Motion is GRANTED. It is further

ORDERED that a hearing on the *Emergency Motion Pursuant to 11 U.S.C. § 363(b) and (f) to Sell Assets of the Estate Free and Clear of Liens and Other Interests and Motion to Eliminate Ten-Day Stay Under Bankruptcy Rule 6004(h)* is set for ___4:30 p.___m. on ___August 14___, 2008.

SIGNED this ___13th___ day of ___August___ 2008.

_____
HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

1289511-1:TSOC:0001

APPROVED & SUBMITTED BY:

**HUGHESWATTERSASKANASE, LLP**


*/s/ Heather McIntyre*
Wayne Kitchens     TBN 11541110
Heather McIntyre     TBN 24041076
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas 77002
Tel: 713.759.0818
Fax: 713.759.6834
COUNSEL FOR TEXAS STANDARD OIL COMPANY

1289511-1:TSOC:0001