**MOR-1**

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| CASE NAME: | Texas Standard Oil Company |
| CASE NUMBER: | 08-34031-H4-11 |
| PROPOSED PLAN DATE: | |

| | |
|---|---|
| PETITION DATE: | 06/26/08 0:00 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Region 7 |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | Jul-08 | | JULY | YEAR 2008 |
|---|---|---|---|---|
| REVENUES (MOR-6) | 34,096.85 | | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -95,323.98 | | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -96,824.45 | | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 7,340.51 | | 0.00 | 0.00 |

| REQUIRED INSURANCE MAINTAINED | EXP. DATE | | | CIRCLE ONE | Answer |
|---|---|---|---|---|---|
| AS OF SIGNATURE DATE | | Are all accounts receivable being collected within terms? | Yes No | Yes * |
| CASUALTY | YES ( ) NO (X) | — | Are all post-petition liabilities, including taxes, being paid within terms? | Yes No | Yes, unless disputed. |
| LIABILITY | YES ( ) NO (X) | — | Have any pre-petition liabilities been paid? | Yes No | No |
| VEHICLE | YES ( ) NO (X) | — | If so, describe | | |
| WORKER'S | YES ( ) NO (X) | — | Are all funds received being deposited into DIP bank accounts? | Yes No | Yes |
| OTHER | YES ( ) NO (X) | — | Were any assets disposed of outside the normal course of business? | Yes No | No |
| | | | If so, describe | | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes No | Yes |
| | | | What is the status of your Plan of Reorganization? Debtor plans to file a plan of reorganization in Dec 2008 | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct. Based on information and belief,

SIGNED X _Pat Johnson_ TITLE: Accountant
(ORIGINAL SIGNATURE)

Pat Johnson                                   08/20/08
(PRINT NAME OF SIGNATORY)                     DATE

| | |
|---|---|
| ATTORNEY NAME: | Heather McIntyre |
| FIRM NAME: | HughesWattersAskanase |
| ADDRESS: | 333 Clay, 29th Floor |
| CITY, STATE, ZIP: | Houston, TX 77002 |
| TELEPHONE/FAX: | 713-328-2830 / 713-759-6834 |

**MOR-1**                                    Revised 07/01/98

* Except for expense reimbursement (approximately $2,600) from MOSH Holding, LP which is in litigation.
** It is not customary in debtor's business of oil & gas exploration for debtor to carry insurance. Based on information and belief, operators of leases in which debtor has oil and gas interests carry insurance covering the debtor's interest.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 06/26/08 | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 37,874.01 | 62,869.92 | | | | | |
| Accounts Receivable, Net | 549,835.14 | 551,714.72 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 587,709.15 | 614,584.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST * | 132,336.83 | 132,336.83 | | | | | |
| Less Accumulated Depreciation | 69,099.56 | 70,799.86 | | | | | |
| NET BOOK VALUE OF PP & E | 63,237.27 | 61,536.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Capitalized Office Lease Improvements BV | 40,208.40 | 40,107.40 | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. Rent Deposit | 4,478.73 | 4,478.73 | | | | | |
| TOTAL ASSETS | $695,633.55 | $720,707.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs per amendments to be filed

MOR-2

Revised 07/01/98

* Does not include drilling costs as these costs are expensed and therefore not shown on the Balance Sheet.
Includes Undeveloped Leasehold, capitalized Geological & Geophysical (seismic) and Lease & Well Equipment.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 06/26/08 0:00 | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 121,907.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 0.00 | 0.00 | | | | | |
| Priority Debt | 21,900.00 | 21,900.00 | | | | | |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt * | 1,346,966.55 | 1,346,957.22 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES * | 1,368,866.55 | 1,368,857.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 1,368,866.55 | 1,490,765.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 1,680.67 | 1,680.67 | | | | | |
| RETAINED EARNINGS: Filing Date | (674,913.67) | (674,913.67) | | | | | |
| RETAINED EARNINGS: Post Filing Date | | (96,824.45) | (96,824.45) | (96,824.45) | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (673,233.00) | (770,057.45) | (96,824.45) | (96,824.45) | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $695,633.55 | $720,707.74 | ($96,824.45) | ($96,824.45) | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3                                                                                            Revised 07/01/98

* Judgments are not included in this statement as they are encompassed by Joint Interest Billing Statements (which amounts are included).

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## AGING OF POST-PETITION LIABILITIES
MONTH Jul-08

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | 0.00 | 0.00 | 0.00 | |
| 31-60 | 121,887.36 | 121,887.36 | 0.00 | 0.00 | 0.00 | |
| 61-90 | 0.00 | | 0.00 | 0.00 | 0.00 | |
| 91+ | 0.00 | | 0.00 | 0.00 | 0.00 | |
| TOTAL | $121,887.36 | $121,887.36 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Jul-08 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 2,427.21 | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | 549,287.51 | | | | | |
| TOTAL | $551,714.72 | | | | $0.00 | $0.00 |

MOR-5

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## STATEMENT OF INCOME (LOSS)

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| | Jul-08 | | | | | | |
| REVENUES (MOR-1) | 34,096.85 | | | | | | 34,096.85 |
| TOTAL COST OF REVENUES | 123,001.33 | | | | | | 123,001.33 |
| GROSS PROFIT | -88,904.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -88,904.48 |
| OPERATING EXPENSES: | | | | | | | 0.00 |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 6,419.50 | | | | | | 6,419.50 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 6,419.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,419.50 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -95,323.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -95,323.98 |
| INTEREST EXPENSE | 246.80 | | | | | | 246.80 |
| DEPRECIATION | 1,801.30 | | | | | | 1,801.30 |
| OTHER (INCOME) EXPENSE* | -547.63 | | | | | | -547.63 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 1,500.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.47 |
| NET INCOME BEFORE TAXES | -96,824.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96,824.45 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($96,824.45) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($96,824.45) |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

* Rent reimbursement

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jul-08 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $37,816.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,816.15 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 31,846.65 | | | | | | 31,846.65 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 547.63 | | | | | | 547.63 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL RECEIPTS** | 32,394.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,394.28 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 4,631.39 | | | | | | 4,631.39 |
| 11. UTILITIES & TELEPHONE | 279.40 | | | | | | 279.40 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 644.51 | | | | | | 644.51 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 1,460.21 | | | | | | 1,460.21 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 7,015.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,015.51 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 325.00 | | | | | | 325.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 7,340.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,340.51 |
| 22. NET CASH FLOW | 25,053.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,053.77 |
| 23. CASH - END OF MONTH (MOR-2) | $62,869.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62,869.92 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF Jul-08

| BANK NAME | Encore Bank | # | Encore Bank | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #30323489 | | #30323497 | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | | 0.00 | | $0.00 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 37,874.01 | | | | $37,874.01 |
| RECEIPTS* | 32,336.42 | | | | $32,336.42 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 7,340.51 | | | | $7,340.51 |
| ENDING CASH - PER BOOKS | $62,869.92 | $0.00 | $0.00 | $0.00 | $62,869.92 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Jul-08 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | 0.00 | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | 0.00 | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Revised 07/01/98