UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/26/2008

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY | § | |
| | § | CASE NO. 08-34031-H4-11 |
| | § | |
| Debtor | § | |

### ORDER DENYNG DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §363(b) AND (f) TO SELL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND MOTION TO ELIMINATE TEN-DAY STAY UNDER BANKRUPTCY RULE 6004(h)

CAME ON to be heard the Debtor's Emergency Motion Pursuant to 11 U.S.C. §363(b) and (f) to Sell Assets of the Estate Free and Clear of Liens and Other Interests and Motion to Eliminate Ten-Day Stay under Bankruptcy Rule 6004(h) ("Emergency Motion") and the Court, having heard oral argument and testimony, is of the opinion that said Motion should be denied; it is therefore ORDERED that:

1. Debtor's Emergency Motion is hereby DENIED; and

2. The Findings of Fact and Conclusions of Law supporting the denial of the Motion were read by the Court into the record at the hearing on the Emergency Motion held on Thursday, August 14, 2008.

SIGNED THIS 26th day of August, 2008.

THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

**PREPARED AND PRESENTED BY:**

/s/ Bradley L. DeLuca
Bradley L. DeLuca
SBT No. 05653800
Federal Bar No. 11510
George A. Kurisky, Jr.
SBT No: 11767700
Federal Bar No. 12892
JOHNSON DELUCA KENNEDY & KURISKY, P.C.
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
(713) 652-2525 Telephone
(713) 652-5130 Facsimile


**APPROVED AS TO FORM ONLY:**

/s/ Heather H. McIntyre
Heather H. McIntyre
SBT No. 24041076
HUGHES WATTERS ASKANASE, LLP
333 Clay, 29th Floor
Houston, Texas 77002-4168
(713) 759-0818 Telephone
(713) 759-6834 Facsimile