UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

### ORDER GRANTING *UNOPPOSED* MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Came on to be considered the *Unopposed Motion for Relief from the Automatic Stay* (the "Motion"). The Court finds there is cause to grant the Motion. It is therefore

ORDERED that the Motion is GRANTED. It is further

ORDERED that the automatic stay pursuant to 11 U.S.C. § 362 is lifted as to Apache Corporation, Noble Energy, Inc., and Coldren Resources, LP to allow their appeals to proceed with respect to the case styled No. G-05-490 *Texas Standard Oil Company v. Forest Oil Corporation, et al* in the United States District Court for the Southern District of Texas, Houston Division (the "Lawsuit") which appeals are styled as Case No. 08-40390; *Texas Standard Oil Company v. Forest Oil Corporation, et al.* pending in the Fifth Circuit Court of Appeals (the "Appeal"). It is further

ORDERED that the automatic stay is lifted as to Forest Oil Corporation, Marine Energy Resources, Inc., Mariner Energy, Inc., Apache Corporation, Noble Energy, Inc., and Coldren Resources, LP pursuant to this Order and the Order Granting Unopposed Motion for Relief from the Automatic Stay [Docket No. 27] so that the Appeal may proceed. It is further

ORDERED that the automatic stay pursuant to 11 U.S.C. § 362 does not apply to Texas Standard Oil Company as to the Lawsuit or the Appeal.

SIGNED this _____ day of _____ 2008.

_____
THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

*/s/ Heather McIntyre*_____
Wayne Kitchens          TBN 11541110
Heather McIntyre        TBN 24041076
HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002
Tel: 713.759.0818
Fax: 713.759.6834
COUNSEL FOR TEXAS STANDARD
OIL COMPANY

1300108-1:TSOC:0001