UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR AUTHORITY TO PERFORM UNDER
PRE-PETITION NOMINEE AGREEMENT REGARDING HIGH ISLAND A-96**

Came on for consideration Texas Standard Oil Company's *Motion for Authority to Perform Under Pre-Petition Nominee Agreement Regarding High Island A-96* (the "Motion"). After the consideration of the arguments of counsel, the pleadings filed, and evidence presented, the Court finds that the relief requested is in the best interest of the estate and all parties in interest and should be granted. Based on the foregoing, it is hereby

ORDERED that the Motion is granted in all respects. It is further

ORDERED that Texas Standard Oil Company has the authority to perform as required under the Nominee Agreement attached to the Motion including, but not limited to, the authority to assign its interest in High Island Block A-96 to Texas Standard Oil & Gas, LP as set forth in the Nominee Agreement.

SIGNED on _____, 2008.

_____
THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

1301628-1:TSOC:0001

APPROVED AS TO FORM AND SUBSTANCE:

*/s/ Heather McIntyre*
Wayne Kitchens     TBN 11541110
Heather McIntyre     TBN 24041076
HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002
Tel: 713.759.0818
Fax: 713.759.6834
COUNSEL FOR TEXAS STANDARD
OIL COMPANY

1301628-1:TSOC:0001