IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY | § | Case No. 08-34031 |
| | § | (Chapter 11) |
| Debtor | § | |

### ORDER GRANTING CREDITOR MARINER ENERGY, INC. AND MARINER ENERGY RESOURCES, INC.'S MOTION TO ABANDON PLATFORM

Came on to be considered Creditor Mariner Energy, Inc. and Mariner Energy Resources, Inc.'s Motion to Abandon Platform (the "Motion"). The Court finds there is cause to grant the Motion. It is therefore,

ORDERED that the Motion is GRANTED. It is further,

ORDERED that the debtor in possession pursuant to 11 U.S.C. § 554 is ordered to abandon the platform that is the subject of the Motion and is located on federal lease block High Island-A 552 offshore Galveston, Texas (the "Platform") by donating the Platform to the State of Texas to have the Platform reefed.

SIGNED this ____ day of _____, 2008.

_____
THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

2

APPROVED AS TO FORM AND SUBSTANCE:

  /s/ Millard A. Johnson
Millard A. Johnson
SBN 10772500
Fed 245
Bradley L. DeLuca
SBN 05653800
Fed 11510
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525 – Telephone
(713) 652-5130 – Facsimile

ATTORNEYS FOR MARINER ENERGY, INC.
AND MARINER ENERGY RESOURCES, INC.