


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/17/2008

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

### ORDER GRANTING MOTION BY TEXAS STANDARD OIL COMPANY TO EXTEND TIME TO ASSUME OR REJECT LEASE
[Dkt. No. 51]

At Houston in said District, after due notice, came on for consideration the Motion filed by Texas Standard Oil Company, the debtor and debtor in possession in the above-captioned Chapter 11 case, for an order extending the time to assume or reject lease, and the Court having considered the Motion, the allegations and representations set forth therein and the arguments of counsel, and based thereon having determined that the relief requested in the Motion should be granted, it is hereby

ORDERED that the time within which the Debtor may file a motion to assume or reject the Office Lease Agreement dated February 11, 2002 and amended May 20, 2008, with MS Crescent Nine Greenway SPV, LLC (successor-in-interest to Crescent Estate Funding III, L.P.), for the use and occupancy of Nine Greenway Plaza, Suite 3030, Houston, Texas 77046 is hereby extended through and including January 22, 2009.

SIGNED this 16th day of Oct. 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

1298771-1:TSOC:0001

APPROVED AS TO FORM AND SUBSTANCE:

*/s/ Heather McIntyre*
Wayne Kitchens        TBN 11541110
Heather McIntyre      TBN 24041076
HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002
Tel: 713.759.0818
Fax: 713.759.6834
COUNSEL FOR TEXAS STANDARD
OIL COMPANY

1298771-1:TSOC:0001