

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/17/2008

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

### AGREED ORDER RESOLVING CREDITOR MARINER ENERGY, INC. AND MARINER ENERGY RESOURCES, INC.'S MOTION TO ABANDON PLATFORM
[Related to Docket No. 57]

Came on for consideration Mariner Energy, Inc. and Mariner Energy Resources, Inc.'s Motion to Abandon Platform (the "Motion"). After the consideration of the arguments of counsel, the pleadings filed, and evidence presented, if any, the Court finds that the relief requested should not be granted. However, based on the arguments of counsel, the pleadings filed, and evidence presented, if any, the Court finds as follows:

1. The removal of the High Island A-552 Platform is required by federal law and at the demand of the Minerals Management Services;

2. The reefing of the High Island A-552 Platform is in the best interest of all parties in interest of the bankruptcy estate as it will reduce the expense to all parties in interest including Debtor;

3. That an order authorizing the Debtor to consent to the removal of the Platform which is the subject of the Motion is warranted; and

4. That the decision to reef the High Island A-552 Platform is a decision the operator can make in the ordinary course of its business;

Based on the foregoing, it is hereby

ORDERED that the Motion is DENIED. It is further

ORDERED that Texas Standard Oil Company is authorized ~~~~~~~~~~~ to consent

to the removal of the High Island A-552 Platform pursuant to the Offshore Operating Agreement for Block A-552 High Island Area.

SIGNED on October 16, 2008.

_____
THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

APPROVED & SUBMITTED BY:

*/s/ Heather McIntyre*

Wayne Kitchens     TBN 11541110
David Askanase     TBN 01390000
Heather McIntyre   TBN 24041076
HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002
Tel: 713.759.0818
Fax: 713.759.6834
COUNSEL FOR TEXAS STANDARD
OIL COMPANY

-and-

Millard Johnson     TBN 10772500
Johnson, De Luca, Kennedy & Kurisky, PC
4 Houston Center
1221 Lamar, Suite 1000
Houston, TX 77010
ATTORNEYS FOR MARINER ENERGY, INC.
AND MARINER ENERGY RESOURCES, INC.