UNITED STATES BANKRUPTCY COURT

**MOR-1**

| | |
|---|---|
| CASE NAME: | Texas Standard Oil Company |
| CASE NUMBER: | 08-34031-H4-11 |
| PROPOSED PLAN DATE: | |

| | |
|---|---|
| PETITION DATE: | 06/26/08 0:00 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Region 7 |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | Jul-08 | Aug-08 | 30-Sep | | YEAR 2008 |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 34,096.85 | 14,836.81 | 15,130.21 | | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | -95,323.98 | -401,333.82 | -41,818.62 | | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -96,824.45 | -402,334.29 | -42,293.81 | | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 7,340.51 | 93,393.34 | 11,392.36 | | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | CIRCLE ONE | Answer |
|---|---|---|
| Are all accounts receivable being collected within terms? | Yes   No | Yes * |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes   No | Yes, unless disputed. |
| Have any pre-petition liabilities been paid? | Yes   No | No |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | Yes   No | Yes |
| Were any assets disposed of outside the normal course of business? | Yes   No | No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes   No | Yes |
| What is the status of your Plan of Reorganization? | | Debtor plans to file a plan of reorganization in Dec 2008 |

| REQUIRED INSURANCE MAINTAINED | | EXP. DATE |
|---|---|---|
| AS OF SIGNATURE DATE ** | | |
| CASUALTY | YES ( )  NO (X) | |
| LIABILITY | YES ( )  NO (X) | |
| VEHICLE | YES ( )  NO (X) | |
| WORKER'S | YES ( )  NO (X) | |
| OTHER | YES ( )  NO (X) | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED x _Pat Johnson_ TITLE: Accountant
(ORIGINAL SIGNATURE)

Pat Johnson                                                    10/20/08
(PRINT NAME OF SIGNATORY)                 DATE          Revised 07/01/98

| ATTORNEY NAME: | Heather McIntyre |
|---|---|
| FIRM NAME: | Hughes Watters Askanase |
| ADDRESS: | 333 Clay, 29th Floor |
| CITY, STATE, ZIP: | Houston, TX 77002 |
| TELEPHONE/FAX: | 713-328-2830 / 713-759-6834 |

MOR-1

\* Except for expense reimbursement (approximately $2,600) from MOSH Holding, LP which is in litigation.
\*\* It is not customary in debtor's business of oil & gas exploration for debtor to carry insurance. Based on information and belief, operators of leases in which debtor has oil and gas interests carry insurance covering the debtor's interest.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 06/26/08 | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 37,874.01 | 62,869.92 | 35,400.73 | 27,429.57 | | | |
| Accounts Receivable, Net | 549,835.14 | 551,714.72 | 551,718.71 | 564,875.11 | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | 0.00 | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 587,709.15 | 614,584.64 | 587,119.44 | 592,304.68 | | | |
| PROPERTY, PLANT & EQUIP @ COST * | 132,336.83 | 132,336.83 | 217,536.83 | 219,118.83 | | | |
| Less Accumulated Depreciation | 69,099.56 | 70,799.86 | 72,500.16 | 74,200.46 | | | |
| NET BOOK VALUE OF PP & E | 63,237.27 | 61,536.97 | 145,036.67 | 144,918.37 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Capitalized Office Lease Improvements BV | 40,208.40 | 40,107.40 | 40,006.40 | 39,905.40 | | | |
| 3. Electric Deposit | | | | | | | |
| 4. Rent Deposit | 4,478.73 | 4,478.73 | 4,478.73 | 4,478.73 | | | |
| TOTAL ASSETS | $695,633.55 | $720,707.74 | $776,641.24 | $781,607.18 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs as amended

MOR-2

Revised 07/01/98

* Does not include drilling costs as these costs are expensed and therefore not shown on the Balance Sheet.
Includes Undeveloped Leasehold, capitalized Geological & Geophysical (seismic) and Lease & Well Equipment & estimated IDC for Thumbs Up.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 06/26/08 0:00 | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 121,907.97 | 530,074.96 | 577,435.51 | 0.00 | 0.00 | 0.00 |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 0.00 | 0.00 | | | | | |
| Priority Debt | 21,900.00 | 21,900.00 | 21,900.00 | 21,900.00 | | | |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt * | 1,346,966.55 | 1,346,957.22 | 1,346,957.22 | 1,346,957.22 | | | |
| Other | | | | | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES * | 1,368,866.55 | 1,368,857.22 | 1,368,857.22 | 1,368,857.22 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 1,368,866.55 | 1,490,765.19 | 1,898,932.18 | 1,946,292.73 | | | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFFERED STOCK | | | | | | | |
| COMMON STOCK | 1,680.67 | 1,680.67 | 51,680.67 | 51,680.67 | | | |
| ADDITIONAL PAID-IN CAPITAL | (674,913.67) | (674,913.67) | (674,913.67) | (674,913.67) | | | |
| RETAINED EARNINGS: Filing Date | | (96,824.45) | (499,158.74) | (541,452.55) | | | |
| RETAINED EARNINGS: Post Filing Date | | (770,057.45) | (1,122,391.74) | (1,164,685.55) | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | (673,233.00) | | | | | | |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $695,633.55 | $720,707.74 | $776,540.44 | $781,607.18 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

* Judgments are not included in this statement as they are encompassed by Joint Interest Billing Statements (which amounts are included).

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 121,661.17 | 529,581.36 | 576,703.07 | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0.00 | | | | | |
| State Payroll Taxes | 0.00 | | | | | |
| Ad Valorem Taxes | 0.00 | | | | | |
| Other Taxes | 0.00 | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | 246.80 | 493.60 | 732.44 | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $121,907.97 | $530,074.96 | $577,435.51 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## AGING OF POST-PETITION LIABILITIES
### MONTH Sep-08

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 48,351.56 | 48,351.56 | 0.00 | 0.00 | 0.00 |
| 31-60 | 407,454.55 | 407,454.55 | 0.00 | 0.00 | 0.00 |
| 61-90 | 120,896.96 | 120,896.96 | 0.00 | 0.00 | 0.00 |
| 91+ | 0.00 | | 0.00 | 0.00 | 0.00 |
| TOTAL | $576,703.07 | $576,703.07 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Aug-08 | | | | MONTH |
|---|---|---|---|---|---|
| 0-30 DAYS | 15,587.60 | | | | |
| 31-60 DAYS | | | | | |
| 61-90 DAYS | | | | | |
| 91+ DAYS | 549,287.51 | | | | |
| TOTAL | $564,875.11 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## STATEMENT OF INCOME (LOSS)

| | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 34,096.85 | 14,836.81 | 15,130.21 | | | | 64,063.87 |
| TOTAL COST OF REVENUES | 123,001.33 | 408,833.58 | 45,720.52 | | | 0.00 | 577,555.43 |
| GROSS PROFIT | -88,904.48 | -393,996.77 | -30,590.31 | 0.00 | 0.00 | | -513,491.56 |
| OPERATING EXPENSES: | | | | | | | 0.00 |
| Selling & Marketing | | | | | | | 24,984.86 |
| General & Administrative | 6,419.50 | 7,337.05 | 11,228.31 | | | | 24,984.86 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 6,419.50 | 7,337.05 | 11,228.31 | 0.00 | 0.00 | 0.00 | 24,984.86 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -95,323.98 | -401,333.82 | -41,818.62 | 0.00 | 0.00 | 0.00 | -538,476.42 |
| INTEREST EXPENSE | 246.80 | 246.80 | 238.84 | | | | 732.44 |
| DEPRECIATION | 1,801.30 | 1,801.30 | 1,801.30 | | | | 5,403.90 |
| OTHER (INCOME) EXPENSE* | -547.63 | -1,047.63 | -1,564.95 | | | | -3,160.21 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 1,500.47 | 1,000.47 | 475.19 | 0.00 | 0.00 | 0.00 | 2,976.13 |
| NET INCOME BEFORE TAXES | -96,824.45 | -402,334.29 | -42,293.81 | 0.00 | 0.00 | 0.00 | -541,452.55 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($96,824.45) | ($402,334.29) | ($42,293.81) | $0.00 | $0.00 | $0.00 | ($541,452.55) |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or Infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

* Rent reimbursement

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $37,816.15 | $62,869.92 | $35,290.73 | | | | $37,816.15 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 31,846.65 | 14,766.52 | 1,883.57 | | | | 48,496.74 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 547.63 | 1,047.63 | 1,547.63 | | | | 3,142.89 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | | | | | 0.00 |
| 6. OTHER (attach list) **** | 0.00 | 50,000.00 | | | | | 50,000.00 |
| TOTAL RECEIPTS*** | 32,394.28 | 65,814.15 | 3,431.20 | 0.00 | 0.00 | 0.00 | 101,639.63 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 4,631.39 | 5,001.02 | 7,756.44 | | | | 17,388.85 |
| 11. UTILITIES & TELEPHONE | 279.40 | 1,244.77 | 487.53 | | | | 2,011.70 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 644.51 | 805.77 | 481.84 | | | | 1,126.35 |
| 15. TRAVEL & ENTERTAINMENT | 1,460.21 | 805.77 | 126.31 | | | | 2,392.29 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | 1,141.78 | 2,540.24 | | | | 3,682.02 |
| 17. ADMINISTRATIVE & SELLING | | 85,200.00 | | | | | 85,200.00 |
| 18. OTHER (attach list) **** | 7,015.51 | 93,393.34 | 11,392.36 | 0.00 | 0.00 | 0.00 | 111,801.21 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 325.00 | | | | | | 325.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 7,340.51 | 93,393.34 | 11,392.36 | 0.00 | 0.00 | 0.00 | 112,126.21 |
| 22. NET CASH FLOW | 25,053.77 | -27,579.19 | -7,961.16 | 0.00 | 0.00 | $0.00 | -10,486.58 |
| 23. CASH - END OF MONTH (MOR-2) | $62,869.92 | $35,290.73 | $27,329.57 | $0.00 | $0.00 | $0.00 | $27,329.57 |

* Applies to Individual debtors only
** Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

*** Capital Contributions:
  Tim Roberson        24,895
  Idylette Roberson       60
  Chip Langston       12,150
  LuJan Langston       8,100
  Charles Sharman      4,695
                      50,000

**** Thumbs Up IDC      85,200

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF Sep-08

| | Encore Bank | | Encore Bank | | |
|---|---|---|---|---|---|
| BANK NAME | #30323489 | # | #30323497 | | |
| ACCOUNT NUMBER | | | | | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 38,721.93 | | 100.00 | | $38,821.93 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | 15,024.01 | | | | $15,024.01 |
| ADJUSTED BANK BALANCE | $23,697.92 | $0.00 | $100.00 | $0.00 | $23,797.92 |
| BEGINNING CASH - PER BOOKS | 35,290.73 | | 110.00 | | $35,400.73 |
| RECEIPTS* | 3,431.20 | | | | $3,431.20 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 11,392.36 | | 10.00 | | $11,402.36 |
| ENDING CASH - PER BOOKS | $27,329.57 | $0.00 | $100.00 | $0.00 | $27,429.57 |

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

MOR-8

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.). (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | 0.00 | 0.00 | 0.00 | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | 0.00 | 0.00 | 0.00 | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Revised 07/01/98