EXHIBIT "C"

## Texas Standard Oil Company
## Liquidation Analysis as of January 2009

| Asset | Estimated Value | Notes |
|---|---|---|
| Apache Well (Main Pass 7-2) | $110,819 | 25% of projected cash flow given uncertainties in current economy, and small non-operated offshore interest |
| Davis Trust Well | $49,064 | 25% of projected cash flow given uncertainties in current economy, and small non-operated interest |
| Brazos Block 488 ORRI | $500 | .00333 Overriding royalty on undrilled block. Would require $150,000 of gross production to recoup even $500. |
| West Delta 34 | $0 | Leasehold interest found to be forfeited; appeal pending |
| HI 552 | $0 | Lease has expired; no remaining assets. |
| Note Receivable | $556,000 | Face value of principal plus interest |
| HI A-96 legal title | $0 | Bare legal title to a partial interest (60%) |
| Forest/Mariner Appeal | $0 | No established market for causes of action, lost in district court, now pending appeal. |
| Office lease security deposit | $4,479 | Face value |
| **TOTAL** | **$720,862** | |

1335157

# EXHIBIT "D"

## Texas Standard Oil Company
### Summary
### Revenue & Cost Projection

| Projected | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | |
| **Income** | | | | | | | | | | |
| Davis Trust | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 |
| MP #7-2 | 30,732.85 | 38,352.77 | 47,332.52 | 48,910.51 | 62,765.12 | 68,696.33 | 37,139.56 | 27,217.67 | 23,008.75 | 14,441.12 |
| **Total Income** | 39,332.85 | 46,952.77 | 55,932.52 | 57,510.51 | 71,365.12 | 77,296.33 | 45,739.56 | 35,817.67 | 31,608.75 | 23,041.12 |
| **Cost of Goods Sold** | | | | | | | | | | |
| IDC Expense (Recomplete MP 7-2) | 10,000.00 | - | - | - | - | - | - | - | - | - |
| **Lease Operating Expense** | | | | | | | | | | |
| Davis Trust | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| MP #7-2 | 415.60 | 658.06 | - | 962.34 | 934.69 | - | 1,138.07 | 297.10 | 424.39 | 298.93 |
| **Total LOE** | 915.60 | 1,158.06 | 500.00 | 1,462.34 | 1,434.69 | 500.00 | 1,638.07 | 797.10 | 924.39 | 798.93 |
| **Severance Taxes** | | | | | | | | | | |
| Davis Trust | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| MP #7-2 | - | - | - | - | - | - | - | - | - | - |
| **Total Severance Taxes** | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| **Total COGS** | 11,215.60 | 1,458.06 | 800.00 | 1,762.34 | 1,734.69 | 800.00 | 1,938.07 | 1,097.10 | 1,224.39 | 1,098.93 |
| **Gross Profit** | 28,117.25 | 45,494.71 | 55,132.52 | 55,748.17 | 69,630.43 | 76,496.33 | 43,801.49 | 34,720.57 | 30,384.36 | 21,942.19 |
| **Expense** | | | | | | | | | | |
| Misc G&A | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Interest Expense - Loans | | | | | | | | | | |
| **Professional Fees** | | | | | | | | | | |
| Accounting Fees | 1,500.00 | | 4,500.00 | 1,500.00 | | | | | | |
| Legal Fees | 10,000.00 | | | | | | | | | |
| **Total Professional Fees** | 11,500.00 | - | 4,500.00 | 1,500.00 | | | | | | |
| Quarterly Fee - Bankruptcy | 900.00 | | | 900.00 | | | | | | |
| Rent & Parking | 7,300.00 | 7,300.00 | 7,300.00 | 7,300.00 | 7,300.00 | 7,300.00 | 7,300.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| Staff Leasing | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Telephone & Internet | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| **Total Expense** | 22,700.00 | 10,300.00 | 14,800.00 | 12,700.00 | 10,300.00 | 10,300.00 | 10,300.00 | 10,500.00 | 10,500.00 | 10,500.00 |
| **Net Ordinary Income** | 5,417.25 | 35,194.71 | 40,332.52 | 43,048.17 | 59,330.43 | 66,196.33 | 33,501.49 | 24,220.57 | 19,884.36 | 11,442.19 |
| **Other Income/Expense** | | | | | | | | | | |
| **Other Income** | | | | | | | | | | |
| MOSH Note & Interest Reprnt | 555,900.00 | | | | | | | | | |
| Overhead Reimbursement | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 |
| **Total Other Income** | 557,460.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 |
| **Total Other Expense** | | | | | | | | | | |
| **Net Other Income** | 557,460.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 |
| **Net Income** | 562,877.25 | 36,754.71 | 41,892.52 | 44,608.17 | 60,890.43 | 67,756.33 | 35,061.49 | 25,780.57 | 21,444.36 | 13,002.19 |

# EXHIBIT "D"

## Texas Standard Oil Company
### Summary
### Revenue & Cost Projection

| Projected | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| Income | | | | | | | | | | | | | |
| Davis Trust | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 6,500.00 | 4,400.00 | 2,200.00 |
| MP #7-2 | 11,821.29 | 9,910.51 | 8,159.45 | 5,776.26 | 4,699.56 | 4,832.67 | 4,587.46 | 2,175.55 | 3,314.37 | 2,947.85 | 1,779.75 | 1,425.11 | 1,443.33 |
| **Total Income** | 20,421.29 | 18,510.51 | 16,759.45 | 14,376.26 | 13,299.56 | 13,432.67 | 13,187.46 | 10,775.55 | 11,914.37 | 11,547.85 | 8,279.75 | 5,825.11 | 3,643.33 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| IDC Expense (Recomplete MP 7-2) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lease Operating Expense | | | | | | | | | | | | | |
| Davis Trust | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| MP #7-2 | 429.70 | 688.57 | 637.15 | 904.09 | 606.52 | (4,022.60) | 569.60 | 739.71 | - | 1,318.83 | 500.98 | 589.89 | 550.64 |
| Total LOE | 929.70 | 1,188.57 | 1,137.15 | 1,404.09 | 1,106.52 | (3,522.60) | 1,069.60 | 1,239.71 | 500.00 | 1,818.83 | 1,000.98 | 1,089.89 | 1,050.64 |
| Severance Taxes | | | | | | | | | | | | | |
| Davis Trust | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| MP #7-2 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Severance Taxes | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| **Total COGS** | 1,229.70 | 1,468.57 | 1,437.15 | 1,704.09 | 1,406.52 | (3,222.60) | 1,369.60 | 1,539.71 | 800.00 | 2,118.83 | 1,300.98 | 1,389.89 | 1,350.64 |
| **Gross Profit** | 19,191.59 | 17,041.94 | 15,322.30 | 12,672.17 | 11,893.04 | 16,655.27 | 11,817.86 | 9,235.84 | 11,114.37 | 9,429.02 | 6,978.77 | 4,435.22 | 2,292.69 |
| **Expense** | | | | | | | | | | | | | |
| Misc G&A | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Interest Expense - Loans | | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | | |
| Accounting Fees | | | 1,500.00 | | 4,500.00 | 1,500.00 | | | | | | | |
| Legal Fees | | | | | | | | | | | | | |
| Total Professional Fees | - | - | 1,500.00 | - | 4,500.00 | 1,500.00 | - | - | - | - | - | - | - |
| Quarterly Fee - Bankruptcy | | | | | | | | | | | | | |
| Rent & Parking | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,700.00 | 7,700.00 | 7,700.00 | 7,700.00 |
| Staff Leasing | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Telephone & Internet | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| **Total Expense** | 10,500.00 | 10,500.00 | 12,000.00 | 10,500.00 | 15,000.00 | 12,000.00 | 10,500.00 | 10,500.00 | 10,500.00 | 10,700.00 | 10,700.00 | 10,700.00 | 10,700.00 |
| **Net Ordinary Income** | 8,691.59 | 6,541.94 | 3,322.30 | 2,172.17 | (3,106.96) | 4,655.27 | 1,317.86 | (1,264.16) | 614.37 | (1,270.98) | (3,721.23) | (6,264.78) | (8,407.31) |
| **Other Income/Expense** | | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | | |
| MOSH Note & Interest Repmt | | | | | | | | | | | | | |
| Overhead Reimbursement | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 |
| Total Other Income | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 |
| Total Other Expense | | | | | | | | | | | | | |
| **Net Other Income** | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 | 1,560.00 |
| **Net Income** | 10,251.59 | 8,101.94 | 4,882.30 | 3,732.17 | (1,546.96) | 6,215.27 | 2,877.86 | 295.84 | 2,174.37 | 289.02 | (2,161.23) | (4,704.78) | (6,847.31) |

# EXHIBIT "D"

## Texas Standard Oil Company
### Summary
### Revenue & Cost Projection

| Projected | Dec 10 | TOTAL |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Davis Trust | - | 219,500.00 |
| MP #7-2 | 1,001.41 | 462,471.77 |
| **Total Income** | 1,001.41 | 681,971.77 |
| | | |
| **Cost of Goods Sold** | | |
| | | |
| IDC Expense (Recomplete MP 7-2) | - | 10,000.00 |
| Lease Operating Expense | | |
| Davis Trust | 500.00 | 14,845.10 |
| MP #7-2 | 572.22 | 9,194.48 |
| **Total LOE** | 1,072.22 | 24,039.58 |
| Severance Taxes | | |
| Davis Trust | 300.00 | 8,400.00 |
| MP #7-2 | - | - |
| **Total Severance Taxes** | 300.00 | 8,400.00 |
| **Total COGS** | 1,372.22 | 42,439.58 |
| | | |
| **Gross Profit** | (370.81) | 639,532.19 |
| | | |
| **Expense** | | |
| Misc G&A | 500.00 | 12,000.00 |
| Interest Expense - Loans | | - |
| Professional Fees | | |
| Accounting Fees | | 15,000.00 |
| Legal Fees | | 10,000.00 |
| | | |
| **Total Professional Fees** | - | 25,000.00 |
| Quarterly Fee - Bankruptcy | | 1,800.00 |
| Rent & Parking | 7,700.00 | 179,600.00 |
| Staff Leasing | 2,000.00 | 48,000.00 |
| Telephone & Internet | 500.00 | 12,000.00 |
| **Total Expense** | 10,700.00 | 278,400.00 |
| | | |
| **Net Ordinary Income** | (11,070.81) | 361,132.19 |
| | | |
| **Other Income/Expense** | | |
| Other Income | | - |
| MOSH Note & Interest Repmt | - | 555,900.00 |
| Overhead Reimbursement | 1,560.00 | 37,440.00 |
| **Total Other Income** | 1,560.00 | 593,340.00 |
| | | |
| **Total Other Expense** | - | - |
| | | |
| **Net Other Income** | 1,560.00 | 593,340.00 |
| | | |
| **Net Income** | (9,510.81) | 954,472.19 |

# Exhibit "E"

## Davis Trust Well
### Profit & Loss by Class

| Projected | Sep 08 | Oct 08 | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 |
|---|---|---|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | | | | |
| Income | | | | | | | | |
| Gas Sales | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Oil Sales | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Total Income | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 |
| | | | | | | | | |
| Cost of Goods Sold | | | | | | | | |
| Lease Operating Expense | 927.52 | 917.58 | 500 | 500 | 500 | 500 | 500 | 500 |
| Provision for Depletion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Severance Taxes | | | | | | | | |
| Severance Tax - Gas | 0.00 | 0.00 | 230 | 230 | 230 | 230 | 230 | 230 |
| Severance Tax - Oil | 0.00 | 0.00 | 70 | 70 | 70 | 70 | 70 | 70 |
| Total Severance Taxes | 0.00 | 0.00 | 300 | 300 | 300 | 300 | 300 | 300 |
| | | | | | | | | |
| Total COGS | 927.52 | 917.58 | 800 | 800 | 800 | 800 | 800 | 800 |
| | | | | | | | | |
| Gross Profit | 7,672.48 | 7,682 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 |

1333515-1

TSOC-0001

# Exhibit "E"

## Davis Trust Well
### Profit & Loss by Class

| Projected | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 |
|---|---|---|---|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | | | | | |
| Income | | | | | | | | | |
| Gas Sales | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Oil Sales | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Total Income | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 |
| | | | | | | | | | |
| Cost of Goods Sold | | | | | | | | | |
| Lease Operating Expense | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Provision for Depletion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Severance Taxes | | | | | | | | | |
| Severance Tax - Gas | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 |
| Severance Tax - Oil | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Total Severance Taxes | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| | | | | | | | | | |
| Total COGS | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| | | | | | | | | | |
| Gross Profit | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 |

TSOC-0001

1333515-1

# Exhibit "E"

## Davis Trust Well
### Profit & Loss by Class

| Projected | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 |
|---|---|---|---|---|---|---|---|---|---|
| Ordinary Income/Expense | | | | | | | | | |
| Income | | | | | | | | | |
| Gas Sales | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 6,000 | 4,000 |
| Oil Sales | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 500 | 400 |
| Total Income | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 6,500 | 4,400 |
| Cost of Goods Sold | | | | | | | | | |
| Lease Operating Expense | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Provision for Depletion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Severance Taxes | | | | | | | | | |
| Severance Tax - Gas | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 |
| Severance Tax - Oil | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Total Severance Taxes | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Total COGS | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Gross Profit | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 7,800 | 5,700 | 3,600 |

1333515-1

TSOC-0001

TSOC-0001

# Exhibit "E"

## Davis Trust Well
### Profit & Loss by Class

| Projected | Nov 10 | Dec 10 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Gas Sales | 2,000 | 0 | 204,000 |
| Oil Sales | 200 | 0 | 15,500 |
| **Total Income** | 2,200 | 0 | 219,500 |
| | | | |
| **Cost of Goods Sold** | | | |
| Lease Operating Expense | 500 | 500 | 14,845 |
| Provision for Depletion | 0.00 | 0.00 | 0 |
| **Severance Taxes** | | | |
| Severance Tax - Gas | 230 | 230 | 5,980 |
| Severance Tax - Oil | 70 | 70 | 1,820 |
| **Total Severance Taxes** | 300 | 300 | 7,800 |
| | | | |
| **Total COGS** | 800 | 800 | 22,645 |
| | | | |
| **Gross Profit** | 1,400 | (800) | 196,855 |

# Exhibit "F"

## Apache - MP #7-2
## Revenue & Cost Projection

| Projected | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Gas Sales | 0.00 | 0.00 | 29,965.39 | 33,211.37 | 40,737.87 | 45,220.87 | 56,746.01 |
| Oil Sales | 0.00 | 0.00 | 767.46 | 5,141.40 | 6,594.65 | 3,689.64 | 6,019.11 |
| **Total Income** | 0.00 | 0.00 | 30,732.85 | 38,352.77 | 47,332.52 | 48,910.51 | 62,765.12 |
| | | | | | | | |
| **Cost of Goods Sold** | | | | | | | |
| Lease Rentals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dry Hole Costs | | | | | | | |
| DHC - Prepaid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dry Hole Costs - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Dry Hole Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| IDC Expense (Recomplete) | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lease Operating Expense | 0.00 | 0.00 | 415.60 | 658.06 | 0.00 | 962.34 | 934.69 |
| Provision for Depletion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total COGS** | 0.00 | 0.00 | 10,415.60 | 658.06 | 0.00 | 962.34 | 934.69 |
| | | | | | | | |
| **Gross Profit** | 0.00 | 0.00 | 20,317.25 | 37,694.71 | 47,332.52 | 47,948.17 | 61,830.43 |

TSOC-0001

1333518-1

# Exhibit "F"

## Apache - MP #7-2
## Revenue & Cost Projection

| Projected | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Gas Sales | 64,492.32 | 34,291.23 | 25,738.92 | 21,027.44 | 13,427.58 | 10,914.75 | 8,836.80 |
| Oil Sales | 4,204.01 | 2,848.33 | 1,478.75 | 1,981.31 | 1,013.54 | 906.54 | 1,073.71 |
| **Total Income** | 68,696.33 | 37,139.56 | 27,217.67 | 23,008.75 | 14,441.12 | 11,821.29 | 9,910.51 |
| | | | | | | | |
| **Cost of Goods Sold** | | | | | | | |
| Lease Rentals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dry Hole Costs | | | | | | | |
| DHC - Prepaid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dry Hole Costs - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Dry Hole Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| IDC Expense (Recomplete) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lease Operating Expense | 0.00 | 1,138.07 | 297.10 | 424.39 | 298.93 | 429.70 | 668.57 |
| Provision for Depletion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total COGS** | 0.00 | 1,138.07 | 297.10 | 424.39 | 298.93 | 429.70 | 668.57 |
| | | | | | | | |
| **Gross Profit** | 68,696.33 | 36,001.49 | 26,920.57 | 22,584.36 | 14,142.19 | 11,391.59 | 9,241.94 |

1333518-1

TSOC-0001

# Exhibit "F"

## Apache - MP #7-2
## Revenue & Cost Projection

| Projected | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| Gas Sales | 7,370.86 | 4,611.22 | 4,054.39 | 4,501.47 | 3,948.16 | 1,862.81 |
| Oil Sales | 788.59 | 1,165.04 | 645.17 | 331.20 | 639.30 | 312.74 |
| **Total Income** | 8,159.45 | 5,776.26 | 4,699.56 | 4,832.67 | 4,587.46 | 2,175.55 |
| | | | | | | |
| **Cost of Goods Sold** | | | | | | |
| Lease Rentals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dry Hole Costs | | | | | | |
| DHC - Prepaid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dry Hole Costs - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Dry Hole Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| IDC Expense (Recomplete) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lease Operating Expense | 637.15 | 904.09 | 606.52 | (4,022.60) | 569.60 | 739.71 |
| Provision for Depletion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total COGS** | 637.15 | 904.09 | 606.52 | (4,022.60) | 569.60 | 739.71 |
| | | | | | | |
| **Gross Profit** | 7,522.30 | 4,872.17 | 4,093.04 | 8,855.27 | 4,017.86 | 1,435.84 |

TSOC-0001

# Exhibit "F"

## Apache - MP #7-2
## Revenue & Cost Projection

| Projected | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| Gas Sales | 3,242.80 | 2,861.78 | 1,779.75 | 1,425.11 | 1,443.33 | 1,001.41 | 422,713.64 |
| Oil Sales | 71.57 | 86.07 | 0.00 | 0.00 | 0.00 | 0.00 | 39,758.13 |
| **Total Income** | 3,314.37 | 2,947.85 | 1,779.75 | 1,425.11 | 1,443.33 | 1,001.41 | 462,471.77 |
| **Cost of Goods Sold** | | | | | | | |
| Lease Rentals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dry Hole Costs | | | | | | | |
| DHC - Prepaid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dry Hole Costs - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Dry Hole Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IDC Expense (Recomplete) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| Lease Operating Expense | 0.00 | 1,318.83 | 500.98 | 589.89 | 550.64 | 572.22 | 9,194.48 |
| Provision for Depletion | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total COGS** | 0.00 | 1,318.83 | 500.98 | 589.89 | 550.64 | 572.22 | 19,194.48 |
| **Gross Profit** | 3,314.37 | 1,629.02 | 1,278.77 | 835.22 | 892.69 | 429.19 | 443,277.29 |

1333518-1

TSOC-0001

## Exhibit "G"

### Payments to Creditors within 90 Days of Date of Petition Exceeding $5,475.00

| Name of Entity | Date of Transfer | Amount |
|---|---|---|
| Administaff of Texas, Inc.; COBRA Administration | | |
| P.O. Box 203332; Houston, TX 77216-3332 | 03/25/2008 | $ 1,121.10 |
| | 03/25/2008 | $ 695.08 |
| | 04/17/2008 | $ 1,121.10 |
| | 04/17/2008 | $ 695.08 |
| | 05/22/2008 | $ 1,121.10 |
| | 05/22/2008 | $ 695.08 |
| | 06/25/2008 | $ 1,121.10 |
| | 06/25/2008 | $ 695.08 |
| Total: | | $ 7,264.72 |
| | | |
| MS Crescent Nine Greenway SPV, LLC | | |
| P.O. Box 846253; Dallas, TX 75284-6253 | 03/25/2008 | $ 5,381.17 |
| | 03/27/2008 | $ 122.50 |
| | 04/28/2008 | $ 5,731.17 |
| | 05/23/2008 | $ 8,189.71 |
| | 06/25/2008 | $ 5,512.42 |
| | | $ 5,932.42 |
| Total: | | $ 30,869.39 |

### Payments to Insiders Within One Year of Date of Petition

| Name of Entity | Date of Transfer | Amount |
|---|---|---|
| Charles A. Sharman | | |
| 8 Greenway Plaza, Suite 3040; Houston, TX 77046 | 07/20/2007 | $ 467.17 |
| | 07/20/2007 | $ 10.50 |
| | 08/27/2007 | $ 330.46 |
| | 08/27/2007 | $ 28.00 |
| | 08/27/2007 | $ 83.88 |
| | 09/18/2007 | $ 379.55 |
| | 09/18/2007 | $ 33.00 |
| | 09/18/2007 | $ 330.00 |
| | 10/16/2007 | $ 332.17 |
| | 10/16/2007 | $ 6.00 |
| | 12/31/2007 | $ 734.62 |
| | 12/31/2007 | $ 15.00 |
| | 12/31/2007 | $ 107.41 |
| | 12/31/2007 | $ 142.79 |
| | 12/31/2007 | $ 58.59 |
| | 01/24/2007 | $ 500.97 |
| | 01/24/2007 | $ 21.00 |
| | 02/22/2007 | $ 400.39 |
| | 02/22/2007 | $ 56.00 |
| | 02/22/2007 | $ 25.74 |
| | 03/27/2007 | $ 374.52 |

# Exhibit "G"

|  |  |  |  |
|---|---|---|---|
|  | 03/27/2007 | $ | 24.00 |
|  | 04/30/2007 | $ | 392.61 |
|  | 04/30/2007 | $ | 6.00 |
|  | 06/30/2007 | $ | 2,500.00 |
|  | 07/13/2007 | $ | 2,500.00 |
|  | 07/31/2007 | $ | 2,500.00 |
|  | 08/15/2007 | $ | 2,500.00 |
|  | 08/31/2007 | $ | 2,500.00 |
| Total: |  | $ | 17,360.37 |

**Chip Langston**
10210 Highway 243; Kaufman, TX 75142

|  |  |  |  |
|---|---|---|---|
|  | 07/01/2007 | $ | 928.04 |
| Total: |  | $ | 928.04 |

**Langston Energy, LLC (v)**
10210 Highway 243; Kaufman, TX 75142

|  |  |  |  |
|---|---|---|---|
|  | 01/31/2007 | $ | 91.46 |
|  | 01/31/2007 | $ | 8.49 |
|  | 02/28/2007 | $ | 82.61 |
|  | 02/28/2007 | $ | 7.67 |
|  | 03/31/2007 | $ | 91.46 |
|  | 03/31/2007 | $ | 8.49 |
|  | 04/30/2007 | $ | 88.51 |
|  | 04/30/2007 | $ | 8.22 |
|  | 05/31/2007 | $ | 91.46 |
|  | 05/31/2007 | $ | 8.49 |
|  | 06/30/2007 | $ | 88.51 |
|  | 06/30/2007 | $ | 8.22 |
|  | 07/31/2007 | $ | 91.46 |
|  | 07/31/2007 | $ | 8.49 |
|  | 08/31/2007 | $ | 91.46 |
|  | 08/31/2007 | $ | 8.49 |
|  | 09/30/2007 | $ | 88.51 |
|  | 09/30/2007 | $ | 8.22 |
|  | 10/31/2007 | $ | 91.46 |
|  | 10/31/2007 | $ | 8.49 |
|  | 11/30/2007 | $ | 88.51 |
|  | 11/30/2007 | $ | 8.22 |
|  | 12/31/2007 | $ | 91.46 |
|  | 12/31/2007 | $ | 8.49 |
| Total: |  | $ | 1,176.85 |

**Texas Standard Oil & Gas, LP (v)**
9 Greenway Plaza, Suite 3040; Houston, TX 77046

|  |  |  |  |
|---|---|---|---|
|  | 01/31/2007 | $ | 112.92 |
|  | 01/31/2007 | $ | 12.48 |
|  | 02/28/2007 | $ | 101.99 |
|  | 02/28/2007 | $ | 11.27 |
|  | 03/31/2007 | $ | 112.92 |
|  | 03/31/2007 | $ | 12.48 |
|  | 04/30/2007 | $ | 109.27 |
|  | 04/30/2007 | $ | 12.08 |
|  | 05/31/2007 | $ | 112.92 |
|  | 05/31/2007 | $ | 12.48 |

TSOC-0001

# Exhibit "G"

|  |  |  |  |
|---|---|---|---|
|  | 06/30/2007 | $ | 109.27 |
|  | 06/30/2007 | $ | 12.08 |
|  | 07/31/2007 | $ | 112.92 |
|  | 07/31/2007 | $ | 12.48 |
|  | 08/31/2007 | $ | 112.92 |
|  | 08/31/2007 | $ | 12.48 |
|  | 09/30/2007 | $ | 109.27 |
|  | 09/30/2007 | $ | 12.08 |
|  | 10/31/2007 | $ | 112.92 |
|  | 10/31/2007 | $ | 12.48 |
|  | 11/30/2007 | $ | 109.27 |
|  | 11/30/2007 | $ | 12.08 |
|  | 12/31/2007 | $ | 112.92 |
|  | 12/31/2007 | $ | 12.48 |
| Total: |  | $ | 1,476.46 |

**Timothy M. Roberson**
9 Greenway Plaza, Suite 3040; Houston, TX 77046

|  |  |  |  |
|---|---|---|---|
|  | 06/30/2007 | $ | 500.00 |
|  | 07/13/2007 | $ | 500.00 |
|  | 07/31/2007 | $ | 1,000.00 |
|  | 08/15/2007 | $ | 1,000.00 |
| Total: | 08/31/2007 | $ | 1,000.00 |
|  |  | $ | 4,000.00 |

**TXS 498 Corp (v)**
9 Greenway Plaza, Suite 3040; Houston, TX 77046

|  |  |  |  |
|---|---|---|---|
|  | 01/31/2007 | $ | 21.45 |
|  | 02/28/2007 | $ | 19.38 |
|  | 03/31/2007 | $ | 21.45 |
|  | 04/30/2007 | $ | 20.76 |
|  | 05/31/2007 | $ | 21.45 |
|  | 06/30/2007 | $ | 20.76 |
|  | 07/31/2007 | $ | 21.45 |
|  | 08/31/2007 | $ | 21.45 |
|  | 09/30/2007 | $ | 20.76 |
|  | 10/31/2007 | $ | 21.45 |
|  | 11/30/2007 | $ | 20.76 |
|  | 12/31/2007 | $ | 21.45 |
| Total: |  | $ | 252.57 |

TSOC-0001

## EXHIBIT "H"

### EXECUTORY CONTRACTS AND/OR LEASES
### ASSUMED BY THE REORGANIZED DEBTOR

1.  Joint Operating Agreement dated effective October 1, 2004, between Apache Corporation, as Operator, and Sandalwood Exploration, L.P. et al., as Non-Operators, covering Main Pass Area Block 7, Offshore Louisiana.

2.  Joint Operating Agreement dated December 15, 2004 between Sandalwood Oil & Gas, L.P., as Operator, and Island Drilling, LLC et al., as Non-Operators, covering the Calcasieu Lake South Prospect, Cameron Parish, Louisiana.

3.  Farmout Agreement dated February 25, 2004, between Forest Oil Corporation, Texas Standard Oil Company, Nobel Energy, Inc. and Pioneer Natural Resources USA, Inc. regarding West Delta 34, Offshore Louisiana.

4.  Joint Operating Agreement dated January 3, 1977, between Transco Exploration Company as Operator, and Freeport Oil Company et al., as Non-Operators, covering the North Half (n/2) of West Delta Area Block 34, Offshore, Louisiana.

5.  Nominee Agreement Regarding Brazos Block 488 between Debtor and Buccaneer Resources, LLC and Highbaugh Field Corporation.

6.  Nominee Agreement Regarding High Island A-96 between Debtor and Texas Standard Oil & Gas, LP.

1334583-1:TSOC:0001