EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

**NOTICE OF ORDER (i) APPROVING DISCLOSURE STATEMENT;
(ii) APPROVING SOLICITATION PACKAGE; (iii) APPROVING
PROCEDURES FOR DISTRIBUTION OF SOLICITATION PACKAGE; (iv)
APPROVING FORM OF BALLOT; (v) ESTABLISHING LAST DATE FOR RECEIPT
OF BALLOT; (vi) APPROVING PROCEDURES FOR VOTE TABULATION;
(vii) ESTABLISHING PROCEDURES AND DEADLINE TO FILE OBJECTIONS
TO CONFIRMATION OF PLAN; AND (viii) APPROVING FORM AND
MANNER OF NOTICE OF CONFIRMATION HEARING OF RELATED ISSUES**

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Honorable Jeff Bohm, United States Bankruptcy Judge for the Southern District of Texas, has signed an order dated _____, 20__, in the above-referenced bankruptcy case, approving the Proposed Disclosure Statement under 11 U.S.C. § 1125 ("Disclosure Statement") in support of the Plan of Reorganization ("Plan") filed by Texas Standard Oil Company ("Debtor").

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan will be held on _____, at _____ ___.m. Central Time, or as soon thereafter as counsel can be heard, before the Honorable Jeff Bohm, United States Bankruptcy Judge, at the United States Bankruptcy Court, located at 515 Rusk Avenue, Courtroom 600, Houston, Texas 77002 ("Confirmation Hearing"). The Confirmation Hearing may be adjourned from time to time without further notice other than the announcement at the Confirmation Hearing of the date

or dates of any adjourned hearing. Additionally, the Plan may be modified without any further notice, prior to, at, or as a result of the Confirmation Hearing.

PLEASE TAKE FURTHER NOTICE that _____, 20\_\_\_, is the last day for filing and serving objections, comments, or responses to confirmation of the Plan, including any supporting memoranda. Any objections to the confirmation of the Plan must: (a) be in writing; (b) state the grounds for the objection, if any, and the legal and factual bases thereof; (c) reference with specificity the text of the Plan to which the objection, if any, is addressed; (d) comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules; and (e) be served on the parties below, and be filed with the Court on or before 4:30 p.m. Central Time, on _____, 20\_\_. Objections to confirmation of the Plan should be served on the following parties:

*To the Debtor*

Heather McIntyre
HughesWattersAskanase, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002
Tel: 713.759.0818
Fax: 713.759.6834

With a copy to:

*To the United States Trustee:*

Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
Tel: 713.718.4650
Fax: 713.718.4670

Any objections not filed and served as set forth above shall be deemed waived and shall not be considered by the Court.

PLEASE TAKE FURTHER NOTICE that the deadline for the receipt of ballots accepting or rejecting the Plan shall be 5:00 p.m. Central Time, on _____, 20___ (the "Ballot Return Date"), at the address noted in the voting instructions that accompany the ballot.

PLEASE TAKE FURTHER NOTICE that the amount of a claim used to tabulate acceptance or rejection of the Plan shall be either: (a) the claim amount listed in the Debtor's schedules of liabilities, provided that (i) such claim is not scheduled as contingent, unliquidated, or disputed, and (ii) no proof of claim has been timely filed (or otherwise deemed timely filed by the Court under applicable law); (b) the liquidated amount specified in a proof of claim that is not the subject of an objection (or if such claim has been resolved pursuant to a stipulation or order entered by the Court, the amount set forth in such stipulation or order); or (c) the amount temporarily allowed by the Court for voting purposes pursuant to Bankruptcy Rule 3018(a) after a motion is brought, notice is provided, and a hearing is held prior to the Ballot Return Date.  If a creditor casts a ballot, the creditor has timely filed a proof of claim (or has otherwise had such proof of claim deemed timely filed by the Court under applicable law), and the creditor's claim is the subject of an objection to claim filed before the Confirmation Hearing, the creditor's ballot shall not be counted, unless temporarily allowed by the Court for voting purposes pursuant to Bankruptcy Rule 3018(a), after a motion is brought, notice is provided, and a hearing is held prior to the Confirmation Hearing.  Ballots cast by creditors whose claims: (a) are not listed on the Debtors' schedule of liabilities or (b) are listed as disputed on the Debtor's schedule of liabilities, but who have timely filed proofs of claim in unliquidated or unknown amounts that are not the subject of an objection before the commencement of the Confirmation Hearing, will have their ballots counted towards satisfying the numerosity requirement of § 1126(c) of the

Bankruptcy Code, and will have their ballots counted as $1.00 towards satisfying the aggregate claim amount requirements of that section. For purposes of the numerosity requirements of § 1126(c) of the Bankruptcy Code, separate claims held by a single creditor in a particular class will be aggregated as if such creditor held on claim against the Debtor in such class and the votes related to such claims will be treated as a single vote to accept or reject the Plan. Creditors must vote all of their claims within a particular class either to accept or reject the Plan and may not split their vote. Accordingly, a ballot (or multiple ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Plan will be counted as a single affirmative vote to accept that Plan. Ballots that fail to indicate an acceptance or rejection of the Plan, but that are otherwise properly executed and received prior to the Ballot Return Date, will be counted as a vote to accept the Plan. Only ballots that are timely received with original signatures will be counted. Unsigned ballots will not be counted. Other than certain facsimile master ballots, facsimile ballots will not be counted. Any ballot that is illegible or contains insufficient information to permit the identification of the claimant will not be counted. Any ballot cast by a person or entity that does not hold a claim in the class that is entitled to vote to accept or reject the Plan will not be counted.

**IF YOU DID NOT RECEIVE A PLAN, DISCLOSURE STATEMENT AND/OR BALLOT WITH THIS NOTICE, YOU MAY OBTAIN A COPY BY CONTACTING THE UNDERSIGNED COUNSEL FOR THE DEBTOR.**

HUGHESWATTERSASKANASE, LLP

_____
Wayne Kitchens          TBN 11541110
David Askanase          TBN 01390000
Heather McIntyre        TBN 24041076
HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002-4168
Telephone:  713-759-0818
Facsimile:   713-759-6834
ATTORNEYS FOR TEXAS STANDARD
OIL COMPANY