**EXHIBIT "B"**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

**BALLOT FOR ACCEPTING OR REJECTING
PLAN OF REORGANIZATION OF DEBTORS**

Texas Standard Oil Company ("Debtor"), filed a Plan of Reorganization ("Plan") dated November 26, 2008. The Court has approved a disclosure statement ("Disclosure Statement") in support of the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from Ann Mendenhall, HUGHESWATTERSASKANASE, LLP, 333 Clay Street, 29th Floor, Houston, Texas 77002, Tel: 713.759.0818, Fax: 713.759.6834. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

The Plan identifies nine Classes of Claims against the Debtors. Claims in Classes 7 and 8 are entitled to vote on the Plan.

> **You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. You claim has been placed in Class ___ of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**
>
> **If your Ballot is not received by Heather McIntyre, HUGHESWATTERSASKANASE, LLP, 333 Clay Street, 29th Floor, Houston, Texas 77002 on or before 5:00 p.m. (Central Time), on _____, 2009, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class \_\_\_\_\_ Claim against the Debtor, in the unpaid amount of $_____:

(Check one box only)

[\_\_\_\_\_] **ACCEPTS PLAN**          [\_\_\_\_\_] **REJECTS PLAN**

Dated: _____

Print or type name: _____

Signature: _____

Title: _____

Address: _____

_____

RETURN THIS BALLOT TO:

Heather McIntyre
HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas  77002