354

```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
 2                         HOUSTON DIVISION

 3

 4   TEXAS STANDARD OIL          . CIVIL ACTION NUMBER:
     COMPANY                     . 3:05-CV-00490
 5                               . HOUSTON, TEXAS
     VERSUS                      . FEBRUARY 13, 2008
 6                               . 10:00 A.M.
     FOREST OIL CORPORATION,     . DAY 3 OF 7
 7   ET AL                       .
     . . . . . . . . . . . . . . .
 8

 9                        TRANSCRIPT OF TRIAL
                 BEFORE THE HONORABLE DAVID HITTNER
10                   UNITED STATES DISTRICT JUDGE
                            AND A JURY
11

12

13   A P P E A R A N C E S:

14   FOR TEXAS STANDARD OIL COMPANY:

15       John H. Kim
         THE KIM LAW FIRM
16       4309 Yoakum Boulevard
         Suite 2000
17       Houston, Texas   77006

18       Charles A. Sharman
         TEXAS STANDARD OIL COMPANY
19       Nine Greenway Plaza
         Suite 3040
20       Houston, Texas   77046

21   FOR FOREST OIL CORPORATION, MARINER ENERGY RESOURCES, INC. AND
     MARINER ENERGY, INC.:
22
         Bradley L. DeLuca
23       Brigid D. Ashcraft
         JOHNSON DeLUCA KENNEDY & KURISKY
24       1221 Lamar Street
         Suite 1000
25       Houston, Texas   77010
```

Mayra Malone, CSR, RMR, CRR          713.250.5787

EXHIBIT B

USCA5 3347

```
 1                    APPEARANCES - CONTINUED
 2
 3   FOR NOBLE ENERGY, INC., AND COLDREN RESOURCES:
 4
         Lawrence F. Labanowski
 5       LAWRENCE F. LABANOWSKI & ASSOCIATES
         3939 Essex Lane
 6       Suite 600
         Houston, Texas  77027
 7
 8   FOR APACHE CORPORATION:
 9       Robert J. Sergesketter
         Senior Counsel
10       2000 Post Oak Boulevard
         Suite 100
11       Houston, Texas  77056-4400
12   OFFICIAL COURT REPORTER:
13       Mayra Malone, CSR, RMR, CRR
         U.S. Courthouse
14       515 Rusk, Room 8016
         Houston, Texas  77002
15
     Proceedings recorded by mechanical stenography.  Transcript
16   produced by computer-aided transcription.
17                          - - - - -
18
19
20
21
22
23
24
25
```

*Mayra Malone, CSR, RMR, CRR*          *713.250.5787*

356

1                              INDEX
2
3
4   MELISSA BELL
5      Cross-Examination Continued by Mr. Kim              361
6      Redirect Examination by Ms. Ashcraft               371
7      Recross-Examination by Mr. Kim                     373
8      Recross-Examination by Mr. Labanowski              374
9   CHARLES SHARMAN
10     Direct Examination by Mr. DeLuca                   377
11     Cross-Examination by Mr. Labanowski                406
12     Cross-Examination by Mr. Sergesketter              422
13  PHILIP LADNER
14     Direct Examination by Mr. DeLuca                   426
15  PHILIP INNES
16     Direct Examination by Mr. DeLuca                   467
17     Cross-Examination by Mr. Kim                       502
18  BRAD DeLUCA
19     Direct Examination by Ms. Ashcraft                 548
20     Cross-Examination by Mr. Kim                       574
21     Cross-Examination by Mr. Kim                       593
22
23
24
09:51  25

397

*DeLuca Direct of Charles Sharman*

| | | |
|---|---|---|
| 11:04 | 1 | the joint owners? |
| | 2 | A. These are estimates that were done before anything was |
| | 3 | actually done on the P and A. P and A did not take place until |
| | 4 | the beginning of August. Where they are in the process today, |
| 11:04 | 5 | I don't know. I don't know how far they have gotten. |
| | 6 | Q. Isn't it opposite? Isn't the AFE the estimate and the |
| | 7 | amount on the JIB the actual amount billed? |
| | 8 | A. Well, these all say "AFE." They were billing us for |
| | 9 | estimated costs in advance of doing the work. |
| 11:04 | 10 | Q. But the way the AFE process works, just so it is clear to |
| | 11 | the ladies and gentlemen of the jury, that's an authorization |
| | 12 | for expense, correct? |
| | 13 | A. That's what AFE stands for, authorization for expenditure. |
| | 14 | Q. Right. And what they are trying to do is estimate for the |
| 11:04 | 15 | joint owners what it is going to cost to do whatever it is they |
| | 16 | are going to do, in this situation P and A some wells, right? |
| | 17 | A. Right. But it is not due and payable until you actually do |
| | 18 | the work. |
| | 19 | Q. But my point is that the AFE is just an estimate. The cost |
| 11:05 | 20 | usually is either less than that or more than that. It is just |
| | 21 | trying to get a ballpark figure for all the joint owners, |
| | 22 | correct? |
| | 23 | A. Correct. |
| | 24 | Q. And under the operating agreements -- and I'm going to tell |
| 11:05 | 25 | you this, I'm going to say this kind of -- in kind of just very |

*Mayra Malone, CSR, RMR, CRR*        713.250.5787

398

*DeLuca Direct of Charles Sharman*

11:05  1   general terms, but you can never get away from your P and A
       2   liability in the oil and gas industry, can you? Everybody gets
       3   stuck with their P and A liability to the extent that they are
       4   still an owner, right?
11:05  5   A. To the extent they are still an owner, yes.
       6   Q. And that JIB right there for the 189 -- there are some
       7   other associated costs on here. That JIB of which there is a
       8   total of $196,925.64 of which the bulk of it is P and A
       9   liability, correct?
11:05 10   A. Yes. The bulk of that would have been P and A liability,
      11   all but $7,000.
      12   Q. I'm sorry. Were you still looking at it?
      13   A. No.
      14   Q. Texas Standard -- are you complaining that there is
11:06 15   something wrong with the plug and abandonment charges?
      16   A. Certainly. I would say that this bill is not due and
      17   payable at this time.
      18   Q. But do you have any specific complaint to the plug and
      19   abandonment charges that took place under the operating
11:06 20   agreement?
      21   A. I don't have any specific complaint today, no.
      22   Q. And these charges have not been paid as part of the JIBs
      23   that have not been paid by TXSO, correct?
      24   A. I don't think so. I think they actually reversed those
11:06 25   charges at a later date.

USCA5 3391