# Westlaw.

TX800200207 Page 1

TX800200207

**CORPORATE RECORDS & BUSINESS REGISTRATIONS**

| | |
|---|---|
| This Record Last Updated: | 10/23/2008 |
| Database Last Updated: | 12-15-2008 |
| Update Frequency: | DAILY |
| Current Date: | 12/16/2008 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

**COMPANY INFORMATION**

Name: **MOSH HOLDING**, L.P.
Address: 9 GREENWAY PLAZA
STE. 3040
HOUSTON, TX 77046
USA

**FILING INFORMATION**

| | |
|---|---|
| Filing Number: | 800200207 |
| Filing Date: | 05/05/2003 |
| State of Incorporation: | TEXAS |
| Duration: | PERPETUAL |
| Status: | IN EXISTENCE |
| Business Type: | DOMESTIC LIMITED PARTNERSHIP (LP) |
| State Tax ID: | 32035778649 |
| Where Filed: | SECRETARY OF STATE
1019 BRAZOS ST
AUSTIN, TX 78701 |

**REGISTERED AGENT INFORMATION**

Name: TIMOTHY M. ROBERSON
Address: 9 GREENWAY PLAZA
STE. 3040
HOUSTON, TX 77046
USA

**NAME INFORMATION**



© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

TX800200207                                                                                         Page 2

| | |
|---|---|
| Legal Name: | **MOSH HOLDING**, L.P. |
| Status: | IN USE |
| Filing Date: | 05/05/2003 |

### PRINCIPAL INFORMATION

| | |
|---|---|
| Name: | MOSH HOLDING I, L.L.C. |
| Title: | GENERAL PARTNER |
| Address: | 9 GREENWAY PLAZA |
| | STE. 3040 |
| | HOUSTON, TX 77046 |
| | USA |

### AMENDMENT INFORMATION

| | |
|---|---|
| Amendments: | 10/22/2008 PERIODIC REPORT; DOCUMENT NUMBER - 234091090002 |
| | 10/14/2008 REPORT NOTICE; DOCUMENT NUMBER - 232680750001 |
| | 05/05/2003 CERTIFICATE OF LIMITED PARTNERSHIP; DOCUMENT NUMBER - 33118390002 |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

Westlaw.
TX800200205                                                                                    Page 1

TX800200205

**CORPORATE RECORDS & BUSINESS REGISTRATIONS**

| | |
|---|---|
| This Record Last Updated: | 02/20/2008 |
| Database Last Updated: | 12-15-2008 |
| Update Frequency: | DAILY |
| Current Date: | 12/16/2008 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

**COMPANY INFORMATION**

| | |
|---|---|
| Name: | **MOSH HOLDING I, L.L.C.** |
| Address: | 9 GREENWAY PLAZA SUITE 3040 |
| | HOUSTON, TX 77046 |
| | USA |

**FILING INFORMATION**

| | |
|---|---|
| Filing Number: | 800200205 |
| Filing Date: | 05/05/2003 |
| State of Incorporation: | TEXAS |
| Duration: | PERPETUAL |
| Status: | IN EXISTENCE |
| Business Type: | DOMESTIC LIMITED LIABILITY COMPANY (LLC) |
| State Tax ID: | 17430903082 |
| Where Filed: | SECRETARY OF STATE |
| | 1019 BRAZOS ST |
| | AUSTIN, TX 78701 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | TIMOTHY M. ROBERSON |
| Address: | 9 GREENWAY PLAZA |
| | STE. 3040 |
| | HOUSTON, TX 77046 |
| | USA |

**NAME INFORMATION**

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

TX800200205                                                                                      Page 2

| | |
|---|---|
| Legal Name: | **MOSH HOLDING** I, L.L.C. |
| Status: | IN USE |
| Filing Date: | 05/05/2003 |

**PRINCIPAL INFORMATION**

| | |
|---|---|
| Name: | TIMOTHY ROBERSON |
| Title: | DIRECTOR, MANAGING MEMBER |
| Address: | 1116 HOWARD LANE |
| | BELLAIRE, TX 77401 |
| | USA |

**AMENDMENT INFORMATION**

Amendments:

02/20/2008 PUBLIC INFORMATION REPORT (PIR); DOCUMENT NUMBER - 204483260001

01/06/2007 PUBLIC INFORMATION REPORT (PIR); DOCUMENT NUMBER - 156441540001

01/20/2006 PUBLIC INFORMATION REPORT (PIR); DOCUMENT NUMBER - 114907360001

02/05/2005 PUBLIC INFORMATION REPORT (PIR); DOCUMENT NUMBER - 81841870001

05/05/2003 ARTICLES OF ORGANIZATION; DOCUMENT NUMBER - 33118000002

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT