**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | | |
|---|---|---|
| CASE NAME: | Texas Standard Oil Company | PETITION DATE: 6/26/2008 0:00 |
| CASE NUMBER: | 08-34031-H4-11 | DISTRICT OF TEXAS: Southern |
| PROPOSED PLAN DATE: | | DIVISION: Region 7 |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | Jul-08 | Aug-08 | 30-Sep | 31-Oct | 30-Nov | DEC 31-Dec | YEAR 2008 |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 34,096.85 | 14,836.81 | 15,130.21 | 9,227.18 | 2,809.79 | 834.54 | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | -143,018.46 | -410,533.26 | -52,269.07 | 339,626.03 | -34,632.27 | -18,298.80 | |
| NET INCOME (LOSS) (MOR-6) | -144,518.93 | -411,533.73 | -52,744.26 | 346,495.03 | -33,894.42 | -17,133.81 | |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,213.11 | |
| TOTAL DISBURSEMENTS (MOR-8) | 7,340.51 | 93,393.34 | 11,392.36 | 18,043.95 | 12,080.45 | 10,610.03 | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | CIRCLE ONE | Answer |
|---|---|---|
| Are all accounts receivable being collected within terms? | Yes   No | Yes * |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes   No | Yes, unless disputed. |
| Have any pre-petition liabilities been paid? | Yes   No | No |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | Yes   No | Yes |
| Were any assets disposed of outside the normal course of business? | Yes   No | No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes   No | Yes |
| What is the status of your Plan of Reorganization? Filed 11/26/08 | | |

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE ** | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO (X) | |
| LIABILITY | YES ( ) NO (X) | |
| VEHICLE | YES ( ) NO (X) | |
| WORKER'S | YES ( ) NO (X) | |
| OTHER | YES ( ) NO (X) | |

ATTORNEY NAME: Heather McIntyre
FIRM NAME: Hughes Watters Askanase
ADDRESS: 333 Clay, 29th Floor
CITY, STATE, ZIP: Houston, TX 77002
TELEPHONE/FAX: 713-328-2830 / 713-759-6834

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED x ___Pat Johnson___  TITLE: Accountant
(ORIGINAL SIGNATURE)
Pat Johnson
(PRINT NAME OF SIGNATORY)

DATE: 01/12/09

MOR-1                                                Revised 07/01/98

\* Except for expense reimbursement (approximately $2,600) from MOSH Holding, LP which is expected to be paid in Jan '09.
\*\* It is not customary in debtor's business of oil & gas exploration for debtor to carry insurance. Based on information and belief, operators of leases in which debtor has oil and gas interests carry insurance covering the debtor's interest.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 06/26/08 | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 37,874.01 | 62,869.92 | 35,400.73 | 27,429.57 | 34,678.30 | 28,881.35 | 24,508.49 |
| Accounts Receivable, Net | 549,835.14 | 551,714.72 | 551,718.71 | 564,875.11 | 554,581.01 | 552,591.19 | 549,287.51 |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 587,709.15 | 614,584.64 | 587,119.44 | 592,304.68 | 589,259.31 | 581,472.54 | 573,796.00 |
| PROPERTY, PLANT & EQUIP. @ COST ** | 132,336.83 | 132,336.83 | 217,536.83 | 219,118.83 | 74,804.21 | 74,804.21 | 74,804.21 |
| Less Accumulated Depreciation | 69,099.56 | 70,799.86 | 72,500.16 | 74,200.46 | 71,048.61 | 71,535.87 | 72,023.08 |
| NET BOOK VALUE OF PP & E | 63,237.27 | 61,536.97 | 145,036.67 | 144,918.37 | 3,755.60 | 3,268.34 | 2,781.13 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Capitalized Office Lease Improvements BV | 40,208.40 | 40,107.40 | 40,006.40 | 39,905.40 | 39,804.40 | 39,703.40 | 39,602.40 |
| 3. Electric Deposit | | | | | | | |
| 4. Rent Deposit | 4,478.73 | 4,478.73 | 4,478.73 | 4,478.73 | 4,478.73 | 4,478.73 | 4,478.73 |
| TOTAL ASSETS | $695,633.55 | $720,707.74 | $776,641.24 | $781,607.18 | $637,298.04 | $628,923.01 | $620,658.26 |

* Per Schedules and Statement of Affairs as amended

MOR-2

Revised 07/01/98

** PP&E figures do not include drilling costs as these costs are expensed and therefore not shown on the Balance Sheet.
PP&E figures include costs for Undeveloped Leasehold, capitalized Geological & Geophysical (seismic) and Lease & Well Equipment.
Oct-08: During this month, debtor wrote off $85,200 drilling costs and $16,249.63 leasehold costs for Thumbs Up Prospect due to fact that BP America #1 well was determined to be non-producing. These amounts went to Dry Hole Costs and were thus removed from PP&E.
Oct-08: During this month, debtor wrote off $42,864.99 leasehold costs for Overpass Prospect to Dry Hole Costs (and thus removed from PP&E) based on information and belief that this is not a viable prospect.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 6/26/2008 0:00 | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 169,602.45 | 586,968.88 | 644,779.88 | 153,975.71 | 179,495.10 | 188,364.16 |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 0.00 | 0.00 | | | | | |
| Priority Debt | 21,900.00 | 21,900.00 | 21,900.00 | 21,900.00 | 21,900.00 | 21,900.00 | 21,900.00 |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt * | 1,346,966.55 | 1,346,957.22 | 1,346,957.22 | 1,346,957.22 | 1,346,957.22 | 1,346,957.22 | 1,346,957.22 |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES * | 1,368,866.55 | 1,368,857.22 | 1,368,857.22 | 1,368,857.22 | 1,368,857.22 | 1,368,857.22 | 1,368,857.22 |
| TOTAL LIABILITIES | 1,368,866.55 | 1,538,459.67 | 1,955,826.10 | 2,013,637.10 | 1,522,832.93 | 1,548,352.32 | 1,557,221.38 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 1,680.67 | 1,680.67 | 51,680.67 | 51,680.67 | 51,680.67 | 51,680.67 | 51,680.67 |
| RETAINED EARNINGS: Filing Date | (674,913.67) | (674,913.67) | (674,913.67) | (674,913.67) | (674,913.67) | (674,913.67) | (674,913.67) |
| RETAINED EARNINGS: Post Filing Date | | (144,518.93) | (356,052.66) | (608,796.92) | (262,301.89) | (296,196.31) | (313,330.12) |
| TOTAL OWNER'S EQUITY (NET WORTH) | (673,233.00) | (817,751.93) | (1,179,285.66) | (1,232,029.92) | (885,534.89) | (919,429.31) | (936,563.12) |
| TOTAL LIABILITIES & OWNERS EQUITY | $695,633.55 | $720,707.74 | $776,540.44 | $781,607.18 | $637,298.04 | $628,923.01 | $620,658.26 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

* Judgments are not included in this statement as they are encompassed by Joint Interest Billing Statements which statements are disputed (which amounts are included).

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE ** | 156,785.95 | 564,706.14 | 611,827.85 | 77,361.26 | 79,434.77 | 77,602.42 |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | 454.41 | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 454.41 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | 246.80 | 493.60 | 732.44 | 979.24 | 1,218.08 | 1,464.88 |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Accountant Professional Fees * | | | | 5,213.11 | 5,213.11 | |
| 2. Bankruptcy Counsel Professional Fees * | 12,569.70 | 21,769.14 | 32,219.59 | 70,422.10 | 93,174.73 | 109,296.86 |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $169,602.45 | $586,968.88 | $644,779.88 | $153,975.71 | $179,495.10 | $188,364.16 |

*Payment requires Court Approval

MOR-4

Revised 07/01/08

** Jul-08: This amount includes the $120,896.96 Jul-08 Mariner JIB and the $35,124.78 Jun-08 Mariner JIB which are subject to the Lawsuit and Appeal. Debtor believes these amounts are contrary to the judgment currently on appeal. Jul-08 amount differs from Jul-08 amount on prior MORs due to Jun-08 Mariner JIB being received Nov 13, 2008.
Aug-08: This amount includes the $406,7963.17 Aug-08 Mariner JIB, the $120,896.96 Jul-08 Mariner JIB and the $35,124.78 Jun-08 Mariner JIB which are subject to the Lawsuit and Appeal. Debtor believes these amounts are contrary to the judgment
Sep-08: This amount includes the $43,895.55 Sep-08 Mariner JIB, the $406,7963.17 Aug-08 Mariner JIB, the $120,896.96 Jul-08 Mariner JIB and the 35,124.78 Jun-08 Mariner JIB which are subject to the Lawsuit and Appeal. Debtor believes these amounts are contrary to the judgment
Oct-08: This amount includes Mariner JIBs from Jun-08 through Oct-08 which are subject to the Lawsuit and Appeal. Debtor believes these amounts are contrary to the judgment.
The reduction from Sep-08 to Oct-08 results primarily from Oct-08 Mariner JIB credits of <$641,285.14>.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## AGING OF POST-PETITION LIABILITIES
MONTH Dec-08

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 2,181.42 | 2,181.42 | 0.00 | 0.00 | 0.00 |
| 31-60 * | 0.00 | | 0.00 | 0.00 | 0.00 |
| 61-90 | -531,994.36 | -531,994.36 | 0.00 | 0.00 | 0.00 |
| 91+ | 607,415.36 | 607,415.36 | 0.00 | 0.00 | 0.00 |
| TOTAL | $77,602.42 | $77,602.42 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Dec-08 | | | MONTH |
|---|---|---|---|---|
| 0-30 DAYS | | | | |
| 31-60 DAYS | | | | |
| 61-90 DAYS | | | | |
| 91+ DAYS | 549,287.51 | | | |
| TOTAL | $549,287.51 | | | $0.00 |

MOR-5

Revised 07/01/98

* The negative amount results primarily from the negative Oct-08 Mariner JIB in the amount of <$532,117.22>.

Debtor remains current on all post-petition charges with the exception of JIBs generated by Mariner which are subject to the Lawsuit and Appeal. Debtor believes the JIBs are contrary to the judgment on appeal.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## STATEMENT OF INCOME (LOSS)

| | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) **** | 34,096.85 | 14,836.81 | 15,130.21 | 9,227.18 | 2,809.79 | 834.54 | 76,935.38 |
| TOTAL COST OF REVENUES *** | 158,126.11 | 408,833.58 | 45,720.52 | -387,548.71 | 3,441.93 | -2,443.93 | 226,129.50 |
| GROSS PROFIT | -124,029.26 | -393,996.77 | -30,590.31 | 396,775.89 | -632.14 | 3,278.47 | -149,194.12 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 6,419.50 | 7,337.05 | 11,228.31 | 13,734.24 | 11,247.50 | 5,455.14 | 55,421.74 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | 12,569.70 | 9,199.44 | 10,450.45 | 43,415.62 | 22,752.63 | 16,122.13 | 114,509.97 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 18,989.20 | 16,536.49 | 21,678.76 | 57,149.86 | 34,000.13 | 21,577.27 | 169,931.71 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -143,018.46 | -410,533.26 | -52,269.07 | 339,626.03 | -34,632.27 | -18,298.80 | -319,125.83 |
| INTEREST EXPENSE | 246.80 | 246.80 | 238.84 | 246.80 | 238.84 | 246.80 | 1,464.88 |
| DEPRECIATION | 1,801.30 | 1,801.30 | 1,801.30 | -3,050.85 | 588.26 | 588.21 | 3,529.52 |
| OTHER (INCOME) EXPENSE* | -547.63 | -1,047.63 | -1,564.95 | -4,064.95 | -1,564.95 | -2,000.00 | -10,790.11 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 1,500.47 | 1,000.47 | 475.19 | -6,869.00 | -737.85 | -1,164.99 | -5,795.71 |
| NET INCOME BEFORE TAXES | -144,518.93 | -411,533.73 | -52,744.26 | 346,495.03 | -33,894.42 | -17,133.81 | -313,330.12 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($144,518.93) | ($411,533.73) | ($52,744.26) | $346,495.03 | ($33,894.42) | ($17,133.81) | ($313,330.12) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* Footnote Mandatory.
** *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

MOR-6

Revised 07/01/98

* Rent reimbursement

*** $74,596.24 of the $225,131.50 "Filing to Date" amount represents Mariner JIB costs for WD 34 and HI A 551/552. These costs are subject to the Forest lawsuit and which debtor believes is contrary to the judgment on appeal.

*** Jul-08: $156,021.74 of this $158,126.11 results from Mariner JIB charges.
*** Aug-08: $406,796.17 of this $408,833.58 results from Mariner JIB charges.
*** Sep-08: $43,895.55 of this $45,720.52 results from Mariner JIB charges.
*** Oct-08: <$541,285.14> of this <$387,548.71> results from Mariner JIB in which Mariner reversed Post-Petition charges billed on 06/08, 07/08, 08/08 & 09/08 Joint Interest Billings. The magnitude of these charges and reversals call into question the validity of all 2008 Mariner Joint Interest Billing statements as a number of these charges appear to be duplicative of charges included in the judgment.
*** Nov-08 No Mariner JIB was received.
*** Dec-08 No Mariner JIB was received and a refund was received for Thumbs Up Dry Hole Costs.

**** Nov-08 revenues reflect oil & gas production from Sep-08 which was minimal due to disruption by Hurricanes Gustav and Ike.
**** Dec-08 revenues reflect oil & gas production from Oct-08 which was minimal due to disruption by Hurricanes Gustav and Ike.

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $37,816.15 | $62,869.92 | $35,290.73 | $27,329.57 | $34,588.30 | $28,801.35 | $37,816.15 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 31,846.65 | 14,766.52 | 1,883.57 | 22,897.28 | 4,728.55 | 3,672.22 | 79,794.79 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 547.63 | 1,047.63 | 1,547.63 | 2,405.40 | 1,564.95 | 2,564.95 | 9,678.19 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) *** | 0.00 | 50,000.00 | | | | | 50,000.00 |
| TOTAL RECEIPTS** | 32,394.28 | 65,814.15 | 3,431.20 | 25,302.68 | 6,293.50 | 6,237.17 | 139,472.98 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | 454.41 | 454.41 |
| 10. SECURED/RENTAL/LEASES | 4,631.39 | 5,001.02 | 7,756.44 | 6,873.92 | 6,856.42 | -695.49 | 30,423.70 |
| 11. UTILITIES & TELEPHONE | 279.40 | 1,244.77 | 487.53 | 715.01 | 1,561.20 | | 4,287.91 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 644.51 | | 481.84 | 611.86 | 137.28 | 67.89 | 1,943.38 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 1,460.21 | 805.77 | 126.31 | 1,010.47 | 942.16 | 983.91 | 5,328.83 |
| 17. ADMINISTRATIVE & SELLING | | 1,141.78 | 2,540.24 | 7,207.69 | 2,583.39 | 4,586.20 | 18,059.30 |
| 18. OTHER (attach list) **** | | 85,200.00 | | | | | 85,200.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 7,015.51 | 93,393.34 | 11,392.36 | 16,418.95 | 12,080.45 | 5,396.92 | 145,697.53 |
| 19. PROFESSIONAL FEES | | | | | | 5,213.11 | 5,213.11 |
| 20. U.S. TRUSTEE FEES | 325.00 | | | 1,625.00 | | | 1,950.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 7,340.51 | 93,393.34 | 11,392.36 | 18,043.95 | 12,080.45 | 10,610.03 | 152,860.64 |
| 22. NET CASH FLOW | 25,053.77 | -27,579.19 | -7,961.16 | 7,258.73 | -5,786.95 | -4,372.86 | -13,387.66 |
| 23. CASH - END OF MONTH (MOR-2) | $62,869.92 | $35,290.73 | $27,329.57 | $34,588.30 | $28,801.35 | $24,428.49 | $24,428.49 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

\*\*\* Capital Contributions:
Tim Roberson         24,995
Idylette Roberson        60
Chip Langston       12,150
LuJan Langston       8,100
Charles Sharman      4,695
                    50,000

\*\*\*\* Thumbs Up IDC      85,200

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF Dec-08

| BANK NAME | Encore Bank | | Encore Bank | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #30323489 | # | #30323497 | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 24,438.49 | | 70.00 | | $24,508.49 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $24,438.49 | $0.00 | $70.00 | $0.00 | $24,508.49 |
| BEGINNING CASH - PER BOOKS | 28,801.35 | | 80.00 | | $28,881.35 |
| RECEIPTS* | 6,237.17 | | | | $6,237.17 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 10,600.03 | | 10.00 | | $10,610.03 |
| ENDING CASH - PER BOOKS | $24,438.49 | $0.00 | $70.00 | $0.00 | $24,508.49 |

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

MOR-8

Revised 07/01/98

CASE NAME: Texas Standard Oil Company
CASE NUMBER: 08-34031-H4-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Jul-08 | MONTH Aug-08 | MONTH Sep-08 | MONTH Oct-08 | MONTH Nov-08 | MONTH Dec-08 |
|---|---|---|---|---|---|---|
| 1. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Merril Littlewood - CPA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,213.11 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,213.11 |

MOR-9

Revised 07/01/98