IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-34031-H4-11 |
| TEXAS STANDARD OIL COMPANY | § § § | CHAPTER 11 |
| DEBTOR | § § | |

**MS CRESCENT NINE GREENWAY SPV, LLC'S MOTION FOR
ENTRY OF AGREED ORDER LIFTING AUTOMATIC STAY
TO ALLOW SETOFF OF SECURITY DEPOSIT**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 15 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

THERE WILL BE A HEARING ON THIS MOTION ON APRIL 14, 2009 AT 9:00 A.M. IN COURTROOM NO. 600, 515 RUSK AVENUE, 6TH FLOOR, HOUSTON, TEXAS 77002

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

MS Crescent Nine Greenway SPV, LLC ("*Crescent*") files this Motion for Entry of Agreed Order Lifting Automatic Stay to Allow Setoff of Security Deposit (the "*Motion*"), and would respectfully show the Court as follows:

## Jurisdiction

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core matter pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (G). Venue of this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Factual Background

2. On June 26, 2008 (the "*Petition Date*"), Texas Standard Oil Company (the "*Debtor*") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*").

3. On or about February 11, 2002, the Debtor as tenant, and Crescent Real Estate Funding III, L.P., predecessor-in-interest to Crescent ("*CREF*"), as landlord, entered into a lease (the "*Lease*")[1] of non-residential real property located on the thirtieth (30th) floor of Nine Greenway Plaza, Houston, Texas 77046 (the "*Property*"). In conjunction with the execution of the Lease (and pursuant to Section 1(i) if the Lease), Debtors paid to CREF the sum of $4,478.73 as a security deposit (the "*Security Deposit*"), which Crescent currently retains.

4. On October 16, 2008, the Court entered an Order Granting Debtor's Motion to Extend Time to Assume or Reject Lease (Docket No. 51) (the "*Lease Assumption or Rejection Extension Order*"). Pursuant to the Lease Assumption or Rejection Extension Order, the time within which the Debtor may file a motion to assume or reject the Lease was extended through January 22, 2009. The Debtor vacated the Property on January 17, 2008, and the Lease was rejected effective January 22, 2009. Pursuant to § 502(b)(6) of the Bankruptcy Code, Crescent is

---

[1] The Debtor and CREF entered into that certain First Amendment to Office Lease dated February 20, 2004; and the Debtor and Crescent Real Estate Funding V, L.P. (predecessor-in-interest to Crescent) entered into that certain Second Amendment to Office Lease dated July 27, 2007; and the Debtor and Crescent entered into that certain Third Amendment to Office Lease dated May 20, 2008. For purposes of this motion, all references to the Lease shall be construed when appropriate to include the First Amendment to Office Lease, the Second Amendment to Office Lease, and the Third Amendment to Office Lease.

entitled to lease rejection damages of one years rent in an amount not less than $83,024.94 (the "**Claim**").

5. Accordingly, Crescent's aggregate claim against the Debtor consists of (a) a secured claim for $4,478.73, the amount of the Security Deposit, and (b) a general unsecured claim for an amount not less than $78,331.01.

### Authority and Relief Requested

6. Section 553(a) of the Bankruptcy Code provides in part:

> Except as otherwise provided in this section and in sections 362 and 363 of this title, this title does not affect any right of a creditor to offset a mutual debt owing by such creditor to the debtor that arose before the commencement of the case under this title against a claim of such creditor against the debtor that arose before the commencement of the case . . . .

Thus, § 553(a) requires that debts must be (i) mutual, and (ii) arise pre-petition.

7. Both of these requirements are satisfied in this case because the Claim and the Security Deposit both arise out of a Lease that was entered into between Crescent and the Debtor well in advance of the Petition Date.

8. Further, § 506(a)(1) of the Bankruptcy Code provides that "[a]n allowed claim of a creditor . . . that is subject to setoff under section 553 of this title, is a secured claim . . . to the extent of the amount subject to setoff." Accordingly, Crescent holds a secured claim in the full amount of the Security Deposit, $4,478.73.

9. Based on the foregoing authority, Crescent requests that the automatic stay be lifted to allow Crescent to exercise its setoff rights with respect to the Security Deposit.

**WHEREFORE, PREMISES CONSIDERED**, Crescent respectfully requests that the Court (i) sign and enter the Agreed Order submitted in connection herewith, and (ii) grant Crescent such other and further relief which is just and proper.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: _____
Bruce J. Ruzinsky (17469425)
Chevazz G. Brown (24059498)
1401 McKinney Street, Suite 1900
Houston, TX 77010-4008
713.752.4204
713.308.4155 FAX

**ATTORNEYS FOR MS CRESCENT
NINE GREENWAY SPV, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of March, 2009, a true and correct copy of the foregoing instrument was served electronically by the Clerk of Court, via email and/or via United States mail, postage prepaid upon the parties listed on the attached service list.

_____
Chevazz G. Brown

## SERVICE LIST
### Case No. 08-34031-H4-1

**DEBTOR**
Texas Standard Oil Company
6575 West Loop South, Suite 455
Bellaire, Texas 77401

**U.S. TRUSTEE**
Stephen D. Statham, Esq.
U.S. Trustee's Office
515 Rusk Street, Suite 3516
Houston, Texas 77002

**DEBTOR'S COUNSEL**
Wayne Kitchens, Esq. / Heather McIntyre, Esq.
HughesWattersAskanase, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002-4168

### PARTIES REQUESTING NOTICE

Bradley DeLuca, Esq./Brigid Ashcroft, Esq.
Johnson DeLuca Kennedy, et al.
1221 Lamar Street, Suite 1000
Houston, Texas 77010

Lawrence F. Labanowski, Esq.
Edward F. Mulholland
Lawrence F. Labanowski & Associates
3939 Essex, Suite 600
Houston, TX 77027

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
1301 Travis Street, Suite 300
Houston, Texas 77002-7430

Philip G. Eisenberg / Mark A. Chavez
Locke Lord Bissell & Liddell, LLP
600 Travis Street, Suite 3400
Houston, TX 77002

### CREDITORS

Edward R. Ziegler, PE
5063 Westheimer, Suite 810
Houston, TX 77056

Langston Energy, LLC
9 Greenway Plaza, Suite 3040
Houston, Texas 77046-0919

Grimes Energy Company
11 Greenway, Suite 2902
Houston, TX 77046

Pat Johnson
9 Greenway Plaza, Suite 3040
Houston, Texas 77046-0919

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

PetroVal, Inc.
2009 Huldy
Houston, TX 77019

## SERVICE LIST
### Case No. 08-34031-H4-1

Spagnoletti & Co.
401 Louisiana, 8th Floor
Houston, TX 77002

Timothy Roberson
9 Greenway Plaza, Suite 3040
Houston, Texas 77046-0919

Texas Standard Oil & Gas, LP
9 Greenway Plaza, Suite 3040
Houston, Texas 77046

TXS 498 Corp.
9 Greenway Plaza, Suite 3040
Houston, Texas 77046-0919

### PARTIES IN INTEREST

Apache Corporation
Robert Sergesketter, Esq.
2000 Post Oak Blvd., Suite 100
Houston, TX 77056

MS Crescent Nine Greenway SPV, LLC
3 Greenway Plaza, Suite 110
Houston, TX 77046

Buccaneer Resources LLC
820 Gessner, Suite 1050
Houston, TX 77024

Pitney Bowes
P.O. Box 856042
Louisville, KY 40285

Frankel Offshore Energy, Inc.
5205 Pine Street
Bellaire, TX 77401-4820

Sandalwood Exploration, LP
1220 Augusta Drive, Suite 400
Houston, TX 77057

Frankel Offshore Energy, Inc.
c/o Philip Nizialek, Esq.
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

Transco Exploration Company
2800 Post Oak Blvd.
Houston, TX 77056

Highbaugh Field Corp.
1320 South Loop West
Houston, TX 77054

**Davis Well**

Houston Energy, LP
1415 Louisiana, Suite 2150
Houston, TX 77002

Grimes Energy Company
Attn: Mike Grimes
1220 Augusta Drive, Suite 1218
Houston, TX 77002

SERVICE LIST
Case No. 08-34031-H4-1

Heritage Energy, L.L.C.
Attn: Robert G. Lindberg
205 West Maple, Rt. 30
New Lenox, IL 60451

Island Drilling, L.L.C.
Attn: Louis I. Schneider
10260 Westheimer, Suite 200
Houston, TX 77042

James L. Allen
4019 Coleridge
Houston, TX 77005

Manti Resources, Inc.
Attn: Tim P. Boyle
800 N. Shoreline Drive, Suite 900 South
Corpus Christi, TX 78401

Roemer Interests, Ltd.
Attn: Lamar Roemer
35 N. Wynden Drive
Houston, TX 77056

Rosbottom Production Corporation
Attn: Harold L. Rosbottom, Jr.
2640 Youree Drive
Shreveport, LA 71104

Sandalwood Exploration, L.P.
Attn: C. Phil Fleming
1220 Augusta Drive, Suite 400
Houston, TX 77057

Square Mile Energy, L.L.C.
Attn: Kerry G. Bonner
5847 San Felipe, Suite 2940
Houston, TX 77057

Weiser-Brown Oil Company
Attn: Chris Weiser
117 E. Calhoun
Magnolia City, AR 71753

**High Island A552**

Energy Development Corporation
Attn: D. W. Wohlfarth
80 Park Place
Newark, NJ 07101

Freeport Oil Company
Attn: G.B. McBride
P.O. Box 3038
Midland, TX 79702

Transco Exploration Company
Attn: Wade S. McAlister
P.O. Box 1396
Houston, TX 77001

**Main Pass**

Andex Resources, L.L.C.
Attn: Roy G. Anderson
700 Louisiana, Suite 1100
Houston, TX 77005

CDB Oil & Gas, L.L.C.
Attn: Jerald P. Block
422 East First Street
Thibodaux, LA 70301

## SERVICE LIST
## Case No. 08-34031-H4-1

Daubert-Howell Energy, Ltd.
Attn: C. Robert Daubert
4040 Broadway Street, Suite 515
San Antonio, TX 78209

Fairways Offshore Exploration, Inc.
Attn: Paul A. Doyle
9800 Northwest Freeway, Suite 500
Houston, TX 77092

Grimes Energy Company
Attn: Mike Crimes
1220 Augusta Drive, Suite 1218
Houston, TX 77002

James L. Allen
4019 Coleridge
Houston, TX 77005

Pesca Drilling, L.L.C.
Attn: Louis I. Schneider
10260 Westheimer, Suite 200
Houston, TX 77042

Roemer Interests, Ltd.
Attn: Lamar Roemer
35 N. Wynden Drive
Houston, TX 77056

Rosbottom Production Corporation
Attn: Harold L. Rosbottom, Jr.
2640 Youree Drive
Shreveport, LA 71104

Sandalwood Exploration, L.P.
Attn: C. Phil Fleming – Vice President, Land
1220 Augusta Drive, Suite 400
Houston, TX 77057

Texas Standard Oil Company
Attn: Timothy M. Roberson
Nine Greenway Plaza, Suite 3040
Houston, TX 77046

Weiser-Brown Oil Company
Attn: Chris Weiser
117 E. Calhoun
Magnolia City, AR 71753

Wolf Resources, L.P.
Attn: Tom L. Dodds
700 Louisiana, Suite 1100
Houston, TX 77006

**West Delta 34**

Energy Development Corporation
Attn: Dave W. Wohlfarth
80 Park Place
Newark, NJ 07101

Freeport Oil Company
Attn: Charles Jeanfreau
P.O. Box 3038
Midland, TX 79701

McMoRan Exploration Co.
Attn: Andre V. Wogan
1615 Poydras Street
New Orleans, LA 70113

Pioneer Production Corporation
Attn: Mr. Erle Mathis
P.O. Box 2542
Amarillo, Texas 79105

## SERVICE LIST
## Case No. 08-34031-H4-1

Texas Exploration Company
Attn: John R. Fletcher
P.O. Box 1396
Houston, TX 77001

The Continental Group, Inc.
Attn: Spencer Schedler
633 Third Avenue
New York, NY 10017

**West Delta 34 Farmout**

Forest Oil Corporation
Attn: Vic Luszcz
1600 Broadway, Suite 2200
Denver, CO 80202

Houston Energy, L.P.
Attn: P. David Amend
1415 Louisiana, Suite 2150
Houston, TX 77002

Noble Energy, Inc.
Attn: William F. Sims
100 Glenborough, Suite 100
Houston, TX 77067

Pioneer Natural Resources USA, Inc.
Attn: Gulf Coast Land Manager
1400 Williams Square West
5205 N. O'Connor Blvd.
Irving, TX 75039

Texas Standard Oil Company
Attn: Timothy Roberson
Nine Greenway Plaza, Suite 3040
Houston, TX 77046