UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

### DEBTOR'S EMERGENCY MOTION TO CONVERT CASE TO CHAPTER 7

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**MOVANT HAS REQUESTED EMERGENCY CONSIDERATION OF THIS MOTION**

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

Texas Standard Oil Company ("Debtor") files this *Emergency Motion to Convert Case to Chapter 7,* and would respectfully show as follows:

### RELIEF REQUESTED

1. Pursuant to 11 U.S.C. § 1112(a), the Debtor may convert this case to Chapter 7.

2. Per the March 18, 2009 Order, the Court estimated administrative claims of the Mariner entities as $456,000.00. [Docket No. 216].

3. Given the amount of estimated administrative claims, the Debtor has no prospects for reorganization.

WHEREFORE, Texas Standard Oil Company respectfully requests an order of this Court immediately converting this case to Chapter 7, and for such other relief as is just.

Respectfully submitted,

_____
Charley Sharman, Sole Director and Officer
Texas Standard Oil Company
6575 West Loop South, Suite 455
Bellaire, TX 77401
Tel: (713) 655-1195
Fax: (713) 655-1197


*/s/ Heather McIntyre*
_____
| | |
|---|---|
| Wayne Kitchens | TBN 11541110 |
| wkitchens@hwa.com | |
| David Askanase | TBN 01390000 |
| daskanase@hwa.com | |
| Heather McIntyre | TBN 24041076 |
| hmcintyre@hwa.com | |

HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002-4168
Telephone: 713-759-0818
Facsimile: 713-759-6834
ATTORNEYS FOR TEXAS STANDARD OIL COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on the parties listed on the attached Service List via ECF or first-class mail, postage prepaid as indicated on March 30, 2009.

*/s/ Heather McIntyre*
_____
Heather McIntyre

1399068-1:TSOC:0001

# SERVICE LIST
Case No. 08-34031

**Debtor**
Texas Standard Oil Company
6575 West Loop South, Suite 455
Bellaire, Texas 77401
*Via US Mail*

**Debtor's Counsel**
Wayne Kitchens, Esq.
Heather McIntyre, Esq.
HughesWattersAskanase, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002-4168
*Via ECF*

**U.S. Trustee**
Stephen D. Statham, Esq.
U.S. Trustee's Office
515 Rusk Street, Suite 3516
Houston, Texas 77002
*Via ECF*

## Parties Requesting Notice

Bradley DeLuca, Esq./Brigid Ashcroft, Esq.
George A. Kurisky, Jr., Esq.
Johnson DeLuca Kennedy, et al.
1221 Lamar Street, Suite 1000
Houston, Texas 77010
*Via ECF*

Lawrence F. Labanowski, Esq.
Edward F. Mulholland
Lawrence F. Labanowski & Associates
3939 Essex, Suite 600
Houston, TX 77027
*Via ECF*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
1301 Travis Street, Suite 300
Houston, Texas 77002-7430
*Via ECF*

Philip Eisenberg / Mark Chavaez
Locke Lord Bissell & Liddell, LLP
600 Travis Street, Suite 3400
Houston, TX 77002
*Via ECF*

## Creditors

Edward R. Ziegler, PE
5063 Westheimer, Suite 810
Houston, TX 77056
*Via US Mail*

MS Crescent Nine Greenway SPV, LLC
3 Greenway Plaza, Suite 110
Houston, TX 77046
*Via ECF*

Grimes Energy Company
11 Greenway, Suite 2092
Houston, TX 77046
*Via US Mail*

Pat Johnson
6575 West Loop South, Suite 455
Bellaire, Texas 77401
*Via US Mail*

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA  19114-0326
*Via US Mail*

PetroVal, Inc.
Attn:  Kimberly S. McCullough
2009 Huldy
Houston, TX 77019
*Via US Mail*

Langston Energy, LLC
6575 West Loop South, Suite 455
Bellaire, Texas 77401
*Via US Mail*

Spagnoletti & Co.
401 Louisiana, 8th Floor
Houston, TX 77002
*Via US Mail*

1318525-1:TSOC:0001

**SERVICE LIST**
Case No. 08-34031

Texas Standard Oil & Gas, LP
6575 West Loop South, Suite 455
Bellaire, Texas 77401
*Via US Mail*

TXS 498 Corp.
6575 West Loop South, Suite 455
Bellaire, Texas 77401
*Via US Mail*

Timothy Roberson
6575 West Loop South, Suite 455
Bellaire, Texas 77401
*Via US Mail*