Case 08-34031   Document 238   Filed in TXSB on 04/02/09   Page 1 of 1

Case 08-34031   Document 231-1   Filed in TXSB on 03/30/2009   Page 1 of



ENTERED
04/02/2009

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 11 |
| Debtor. | § | |

### ORDER CONVERTING CASE TO CASE UNDER CHAPTER 7

On this date came on to be heard the Debtor's Emergency Motion to Convert Case from Chapter 11 to Case Under Chapter 7 as permitted by 11 U.S.C. §1112(a). After reviewing such Motion and the reasons for conversion stated therein, it is

**ORDERED** that the above numbered and styled chapter 11 proceeding is hereby converted to a case under chapter 7.

Signed at Houston, Texas this 2nd day of _April_, 2009.

HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND SUBSTANCE:
/s/ Heather McIntyre
Wayne Kitchens       TBN 11541110
wkitchens@hwa.com
David Askanase       TBN 01390000
daskanase@hwa.com
Heather McIntyre     TBN 24041076
hmcintyre@hwa.com
HughesWattersAskanase, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002-4168
Telephone: 713-759-0818
Facsimile: 713-759-6834
ATTORNEYS FOR TEXAS STANDARD
OIL COMPANY