UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS STANDARD OIL COMPANY, | § | CASE NO. 08-34031 |
| | § | CHAPTER 7 |
| Debtor. | § | |

### AMENDED DEBTOR'S SCHEDULE OF
### UNPAID DEBTS INCURRED DURING CHAPTER 11

In compliance with Bankruptcy Rule 1019(5)(A)(i), Texas Standard Oil Company files its schedule of unpaid debts incurred after the filing of the petition and before conversion of the case.

Attached hereto is a list of such unpaid debts including the name, address and amount of debt.

Respectfully submitted,

*/s/ Heather McIntyre*

| | |
|---|---|
| Wayne Kitchens | TBN 11541110 |
| wkitchens@hwa.com | |
| David Askanase | TBN 01390000 |
| daskanase@hwa.com | |
| Heather McIntyre | TBN 24041076 |
| hmcintyre@hwa.com | |

HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002-4168
Telephone: 713-759-0818
Facsimile: 713-759-6834
ATTORNEYS FOR TEXAS STANDARD
OIL COMPANY

APPROVED

Charley Sharman, Sole Director and Officer
Texas Standard Oil Company
6575 West Loop South, Suite 455
Bellaire, TX 77401
Tel: (713) 655-1195
Fax: (713) 655-1197

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on the U.S. Trustee and the Chapter 7 Trustee by ECF on April 15, 2009.

                                                */s/ Heather H. McIntyre*
                                                Heather McIntyre

# Texas Standard Oil Company
## Unpaid Bills Detail

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Apache Corporation** | | | | | |
| Attn: A/R, 2000 Post Oak Blvd, Suite 100 | | | | | |
| Houston, TX 77056-4400  ph: 713-296-6000 | | | | | |
| Bill | 03/17/2009 | 022009I0000401 | 04/16/2009 | | 5,380.91 |
| Total Apache Corporation | | | | | 5,380.91 |
| | | | | | |
| **Carson Rollins, LLC** | | | | | |
| P. O. Box 79429, Houston, TX  77279-9429 | | | | | |
| Bill | 03/06/2009 | 09-0005 | 04/05/2009 | | 39,462.50 |
| Total Scott M. Daniel | | | | | 39,462.50 |
| | | | | | |
| **HughesWattersAskanase, LLP** | | | | | |
| 333 Clay, 29th Floor | | | | | |
| Houston, TX  77002 | | | | | |
| Bill | 06/30/2008 | 2008-07 | 07/30/2008 | 257 | 3,539.69 |
| Bill | 07/31/2008 | 2008-08 | 08/30/2008 | 226 | 9,030.01 |
| Bill | 08/31/2008 | 2008-09 | 09/30/2008 | 195 | 9,199.44 |
| Bill | 09/30/2008 | 2008-10 | 10/30/2008 | 165 | 10,450.45 |
| Bill | 10/31/2008 | 2008-11 | 11/30/2008 | 134 | 37,032.26 |
| Bill | 11/30/2008 | 2008-12 | 12/30/2008 | 104 | 22,752.63 |
| Bill | 12/31/2008 | 2009-01 | 01/30/2009 | 73 | 14,271.13 |
| Bill | 01/31/2009 | 2009-02 | 03/02/2009 | 42 | 27,595.80 |
| Bill | 02/28/2009 | 2009-03 | 03/30/2009 | 14 | 52,594.14 |
| Bill | 04/01/2009 | | 05/01/2009 | | 11,908.90 |
| Total HughesWattersAskanase, LLP | | | | | 198,374.45 |
| | | | | | |
| **Langston Energy, LLC (v)** | | | | | |
| 6575 West Loop South, Suite 455 | | | | | |
| Bellaire, TX  77401 | | | | | |
| Bill | 07/31/2008 | NP 1 Int - Jul '08 | 07/31/2008 | 256 | 91.46 |
| Bill | 07/31/2008 | NP 2 Int - Jul '08 | 07/31/2008 | 256 | 8.49 |
| Bill | 08/31/2008 | NP 1 Int - Aug '08 | 08/31/2008 | 225 | 91.46 |
| Bill | 08/31/2008 | NP 2 Int - Aug '08 | 08/31/2008 | 225 | 8.49 |
| Bill | 09/30/2008 | NP 1 Int - Sep '08 | 09/30/2008 | 195 | 88.51 |
| Bill | 09/30/2008 | NP 2 Int - Sep '08 | 09/30/2008 | 195 | 8.22 |
| Bill | 10/31/2008 | NP 1 Int - Oct '08 | 10/31/2008 | 164 | 91.46 |
| Bill | 10/31/2008 | NP 2 Int - Oct '08 | 10/31/2008 | 164 | 8.49 |
| Bill | 11/30/2008 | NP 1 Int - Nov '08 | 11/30/2008 | 134 | 88.51 |
| Bill | 11/30/2008 | NP 2 Int - Nov '08 | 11/30/2008 | 134 | 8.22 |
| Bill | 12/31/2008 | NP 1 Int - Dec '08 | 12/31/2008 | 103 | 91.46 |

# Texas Standard Oil Company
## Unpaid Bills Detail

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 12/31/2008 | NP 2 Int - Dec '08 | 12/31/2008 | 103 | 8.49 |
| Bill | 01/31/2009 | NP 1 Int - Jan '09 | 01/31/2009 | 72 | 91.46 |
| Bill | 01/31/2009 | NP 2 Int - Jan '09 | 01/31/2009 | 72 | 8.49 |
| Bill | 02/28/2009 | NP 1 Int - Feb '09 | 02/28/2009 | 44 | 82.61 |
| Bill | 02/28/2009 | NP 2 Int - Feb '09 | 02/28/2009 | 44 | 7.67 |
| Bill | 03/31/2009 | NP 1 Int - Mar '09 | 03/31/2009 | 13 | 91.46 |
| Bill | 03/31/2009 | NP 2 Int - Mar '09 | 03/31/2009 | 13 | 8.49 |

**Total Langston Energy, LLC (v)**    883.44

**Mariner Energy**
Dept 877
P. O. Box 4346
Houston, TX 77210-4346

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 06/30/2008 | 06-20-110 | 07/30/2008 | 257 | 35,124.78 |
| Bill | 07/31/2008 | 07-20-1110 | 08/10/2008 | 246 | 120,896.96 |
| Bill | 08/31/2008 | 08-20-1097 | 09/30/2008 | 195 | 406,796.17 |
| Bill | 09/30/2008 | 09-20-1105 | 10/30/2008 | 165 | 43,895.55 |
| Credit | 10/31/2008 | 10-20-1156 | | | (532,117.22) |
| Bill | 01/01/2009 | 12-20-1217 | 01/31/2009 | 72 | 2,250.00 |

**Total Mariner Energy**    76,846.24

**Sandalwood Exploration, L.P.**
1220 Augusta Dr, Suite 400
Houston, TX 77057

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 12/25/2008 | Apache ck 12/26/08 | 01/24/2009 | 79 | 93.35 |
| Bill | 01/25/2009 | | 02/24/2009 | 48 | 130.03 |
| Bill | 02/27/2009 | Apache ck 02/25/09 | 03/29/2009 | 15 | 31.00 |

**Total Sandalwood Exploration, L.P.**    254.38

**Scott M. Daniel**
3836 Gramercy Street, Houston, 77025

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 03/25/2009 | 2009-01 Davis | 04/24/2009 | | 51.22 |

**Total Scott M. Daniel**    51.22

**Texas Standard Oil & Gas, LP (v)**
6575 West Loop South, Suite 455
Bellaire, TX 77401

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 07/31/2008 | NP 1 Int - Jul '08 | 07/31/2008 | 256 | 112.92 |
| Bill | 07/31/2008 | NP 2 Int - Jul '08 | 07/31/2008 | 256 | 12.48 |
| Bill | 08/31/2008 | NP 1 Int - Aug '08 | 08/31/2008 | 225 | 112.92 |
| Bill | 08/31/2008 | NP 2 Int - Aug '08 | 08/31/2008 | 225 | 12.48 |
| Bill | 09/30/2008 | NP 1 Int - Sep '08 | 09/30/2008 | 195 | 109.27 |

# Texas Standard Oil Company
## Unpaid Bills Detail

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 09/30/2008 | NP 2 Int - Sep '08 | 09/30/2008 | 195 | 12.08 |
| Bill | 10/31/2008 | NP 1 Int - Oct '08 | 10/31/2008 | 164 | 112.92 |
| Bill | 10/31/2008 | NP 2 Int - Oct '08 | 10/31/2008 | 164 | 12.48 |
| Bill | 11/30/2008 | NP 1 Int - Nov '08 | 11/30/2008 | 134 | 109.27 |
| Bill | 11/30/2008 | NP 2 Int - Nov '08 | 11/30/2008 | 134 | 12.08 |
| Bill | 12/31/2008 | NP 1 Int - Dec '08 | 12/31/2008 | 103 | 112.92 |
| Bill | 12/31/2008 | NP 2 Int - Dec '08 | 12/31/2008 | 103 | 12.48 |
| Bill | 01/31/2009 | NP 1 Int - Jan '09 | 01/31/2009 | 72 | 112.92 |
| Bill | 01/31/2009 | NP 2 Int - Jan '09 | 01/31/2009 | 72 | 12.48 |
| Bill | 02/28/2009 | NP 2 Int - Feb '09 | 02/28/2009 | 44 | 11.27 |
| Bill | 02/28/2009 | NP 1 Int - Feb '09 | 02/28/2009 | 44 | 101.99 |
| Bill | 03/31/2009 | NP 1 Int - Mar '09 | 03/31/2009 | 13 | 112.92 |
| Bill | 03/31/2009 | NP 2 Int - Mar '09 | 03/31/2009 | 13 | 12.48 |
| **Total Texas Standard Oil & Gas, LP (v)** | | | | | **1,108.36** |

**TXS 498 Corp (v)**
6575 West Loop South, Suite 455
Bellaire, TX 77401

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Bill | 07/31/2008 | NP 1 Int - Jul '08 | 07/31/2008 | 256 | 21.45 |
| Bill | 08/31/2008 | NP 1 Int - Aug '08 | 08/31/2008 | 225 | 21.45 |
| Bill | 09/30/2008 | NP 1 Int - Sep '08 | 09/30/2008 | 195 | 20.76 |
| Bill | 10/31/2008 | NP 1 Int - Oct '08 | 10/31/2008 | 164 | 21.45 |
| Bill | 11/30/2008 | NP 1 Int - Nov '08 | 11/30/2008 | 134 | 20.76 |
| Bill | 12/31/2008 | NP 1 Int - Dec '08 | 12/31/2008 | 103 | 21.45 |
| Bill | 01/31/2009 | NP 1 Int - Jan '09 | 01/31/2009 | 72 | 21.45 |
| Bill | 02/28/2009 | NP 1 Int - Feb '09 | 02/28/2009 | 44 | 19.38 |
| Bill | 03/31/2009 | NP 1 Int - Mar '09 | 03/31/2009 | 13 | 21.45 |
| **Total TXS 498 Corp (v)** | | | | | **189.60** |
| **TOTAL** | | | | | **322,551.10** |