IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-34031-H4-7 |
| TEXAS STANDARD OIL § | |
| COMPANY § | |
|     DEBTOR | |

## Trustee's Emergency Motion to Abandon Estate's Interest in the Undivided Leasehold Interest in High Island Block A-552, Offshore Texas

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 20 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee for Texas Standard Oil Company, files his Emergency Motion to Abandon Estate's Interest in the Undivided Leasehold Interest in High Island Block A-552, Offshore Texas, and in support thereof would show as follows:

1. On June 26, 2008, the Debtor filed a Voluntary Petition under Chapter 11 of Title 11 of the United States Code.

2. On April 2, 2009, this Court entered an Order converting the case to a Chapter 7

      Proceeding. Rodney Tow was appointed Trustee, qualified, and continues to act in that capacity.

3. The Debtor owns an undivided leasehold interest in an oil & gas well know as the High Island Area Block A-552, Offshore Texas. The potential administrative expenses associated with this well are approximately $30,000 per month, an amount that far exceeds the value of the well to the Bankruptcy Estate.

4. In this Court's Findings of Fact and Conclusions of Law Regarding Estimation of the Following Claims: (1) Pre-Petition Claim of Forest Oil Corporation; (2) Pre-Petition Claim of Mariner Energy, Inc. and Mariner Energy Resources; and (3) Administrative Claim of Mariner Energy Inc. and Mariner Energy Resources [Docket No. 216], this Court determined that Mariner Energy Inc. and Mariner Energy Resources, (collectively "Mariner"), is the operator of this and other wells.

5. As operator, Mariner has the obligation to plug and abandon this well, not the Debtor. 16 Tex. Admin. Code §3.14.

6. Counsel for the Trustee has researched the ability of the Trustee to abandon the Estate's interest in this well. All of the case law denying a Trustee the right to abandon contaminated estate property if state health or safety law prohibits such abandonment involved cases where the Debtor was actually the operator of the well in question, not merely a partial owner of an interest in the well.[1] There is no prohibition for an interest holder to abandon contaminated estate property.

---

[1] *In re: American Coastal Energy, Inc.*, 399 B.R. 805, 810 (Bankr. S.D. Tex. 2009); citing *Midlantic Nat. Bank v. N.J Dept. Of Envtl. Prot.*, 474 U.S. 494, 507 106 S.Ct. 755, (1986);

7. The Trustee is aware that this Court has granted Mariner an administrative claim associated with this well. However, the Trustee expressly reserves his right to request this Court to reconsider its estimation of Mariner's administrative claim in this Estate pursuant to 11 U.S.C. §502(j).

8. Due to the continuing potential administrative costs to this Estate, the Trustee requests that this Court enter an Order abandoning the Estate's interest in the High Island Area Block A-522, Offshore Texas well.

9. The Trustee spoke with Counsel for Mariner and he opposes the relief sought in this Motion.

Respectfully submitted this 12th day of June, 2009.

**TOW & KOENIG, PLLC.**

By: */s/ Julie M. Koenig*
    Julie M. Koenig
    SBA# 14217300
    26219 Oak Ridge Drive
    The Woodlands, Texas 77380
    281/681-9100 (Telephone)
    832/482-3979 (Telecopier)
    Jkoenig@towkoenig.com

Attorneys for the Trustee

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served by Nicole Oakley, a legal assistant in my office, on all of the parties on the attached service list via either ECF Notification or by first class mail, proper postage affixed, on the 12th day of June, 2009.

*/s/ Julie M. Koenig*
Julie M. Koenig

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 08-34031<br>Southern District of Texas<br>Houston<br>Fri Jun 12 10:52:49 CDT 2009 | Diamond McCarthy LLP<br>909 Fannin<br>Suite 1500<br>Houston, TX 77010-1026 | Harris County<br>Attn: John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| HughesWattersAskanase, LLP<br>Three Allen Center<br>333 Clay, 29th Floor<br>Houston, TX 77002-2571 | Mariner Energy, Inc.<br>P.O. Box 4346<br>Houston, TX 77210-4346 | Merit Energy Company<br>Locke Lord Bissell & Liddell LLP<br>Attn: Philip Eisenberg<br>600 Travis Street<br>Suite 3400<br>Houston, TX 77002-2926 |
| Noble Energy, Inc<br>100 Glenborough Drive<br>Suite 100<br>Houston, TX 77067-3618 | PetroVal, Inc./Grimes Energy Company/Texas S<br>11 Greenway Plaza, Suite 2902<br>Houston, TX 77046-1105 | Texas Standard Oil Company<br>6575 West Loop South<br>Suite 455<br>Houston, TX 77401-3512 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Bradley L Delucka/Bridgid D Ash<br>Johnson Deluca Kennedy Kurisk<br>1221 Lamar Street Ste 1000<br>Houston, TX 77010-3050 | Edward R Ziegler PE<br>5063 Westheimer Ste 810<br>Houston, TX 77056 |
| Edward Ziegler<br>5065 Westheimer, Suite 810<br>Houston, TX 77056-6646 | Forest Oil Corporation<br>c/o Bradley L DeLuca<br>Johhson Deluca Kennedy Kurisk<br>1221 Lamar Street Ste 1000<br>Houston, TX 77010-3050 | Grimes Energy Company<br>11 Greenway, Suite 2902<br>Houston, TX 77046-1105 |
| Harris County et al<br>c/o John P Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Langston Energy, LLC<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046-0919 |
| MS Crescent Nine Greenway SPV, LLC<br>c/o Bruce J. Ruzinsky<br>Jackson Walker LLP<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010-1900<br>713-752-4204 | Mariner Energy Resources, Inc .<br>c/o Bradley L- DeLuca/Brigid D.<br>Johnson DeLuca Kennedy & Kurisk<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010-3050 | Mariner Energy, Inc. / Mariner Energy Resour<br>c/o Bradley L. DeLuca<br>4 Houston Center<br>1221 Lamar, Suite 1000<br>Houston, Texas 77010-3050 |
| Pat Johnson<br>9 Greenway Plaza, Suite 3040<br>Houston, Texas 77046-0919 | Petroval, Inc.<br>2009 Huldy<br>Houston, Texas 77019-6141 | SEC, Bankruptcy Section<br>500 West Madison, Ste . 14QQ<br>Chicago, IL 60661-4544 |
| Spagnoletti & Co.<br>401 Louisiana, 8th Fl<br>Houston, TX 77002-1629 | TXSS 489 Corp<br>9 Greenway Plaza Ste 3040<br>Houston, TX 77046-0919 | Texas Standard Oil & Gas LP<br>9 Greenway Plaza Ste 3040<br>Houston, TX 77046-0919 |
| Timothy Roberson<br>9 Greenway Plaza Ste 3040<br>Houston, TX 77046-0919 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | US Trustee<br>515 Rusk, Ste 3516<br>Houston, TX 77002-2604 |

| | | |
|---|---|---|
| David J Askanase<br>Hughes Watters and Askanase<br>Three Allen Center<br>333 Clay<br>29th Fl<br>Houston, TX 77002-2571 | Heather Heath McIntyre<br>Hughes Watters et al<br>333 Clay St<br>29th Fl<br>Houston, TX 77002-2571 | John Kim<br>The Kim Law Firm<br>4309 Yoakum Blvd Ste 2000<br>Houston, TX 77006-5857 |
| Merril Littlewood<br>Merril Littlewood Company<br>One Sugar Creek Center Blvd<br>Suite 450<br>Sugar Land, TX 77478-3584 | Rodney D Tow<br>Tow and Koenig PLLC<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380-1960 | Wayne Kitchens<br>Hughes Watters & Askanase<br>Three Allen Center<br>333 Clay, 29th Floor<br>Houston, TX 77002-2571 |

c/o Bruce Ruzinsky MS Crescent Nine Greenway
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010-1900

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS, Special Procedures<br>1919 Smith STOP 5024H0U<br>Houston, TX 77002 | (d)Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carson Rollins, LLC | (u)Coldren Resources, L.P. | (u)Forest Oil Corporation |

| | |
|---|---|
| (u)mariner energy resources, inc. | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     4<br>Total                  40 |