IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-34031-H4-7 |
| TEXAS STANDARD OIL § | |
| COMPANY § | |
| DEBTOR | |

## Trustee's Motion Requesting Authorization to
## Sign Release of Oil, Gas and Mineral Lease
## in Vermillion Parish

**TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee for Texas Standard Oil Company, files his Trustee's Motion Requesting Authorization to Sign Release of Oil, Gas and Mineral Lease in Vermillion Parish and in support thereof would show as follows:

1. The Trustee has received a request to release the estate's interest in an Oil, Gas and Mineral lease of the Debtor. The lease has expired. Under Article 206 of the Louisiana Mineral Code, the owner of a mineral right (e.g. a landowner) can demand the formal release, by the mineral lessee, of a mineral lease which has expired. The landowner sent the Trustee a letter requesting Under Article 207 of the Louisiana Mineral Code, failure to timely provide the required act exposes the lessee (in this case, Texas Standard) to a claim for damages and reasonable attorney's fees.

2. The Trustee has attached the release he has been requested to sign and seeks authorization to sign the release.

The Trustee requests that the Court authorize him to sign the release.

Respectfully submitted this 20th day of January, 2010.

                              **TOW & KOENIG, PLLC.**

                        By:  */s/  Rodney Tow*
                              Rodney Tow
                              SBA# 20152500
                              26219 Oak Ridge Drive
                              The Woodlands, Texas 77380
                              281/681-9100 (Telephone)
                              832/482-3979 (Telecopier)

                        Attorneys for the Trustee

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served by Nicole Oakley, a legal assistant in my office, on all of the parties on the attached service list via either ECF Notification or by first class mail, proper postage affixed, on the 20th day of January, 2010.

                              */s/  Rodney Tow*
                              Rodney Tow

```
Label Matrix for local noticing        Diamond McCarthy LLP                    Harris County
0541-4                                  909 Fannin                              Attn: John P. Dillman
Case 08-34031                           Suite 1500                              PO Box 3064
Southern District of Texas              Houston, TX 77010-1026                  Houston, TX 77253-3064
Houston
Wed Jan 20 12:33:25 CST 2010

HughesWattersAskanase, LLP              Mariner Energy, Inc.                    Merit Energy Company
Three Allen Center                      P.O. Box 4346                           Locke Lord Bissell & Liddell LLP
333 Clay, 29th Floor                    Houston, TX 77210-4346                  Attn: Philip Eisenberg
Houston, TX 77002-2571                                                          600 Travis Street
                                                                                Suite 3400
                                                                                Houston, TX 77002-2926

Noble Energy, Inc                       PetroVal, Inc./Grimes Energy Company/Texas S    Texas Standard Oil Company
100 Glenborough Drive                   11 Greenway Plaza, Suite 2902           6575 West Loop South
Suite 100                               Houston, TX 77046-1105                  Suite 455
Houston, TX 77067-3618                                                          Houston, TX 77401-3512


4                                       Bradley L Delucka/Bridgid D Ash         Edward R Ziegler PE
United States Bankruptcy Court          Johnson Deluca Kennedy Kurisk           5063 Westheimer Ste 810
PO Box 61010                            1221 Lamar Street Ste 1000              Houston, TX 77056
Houston, TX 77208-1010                  Houston, TX 77010-3050


Edward Ziegler                          Forest Oil Corporation                  Grimes Energy Company
5065 Westheimer, Suite 810              c/o Bradley L DeLuca                    11 Greenway, Suite 2902
Houston, TX 77056-6646                  Johhson Deluca Kennedy Kurisk           Houston, TX 77046-1105
                                        1221 Lamar Street Ste 1000
                                        Houston, TX 77010-3050

Harris County et al                     (p)INTERNAL REVENUE SERVICE             Langston Energy, LLC
c/o John P Dillman                      CENTRALIZED INSOLVENCY OPERATIONS       9 Greenway Plaza, Suite 3040
Linebarger Goggan Blair & Sampson LLP   PO BOX 21126                            Houston, Texas 77046-0919
P.O. Box 3064                           PHILADELPHIA PA 19114-0326
Houston, Tx. 77253-3064

MS Crescent Nine Greenway SPV, LLC      Mariner Energy Resources, Inc .         Mariner Energy, Inc. / Mariner Energy Resour
c/o Bruce J. Ruzinsky                   c/o Bradley L- DeLuca/Brigid D.         c/o Bradley L. DeLuca
Jackson Walker LLP                      Johnson DeLuca Kennedy & Kurisk         4 Houston Center
1401 McKinney, Suite 1900               1221 Lamar Street, Suite 1000           1221 Lamar, Suite 1000
Houston, Texas 77010-1900               Houston, TX 77010-3050                  Houston, Texas 77010-3050
713-752-4204

Pat Johnson                             Petroval, Inc.                          SEC, Bankruptcy Section
9 Greenway Plaza, Suite 3040            2009 Huldy                              500 West Madison, Ste . 14QQ
Houston, Texas 77046-0919               Houston, Texas 77019-6141               Chicago, IL 60661-4544



Spagnoletti & Co.                       TXSS 489 Corp                           Texas Standard Oil & Gas LP
401 Louisiana, 8th Fl                   9 Greenway Plaza Ste 3040               9 Greenway Plaza Ste 3040
Houston, TX 77002-1629                  Houston, TX 77046-0919                  Houston, TX 77046-0919




Timothy Roberson                        US Trustee                              US Trustee
9 Greenway Plaza Ste 3040               Office of the US Trustee                515 Rusk, Ste 3516
Houston, TX 77046-0919                  515 Rusk Ave                            Houston, TX 77002-2604
                                        Ste 3516
                                        Houston, TX 77002-2604
```

| | | |
|---|---|---|
| David J Askanase<br>Hughes Watters and Askanase<br>Three Allen Center<br>333 Clay<br>29th Fl<br>Houston, TX 77002-2571 | Heather Heath McIntyre<br>Hughes Watters et al<br>333 Clay St<br>29th Fl<br>Houston, TX 77002-2571 | John Kim<br>The Kim Law Firm<br>4309 Yoakum Blvd Ste 2000<br>Houston, TX 77006-5857 |
| Julie M. Koenig<br>Tow & Koenig, PLLC.<br>26219 Oak Ridge Drive<br>The Woodlands, Tx 77380-1960 | Merril Littlewood<br>Merril Littlewood Company<br>One Sugar Creek Center Blvd<br>Suite 450<br>Sugar Land, TX 77478-3584 | Rodney D Tow<br>Tow and Koenig PLLC<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380-1960 |
| Wayne Kitchens<br>Hughes Watters Askanase LLP<br>333 Clay St<br>29 Fl<br>Houston, TX 77002 | c/o Bruce Ruzinsky MS Crescent Nine Greenway<br>Jackson Walker LLP<br>1401 McKinney, Suite 1900<br>Houston, TX 77010-1900 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS, Special Procedures<br>1919 Smith STOP 5024H0U<br>Houston, TX 77002 | (d)Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carson Rollins, LLC | (u)Coldren Resources, L.P. | (u)Forest Oil Corporation |
| (u)Tow & Koenig, PLLC | (u)mariner energy resources, inc. | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     5<br>Total                  42 |