IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-34031-H4-7 |
| TEXAS STANDARD OIL § | |
| COMPANY § | |
|     DEBTOR | |

## Trustee's Motion Requesting Authorization to
## Sign Release of Oil, Gas and Mineral Lease
## in Calcasieu Lake

**TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee for Texas Standard Oil Company, files his Trustee's Motion Requesting Authorization to Sign Release of Oil, Gas and Mineral Lease in Calcasieu Lake and in support thereof would show as follows:

1. This Court previously signed an Order authorizing the Trustee to release an Oil, Gas and Mineral lease in Vermillion Parish. (Docket No. 355). The Trustee has now received a request to release the Calcasieu Lake interest.

2. The Trustee has received a request to release the estate's interest in twenty-one (21) Oil, Gas and Mineral leases in which the Debtor has an interest. These leases have all expired. Four of the Oil, Gas and Mineral leases are State of Louisiana State Agency leases. Pursuant to the terms of those leases, a release of those leases must be filed within ninety (90) days of the lease termination or damages in the amount of $100 per day will begin to accrue. These leases terminated on February 26, 2010.

3. In addition to the release requirements of the four (4) State of Louisiana State Agency

leases, a number of the remaining seventeen (17) leases also have required release provisions.

4. Although some of the remaining leases do not have specific release requirements, the Lessors can request a release at any time. To avoid the need to prepare additional releases in the future all of the leases in the area which have now expired are being released.

5. The Trustee has attached the release he has been requested to sign and seeks authorization to sign the release of these leases. (Exhibit A).

6. The Trustee was preparing to abandon these interests when this release request was received.

The Trustee requests that the Court authorize him to sign the release.

Respectfully submitted this April 22, 2010.

                                                   **TOW & KOENIG, PLLC.**

                                        By: _/s/ Rodney Tow_
                                            Rodney Tow
                                            SBA# 20152500
                                            26219 Oak Ridge Drive
                                            The Woodlands, Texas 77380
                                            281/681-9100 (Telephone)
                                            832/482-3979 (Telecopier)
                                            Attorneys for the Trustee

**Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing has been served by Nicole Oakley, a legal assistant in my office, on all of the parties on the attached service list via either ECF Notification or by first class mail, proper postage affixed, on the April 22, 2010.

                                              _/s/ Rodney Tow_
                                              Rodney Tow

```
Label Matrix for local noticing        Diamond McCarthy LLP                  Harris County
0541-4                                 909 Fannin                            Attn: John P. Dillman
Case 08-34031                          Suite 1500                            PO Box 3064
Southern District of Texas             Houston, TX 77010-1026                Houston, TX 77253-3064
Houston
Thu Apr 22 13:12:51 CDT 2010

HughesWattersAskanase, LLP             Mariner Energy, Inc.                  Merit Energy Company
Three Allen Center                     P.O. Box 4346                         Locke Lord Bissell & Liddell LLP
333 Clay, 29th Floor                   Houston, TX 77210-4346                Attn: Philip Eisenberg
Houston, TX 77002-2571                                                       600 Travis Street
                                                                             Suite 3400
                                                                             Houston, TX 77002-2926

Noble Energy, Inc                      PetroVal, Inc./Grimes Energy Company/Texas S   Texas Standard Oil Company
100 Glenborough Drive                  11 Greenway Plaza, Suite 2902         6575 West Loop South
Suite 100                              Houston, TX 77046-1105                Suite 455
Houston, TX 77067-3618                                                       Houston, TX 77401-3512


4                                      Apache Corporation                    Bradley L Delucka/Bridgid D Ash
United States Bankruptcy Court         ATTN:  Chris Barnes                   Johnson Deluca Kennedy Kurisk
PO Box 61010                           2000 Post Oak Blvd., #100             1221 Lamar Street Ste 1000
Houston, TX 77208-1010                 Houston, TX 77056-4400                Houston, TX 77010-3050


Edward R Ziegler PE                    Edward Ziegler                        Forest Oil Corporation
5063 Westheimer Ste 810                5065 Westheimer, Suite 810            c/o Bradley L DeLuca
Houston, TX 77056                      Houston, TX 77056-6646                Johhson Deluca Kennedy Kurisk
                                                                             1221 Lamar Street Ste 1000
                                                                             Houston, TX 77010-3050

Grimes Energy Company                  Harris County et al                   (p)INTERNAL REVENUE SERVICE
11 Greenway, Suite 2902                c/o John P Dillman                    CENTRALIZED INSOLVENCY OPERATIONS
Houston, TX 77046-1105                 Linebarger Goggan Blair & Sampson LLP PO BOX 21126
                                       P.O. Box 3064                         PHILADELPHIA PA 19114-0326
                                       Houston, Tx. 77253-3064

Langston Energy, LLC                   MS Crescent Nine Greenway SPV, LLC    Mariner Energy Resources, Inc .
9 Greenway Plaza, Suite 3040           c/o Bruce J. Ruzinsky                 c/o Bradley L- DeLuca/Brigid D.
Houston, Texas 77046-0919              Jackson Walker LLP                    Johnson DeLuca Kennedy & Kurisk
                                       1401 McKinney, Suite 1900             1221 Lamar Street, Suite 1000
                                       Houston, Texas 77010-1900             Houston, TX 77010-3050
                                       713-752-4204

Mariner Energy, Inc. / Mariner Energy Resour   Pat Johnson                   Petroval, Inc.
c/o Bradley L. DeLuca                  9 Greenway Plaza, Suite 3040          2009 Huldy
4 Houston Center                       Houston, Texas 77046-0919             Houston, Texas 77019-6141
1221 Lamar, Suite 1000
Houston, Texas 77010-3050

SEC, Bankruptcy Section                Spagnoletti & Co.                     TXSS 489 Corp
500 West Madison, Ste . 14QQ           401 Louisiana, 8th Fl                 9 Greenway Plaza Ste 3040
Chicago, IL 60661-4544                 Houston, TX 77002-1629                Houston, TX 77046-0919


Texas Standard Oil & Gas LP            Timothy Roberson                      US Trustee
9 Greenway Plaza Ste 3040              9 Greenway Plaza Ste 3040             Office of the US Trustee
Houston, TX 77046-0919                 Houston, TX 77046-0919                515 Rusk Ave
                                                                             Ste 3516
                                                                             Houston, TX 77002-2604
```

| | | |
|---|---|---|
| US Trustee<br>515 Rusk, Ste 3516<br>Houston, TX 77002-2604 | David J Askanase<br>Hughes Watters and Askanase<br>Three Allen Center<br>333 Clay<br>29th Fl<br>Houston, TX 77002-2571 | Heather Heath McIntyre<br>Hughes Watters et al<br>333 Clay St<br>29th Fl<br>Houston, TX 77002-2571 |
| John Kim<br>The Kim Law Firm<br>4309 Yoakum Blvd Ste 2000<br>Houston, TX 77006-5857 | Julie M. Koenig<br>Tow & Koenig, PLLC.<br>26219 Oak Ridge Drive<br>The Woodlands, Tx 77380-1960 | Merril Littlewood<br>Merril Littlewood Company<br>One Sugar Creek Center Blvd<br>Suite 450<br>Sugar Land, TX 77478-3584 |
| Paul Goodwine Schully, Roberts, Slattery & M<br>1100 Poydras St.<br>Ste. 1800<br>New Orleans, LA 70163-1800 | Rodney D Tow<br>Tow and Koenig PLLC<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380-1960 | Wayne Kitchens<br>Hughes Watters Askanase LLP<br>333 Clay St<br>29 Fl<br>Houston, TX 77002 |

c/o Bruce Ruzinsky MS Crescent Nine Greenway
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010-1900


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| | |
|---|---|
| IRS, Special Procedures<br>1919 Smith STOP 5024H0U<br>Houston, TX 77002 | (d)Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carson Rollins, LLC | (u)Coldren Resources, L.P. | (u)Forest Oil Corporation |
| (u)Schully, Roberts, Slattery & Marino | (u)Tow & Koenig, PLLC | (u)mariner energy resources, inc. |


End of Label Matrix
Mailable recipients    39
Bypassed recipients     6
Total                  45