IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-34031-H4-7 |
| TEXAS STANDARD OIL | § | |
| COMPANY | § | |
| DEBTOR | | |

_____

**Trustee's Motion to Abandon Estate's Interest
in the Undivided Leasehold Interests in Block 34, West Delta
Area, Offshore, LA; Calcasieu Lake South Prospect, Cameron
Parish, LA; Main Pass Area Block 7, Offshore, LA; and,
Catapult Trend Area, Cameron, Vermillion & Iberia Parishes**

_____

**This motion seeks an order that may adversely affect you.  If you oppose the
motion, you should immediately contact the moving party to resolve the
dispute.  If you and the moving party cannot agree, you must file a response
and send a copy to the moving party.   You must file and serve your response
within 21 days of the date this was served on you.   Your response must state
why the motion should not be granted.   If you do not file a timely response,
the relief may be granted without further notice to you.   If you oppose the
motion and have not reached an agreement, you must attend the hearing.
Unless the parties agree otherwise, the court may consider evidence at the
hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee for Texas Standard Oil Company, files his Motion to Abandon

Estate's Interest in the Undivided Leasehold Interests in Block 34 West Delta Area, Offshore,

LA; Calcasieu Lake South Prospect, Cameron Parish, LA; Main Pass Area Block 7, Offshore,

LA; and Catapult Trend Area, Cameron, Vermillon & Iberia Parishes, ("the Leases"),  and in

support thereof would show as follows:

1.      On June 26, 2008, the Debtor filed a Voluntary Petition under Chapter 11 of Title 11 of the United States Code.

2.      On April 2, 2009, this Court entered an Order converting the case to a Chapter 7 Proceeding.   Rodney Tow was appointed Trustee, qualified, and continues to act in that capacity.

3.      The Debtor still holds an undivided leasehold interest in the following leases:

      a.      Block 34, West Delta Rea, Offshore, LA, more particularly described as: OCS-G 03414, dated January 1, 1977, by and between the United States of America, as Lessor, and Transco Exploration Company, Freeport Oil Company, Energy Development Corp., and Pioneer Production corp., as Lessee over the N/2 of Block 34 West Delta Area, Offshore, Louisiana, as shown on OCS Official leasing map, Louisiana Map No. 8;

      b.      Calcasieu Lake South Prospect, Cameron Parish, LA, (Davis Trust Well), more particularly described as: a 3.1666666% interest in Test Well before Casing Point; 2.375000% interest in Test Well after Casing Point; and 2.375000% interest in Subsequent Wells;

      c.      Main Pass Area Block 7, Offshore, LA, more particularly described as: a 1.950647% leasehold interest in Main Pass Area Block 7, Offshore, LA; and,

      d.      Catapult Trend Area, Cameron, Vermillion & Iberia Parishes, more particularly described as: an undivided leasehold interest in: Catapult Trend Area, Cameron,, Vermillion and Iberia Parishes, LA (Thumbs Up Prospect), a 6.000000% interest in Test Well before Payout, a 5.250000% interest in Test Well after Payout, and a

5.25000% interest in Subsequent Wells.

4.    The Trustee contacted a Mr. Tom Engelhart, an individual who specializes in evaluating and selling oil and gas interests to determine the approximate value of the Estate's interest in the Leases and was informed that they did not have any true value based on the status of the leases.

5.    In addition, the Trustee's paralegal sent information regarding the Leases to all of the Trustee's contacts who routinely purchase oil & gas leasehold interests and none of the contacts were interested in making an offer on the leases.

6.    Due to the continuing potential administrative costs to this Estate, the Trustee requests that this Court enter an Order abandoning the Estate's interest in the Undivided Leasehold Interests in Block 34 West Delta Area, Offshore, LA; Calcasieu Lake South Prospect, Cameron Parish, LA; Main Pass Area Block 7, Offshore, LA; and Catapult Trend Area, Cameron, Vermillon & Iberia Parishes.

Respectfully submitted this 7th day of May, 2010.


                                        **TOW & KOENIG, PLLC.**

                                         _/s/   Rodney Tow_
                                        Rodney Tow
                                        Federal ID# 3196
                                        Tex. Bar No. 20152500
                                        Tow & Koenig, PLLC
                                        10077 Grogans Mill Road, Ste. 145
                                        The Woodlands, Texas 77380
                                        (281) 681-9100 Office
                                        (281) 681-1441 Fax
                                        rtow@towkoenig.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served by Nicole Oakley, a legal assistant in my office, on all of the parties on the attached service list, including all parties requesting notice,  via either ECF notification, e-mail, or first class mail, proper postage affixed, on the 7th day of May, 2010.


        /s/  *Rodney Tow*        
                    **Rodney Tow**

Label Matrix for local noticing
0541-4
Case 08-34031
Southern District of Texas
Houston
Fri May  7 14:43:10 CDT 2010

Diamond McCarthy LLP
909 Fannin
Suite 1500
Houston, TX 77010-1026

Harris County
Attn: John P. Dillman
PO Box 3064
Houston, TX 77253-3064

HughesWattersAskanase, LLP
Three Allen Center
333 Clay, 29th Floor
Houston, TX 77002-2571

Mariner Energy, Inc.
P.O. Box 4346
Houston, TX 77210-4346

Merit Energy Company
Locke Lord Bissell & Liddell LLP
Attn: Philip Eisenberg
600 Travis Street
Suite 3400
Houston, TX 77002-2926

Noble Energy, Inc
100 Glenborough Drive
Suite 100
Houston, TX 77067-3618

PetroVal, Inc./Grimes Energy Company/Texas S
11 Greenway Plaza, Suite 2902
Houston, TX 77046-1105

Texas Standard Oil Company
6575 West Loop South
Suite 455
Houston, TX 77401-3512

William G. West, P.C., CPA
12345 Jones Rd.
Suite 120
Houston, TX 77070-4958

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Apache Corporation
ATTN:  Chris Barnes
2000 Post Oak Blvd., #100
Houston, TX 77056-4400

Bradley L Delucka/Bridgid D Ash
Johnson Deluca Kennedy Kurisk
1221 Lamar Street Ste 1000
Houston, TX 77010-3050

Edward R Ziegler PE
5063 Westheimer Ste 810
Houston, TX 77056

Edward Ziegler
5065 Westheimer, Suite 810
Houston, TX 77056-6646

Forest Oil Corporation
c/o Bradley L DeLuca
Johnson Deluca Kennedy Kurisk
1221 Lamar Street Ste 1000
Houston, TX 77010-3050

Grimes Energy Company
11 Greenway, Suite 2902
Houston, TX 77046-1105

Harris County et al
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Langston Energy, LLC
9 Greenway Plaza, Suite 3040
Houston, Texas 77046-0919

MS Crescent Nine Greenway SPV, LLC
c/o Bruce J. Ruzinsky
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, Texas 77010-1900
713-752-4204

Mariner Energy Resources, Inc .
c/o Bradley L- DeLuca/Brigid D.
Johnson DeLuca Kennedy & Kurisk
1221 Lamar Street, Suite 1000
Houston, TX 77010-3050

Mariner Energy, Inc. / Mariner Energy Resour
c/o Bradley L. DeLuca
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010-3050

Pat Johnson
9 Greenway Plaza, Suite 3040
Houston, Texas 77046-0919

Petroval, Inc.
2009 Huldy
Houston, Texas 77019-6141

SEC, Bankruptcy Section
500 West Madison, Ste . 14QQ
Chicago, IL 60661-4544

Spagnoletti & Co.
401 Louisiana, 8th Fl
Houston, TX 77002-1629

TXSS 489 Corp
9 Greenway Plaza Ste 3040
Houston, TX 77046-0919

Texas Standard Oil & Gas LP
9 Greenway Plaza Ste 3040
Houston, TX 77046-0919

Timothy Roberson
9 Greenway Plaza Ste 3040
Houston, TX 77046-0919

| | | |
|---|---|---|
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | US Trustee<br>515 Rusk, Ste 3516<br>Houston, TX 77002-2604 | David J Askanase<br>Hughes Watters and Askanase<br>Three Allen Center<br>333 Clay<br>29th Fl<br>Houston, TX 77002-2571 |
| Heather Heath McIntyre<br>Hughes Watters et al<br>333 Clay St<br>29th Fl<br>Houston, TX 77002-2571 | John Kim<br>The Kim Law Firm<br>4309 Yoakum Blvd Ste 2000<br>Houston, TX 77006-5857 | Julie M. Koenig<br>Tow & Koenig, PLLC.<br>26219 Oak Ridge Drive<br>The Woodlands, Tx 77380-1960 |
| Merril Littlewood<br>Merril Littlewood Company<br>One Sugar Creek Center Blvd<br>Suite 450<br>Sugar Land, TX 77478-3584 | Paul Goodwine Schully, Roberts, Slattery & M<br>1100 Poydras St.<br>Ste. 1800<br>New Orleans, LA 70163-1800 | Rodney D Tow<br>Tow and Koenig PLLC<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380-1960 |
| Wayne Kitchens<br>Hughes Watters Askanase LLP<br>333 Clay St<br>29 Fl<br>Houston, TX 77002 | c/o Bruce Ruzinsky MS Crescent Nine Greenway<br>Jackson Walker LLP<br>1401 McKinney, Suite 1900<br>Houston, TX 77010-1900 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS, Special Procedures<br>1919 Smith STOP 5024H0U<br>Houston, TX 77002 | (d)Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carson Rollins, LLC | (u)Coldren Resources, L.P. | (u)Forest Oil Corporation |
| (u)Schully, Roberts, Slattery & Marino | (u)Tow & Koenig, PLLC | (u)mariner energy resources, inc. |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     6
Total                  46