**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case  No. 08-34031-H4-7 |
| | § | |
| TEXAS STANDARD OIL COMPANY | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>0</u> of the United States Bankruptcy Code was filed on <u>06/26/2008</u>. The case was converted to one under Chapter 7 on 04/02/2009. The undersigned trustee was appointed on <u>04/02/2009</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.     The trustee realized gross receipts of                                    $645,631.22

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $275,277.79 |
| Other Payments to creditors | $274,508.45 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $95,844.98 |

The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/28/2009 and the deadline for filing government claims was 07/28/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $35,531.56.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $35,531.56, for a total compensation of $35,531.56[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $103.63, for total expenses of $103.63.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/27/2010                    By:    /s/ Rodney D. Tow
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1                    Exhibit A

| Case No.: | 08-34031-H4-7 | | Trustee Name: | Rodney Tow |
| Case Name: | TEXAS STANDARD OIL COMPANY | | Date Filed (f) or Converted (c): | 04/02/2009 (c) |
| For the Period Ending: | 10/27/2010 | | §341(a) Meeting Date: | 04/24/2009 |
| | | | Claims Bar Date: | 04/28/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   BLOCK 34 WESTDELTA AREA,OFFSHORE LA  UNDIVIDED INTEREST IN UNDIVIDED INTEREST IN:  OCS-G 03414, DATED JANUARY 1, 1977, BY AND BETWEEN THE UNITED STATES OF AMERICA, AS LESSOR, AND TRANCO EXPLORATION COMPANY, FREEPORT OIL COMPANY, ENERGY DEVELOPMENT CORP., AND PIONEER PRODUCTION CORP., AS LESSEE COVER THE N/2 OF BLOCK 34 WEST DELTA AREA, OFFSHORE LOUISIANA, AS SHOWN ON OCS OFFICIAL LEASING MAP, LOUISIANA MAP NO. 8 | $1,056,988.50 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**     WILL ABANDON WITH COMPROMISE WITH FORESTER | | | | | |
| 2   HIGH ISLAND AREA BLOCK A-552, OFFSHORE TEXAS | $998,864.99 | $10,000.00 | | $10,000.00 | FA |
| **Asset Notes:**     WILL ABANDON WITH COMPROMISE WITH FORESTER | | | | | |
| 3   CALCASIEU LAKE SOUTH PROSPECT, CAMERON PARISH, LA    3.1666666 PERCENT INTEREST IN TEST WELL BEFORE CASING POINT    2.375000 PERCENT IN TEST WELL AFTER CASING POINT    2.37500 PERCENT INTEREST IN SUBSEQUENT WELLS | $155,577.38 | $10,529.63 | | $10,529.63 | FA |
| **Asset Notes:**     DON LINDBERG/SANDALWOOD | | | | | |
| 4   MAIN PASS AREA BLOCK 7, OFFSHORE LA-1.950637% LEASEHOLD INTEREST IN: | $224,367.05 | $1,495.64 | | $1,500.65 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  2                    Exhibit A

| | |
|---|---|
| Case No.: | 08-34031-H4-7 |
| Case Name: | TEXAS STANDARD OIL COMPANY |
| For the Period Ending: | 10/27/2010 |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Date Filed (f) or Converted (c): | 04/02/2009 (c) |
| §341(a) Meeting Date: | 04/24/2009 |
| Claims Bar Date: | 04/28/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** APACHE | | | | | | |
| **Ref. #** | | | | | | |
| 5 | CATAPULT TREND AREA, CAMERON, VERMILLION AND LIBERIA PARISHES- UNDIVIDED LEASEHOLD INTEREST<br><br>6.000000% INTEREST IN TEST WELL BEFORE PAYOUT<br><br>5.250000% INTEREST IN TEST WELL AFTER PAYOUT<br><br>5.250000% INTEREST IN SUNSEQUENT WELLS | $13,896.32 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** DON LINDBERG/SANDALWOOD | | | | | | |
| 6 | MERRILL LYNCH ACCOUNT NO. XXXX7K62 | $37,563.58 | $0.00 | | $0.00 | FA |
| **Asset Notes:** MONEY MOVED TO ENCORE SEE ASSET 15 | | | | | | |
| 7 | RENT DEPOSIT | $4,478.73 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** SET OFF BY LANDLORD | | | | | | |
| 8 | ACCOUNT RECEIVABLES | $3,178.86 | $2,631.23 | | $2,631.23 | FA |
| **Asset Notes:** FROM SANDALWOOD AND APACHE | | | | | | |
| 9 | NOTE RECEIVABLE (RECOVERY DEPENDANT ON LITIGATION SET FOR TRIAL IN DECEMBER 2008) | $545,000.00 | $600,956.55 | | $600,956.55 | FA |
| **Asset Notes:** MOSH NOTE IS DUE TO COME IN FEB OR MARCH 2010 | | | | | | |
| 10 | CLAIMS ASSERTED IN CASE NO. 05-0490, TEXAS STANDARD OIL CO. VS. FOREST OIL CO. ET AL, US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, GALVESTON DIVISION | $2,000,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   3          Exhibit A

| | | |
|---|---|---|
| Case No.: | 08-34031-H4-7 | |
| Case Name: | TEXAS STANDARD OIL COMPANY | |
| For the Period Ending: | 10/27/2010 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Date Filed (f) or Converted (c): | 04/02/2009 (c) |
| §341(a) Meeting Date: | 04/24/2009 |
| Claims Bar Date: | 04/28/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:**   COMPROMISE WITH FORRESTER | | | | | |
| **Ref. #** | | | | | |
| 11   LEASE AND WELL EQUIPMENT (BOOK VALUE) | $142.42 | $0.00 | DA | $0.00 | FA |
| 12   SEISMIC DATA (BOOK VALUE) | $5,562.23 | $0.00 | DA | $0.00 | FA |
| 13   Note Receivable | $1,656.28 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**     PAID DURING CHAPTER 11 WE RECEIVED COPY OF CHECK FROM PAT ON 12/10/2009 VIA E-MAIL | | | | | |
| 14   Office lease Improvements (Book Value) | $40,208.40 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**    LANDLORD SET OFF FOR DEBT OWED | | | | | |
| 15   ENCORE BANK ACCOUNT                          (u) | $0.00 | $19,972.73 | | $19,972.73 | FA |
| INT   Interest Earned                                      (u) | Unknown | Unknown | | $40.43 | FA |

| | | | | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** |
| | $5,087,484.74 | $645,585.78 | $645,631.22 | $0.00 |

**Major Activities affecting case closing:**
    05/13/2009     RT call from Michelle Slaughter 713-226-1517.  She represent Merit.  they are a participant in the Nominee issue.  159 Docket no.  mslaughter@lockelord.com

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    4                    Exhibit A

Case No.:              08-34031-H4-7                                    Trustee Name:                        Rodney Tow
Case Name:          TEXAS STANDARD OIL COMPANY                          Date Filed (f) or Converted (c):     04/02/2009 (c)
For the Period Ending:    10/27/2010                                    §341(a) Meeting Date:                 04/24/2009
                                                                        Claims Bar Date:                     04/28/2009

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/15/2009    RT call to Pat Johnson:  Email address:  pat@txsoil.com

    1.    Are the offices at 9 Greenway Plaza, Suite 3040 still open?   No, Debtor vacated in January 2009.

    2.    Where are the corporate books and records?   Pat Johnson should have those.  I believe they're mainly computerized and are at the Bellaire address.

RT:  Pat will UPS this to me.

    3.    At Docket No. 3, you filed a â€œBrief List of Assets.â€

a.    Do the bank accounts have any money in them?   Probably - Pat Johnson should have the particulars.  I think there was about $14K upon conversion.

RT:  there is an operations account and tax account.  The tax account is almost out of money.  She will send me a copy of both bank statements so we can get the money.

b.    Does the Debtor still have equipment?  If so, where?  What do I need to do to pick it up?  The schedules show a value of $208.42 so I doubt it is worth dealing with but I want to confirm that with you.   Pat Johnson will know what equipment the $208.42 refers to.  I don't believe they have anything physical left to sell.

RT: Pat says FFE already sold.  The equipment has been depreciated.  They have 2 wells.  This is seismic equipment.  This is an accounting entry but there is no equipment.  They had to capitalize for tax purposes but there is not equipment.

    4.    The schedules list â€œSeismic dataâ€   with a book value of $15,621.65.  Where is this data?  Is it saleable?   This is book value and I believe it represents a license to access data regarding a field that is exhausted prospect-wise (i.e. worthless).  I think Charley mentioned it at the 341 and could also answer this definitively.

RT:  we are joint interest owners and the seismic stuff is not worth anything.   The only valuable is the davis will and the Main pass 7-2 well.

Pat does not know the details on the $500k.

    5.    In Statement of Financial Affairs, Question 13, it states that there is a setoff with Charles Sharman.  It then says, â€œsalary offset against not payable to Debtor.â€

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   5                         Exhibit A

| Case No.: | 08-34031-H4-7 | | Trustee Name: | Rodney Tow |
| Case Name: | TEXAS STANDARD OIL COMPANY | | Date Filed (f) or Converted (c): | 04/02/2009 (c) |
| For the Period Ending: | 10/27/2010 | | §341(a) Meeting Date: | 04/24/2009 |
| | | | Claims Bar Date: | 04/28/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Does he still owe money to the estate?  There might be a small note payable - Pat will have the particulars.  I think its might be the $1656.28 you mention below. There might be a setoff against any notes payable because the principals put in about another $50K post-petition.

6.    I saw the motion to sell the Thumbs Up interest and the response and the proposed order denying the motion.  Does the Debtor still have the Thumbs Up interest?  The principals put in $50K or so to drill the prospect - another dry hole (very disappointing - could have been millions).  Charley can confirm. This contribution is also noted in the MORs - September or October, I believe.

7.    On August 22, 2008, the schedules were amended to include a note receivable of $1,656.28.  Has it been collected?  If not, who owes that?  Pat Johnson will know the details on this.

RT:  Pat says Charlie paid and been mailed to us.

8.    Also Lease Improvements were added with a value of $40,208.40.  Is this build out or is it something I can sell?  I believe this is a build out - nothing left to sell.  Pat Johnson can confirm.

RT: this has been written off.  This is build out.

I've been reviewing the docket off and on all day.  I'm now to the point of the fight over the nominee agreement but I'm going home to finish this tomorrow.  I will likely have other questions tomorrow but here are the ones from today.  No problem!  I will do whatever possible to help. I'm going to look for Judge Bohm opinions re ProSnax today.

| 05/20/2009 | RT JW meeting:  I sent an email to lock up the $500k and I need to review the docket. |
| 05/29/2009 | JW-SENT AN E-MAIL WITH COPY OF SCHEDULE A TO THREE DIFFERENT ASSET PURCHASERS AND FAX TO TWO OTHERS. |
| 06/01/2009 | JW-RECEIVED A RESPONSE FROM DOUG MILL REGARDING THE LEASES.  HE REQUESTED ADDITIONAL INFORMATION. I SENT AN E-MAIL TO DEBTOR'S ATTORNEY REQUESTING A COPY OF EACH LEASE.  E-MAILED THE OPERATING AGREEMENTS TO MR. MILLER. |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   6                Exhibit A

| Case No.: | 08-34031-H4-7 | | | | Trustee Name: | Rodney Tow |
| Case Name: | TEXAS STANDARD OIL COMPANY | | | | Date Filed (f) or Converted (c): | 04/02/2009 (c) |
| For the Period Ending: | 10/27/2010 | | | | §341(a) Meeting Date: | 04/24/2009 |
| | | | | | Claims Bar Date: | 04/28/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/09/2009   RT email with Bill West:
Bill,

Texas Standard is a newer case of mine.  It was in a Chapter 11 and converted to a Chapter 7.  Mr. Littlewood was the accountant in the Chapter 11.  He is included in this email.

I need you to be the accountant in this case but do you want Mr. Littlewood to prepare the tax returns mentioned below or do you want to do them?  Please let both of us know and if you want to do them get with him and get the data you need.

Thanks

Rodney

06/11/2009   JK - DISCUSS ABANDONING ESTATES UNDIVIDED LEASEHOLD INTEREST IN HIGH ISLAND BLOCK AREA A-552, OFFSHORE TEXAS WITH TRUSTEE & COUNSEL FOR MARINER; RESEARCH ABILITY OF TRUSTEE TO ABANDON CONTAMINATED ASSETS OF THE ESTATE; RESEARCH 16 TEXAS ADMINISTRATIVE CODE §3.14; DRAFT MOTION & ORDER TO ABANDON INTEREST; GAVE TO TRUSTEE TO REVIEW

06/25/2009   JW-REVIEW OF TRUSTEE'S HANDBOOK. SPOKE WITH JULIE K AND PROVIDED HER WITH THE TRUSTEE'S DUITES AND THAT HE IS REQUIRED TO ABANDON AND PROPERTY THAT MAY BE BURDENSOME AND/OR HAZARDOUS PURSUANT TO SECTION 554 OF THE TRUSTEE'S HANDBOOK.

07/13/2009   RT Call Tom Englehart 281-408-1126

West Delta 34 West Half--abandon because the expenses are on the increase.  It appears the lease has lapsed for 180 days and the government got the lease back but there is still liability on plugging and abandoning.  The working interest is 30% for Texas Standard, Mariner 38%, Pioneer, Apache and others have an interst.

552--lease ended June 2, 2005.  Seven wells are not plugged and abandoned.

Main Pass--lease is in force and should be in force if rent paid till June 2011.  Current term since July 1, 2006.  There is a single owner--Petsec Energy.  They are Australian but have a local office--contact Landman--Frank Steele 713-457-5808.  Texas Standard owns nothing.  Frank says they are going to be very slow in activity.  Not a bad company just not thickly funded. Can ask Frank for info since I own 1.9%.  Ask what is the potential reserve for the prospect that I purchased the lease on.  Are there any other partners.  Nothing has been drilled so verify there are no obligations.  The yearly rental is $25/acre.  1,653.5 acres in this lease=$41,337 every year to hold the lease.  The bonus was $837,950 to the government.  Is the prospect economic in today's environment?

A-96--no drilling.  Frankel has A 107.  Contact Grimes and Petroval to see what the plans are.  This is a bigger lease $144k/year.  My cost is $86,400/year.  They need to present the prospect to see if it is worth anything.  Another way to look at FMV is to get proved reserve reports.  If there is a well that demonstrates pay then there are proven reserves.  If no drilling at all then anything is a wildcat.  If no drilling there is such speculative interest that there is effectively no value.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**      Page No:    7        Exhibit A
**ASSET CASES**

| | |
|---|---|
| **Case No.:**   <u>08-34031-H4-7</u> | **Trustee Name:**   <u>Rodney Tow</u> |
| **Case Name:**   <u>TEXAS STANDARD OIL COMPANY</u> | **Date Filed (f) or Converted (c):**   <u>04/02/2009 (c)</u> |
| **For the Period Ending:**   <u>10/27/2010</u> | **§341(a) Meeting Date:**   <u>04/24/2009</u> |
| | **Claims Bar Date:**   <u>04/28/2009</u> |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 07/20/2009 | JK - Drafted Motion & Order to Extend Time to Accept or Reject Executory Contracts & Unexpired Leases; pulled service list from PACER; gave to Shirley for filing & mail out. |
| 09/24/2009 | JW-SENT ENCORE BANK STATEMENT TO JK TO ASK IF SHE HAD REQUESTED TURNOVER |
| 12/10/2009 | JW-SENT LETTER TO ENCORE BANK REQUESTING TURNOVER OF FUNDS IN ACCOUNT NO. 30323489 |
| 12/10/2009 | JW-UPDATED AMENDED SCHEDULES PREPARED AND FILED NOTICE OF ABANDONMENT FOR ASSETS OF NO VALUE OR HAD BEEN PAID IN CHAPTER 11 |
| 12/10/2009 | RT-REVIEWED ASSETS, PHONED TO INQUIRE ABOUT MERRILL LYNCH ACCOUNT. THE FUNDS IN THE MERRILL LYNCH ACCOUNT ARE NOW BEING HELD IN ENCORE BANK.  JW SENT LETTER VIA E-MAIL TO REWUEST TURNOVER. |
| 01/13/2010 | JW-SENT E-MAIL TO MS. STIENECKER OF ENCORE BANK TO FOLLOW UP ON STATUS OF FUNDS IN ACCOUNT BEING TURNED OVER.  ASKED IF SHE NEEDED ANYTHNG FURTHER FROM ME. |
| 03/04/2010 | JW-SENT LETTER TO NEUMIN PRODUCTION COMPANY REQUESTING CREDIT BALANCE BE TURNED OVER TO THE ESTATE |
| 04/26/2010 | JW-SENT EMAIL TO BILL WEST REQUESTING TAX RETURNS. |
| 06/02/2010 | RT email to JW: |
| | |
| | I need you to run a preliminary distribution so I can see what we have going where.  Look at the compromise order. I think it said only 20k goes to unsecureds.  We also need to include Herman as an admin and then see that we have enough for all admin fees.  I think any excess from the Mosh note may go to Deluca or Askanase.  Look at that to confirm. |
| | |
| | Confirm that the compromise with Forester is approved but I know it is.  Then, get those properties marked as administered |
| | |
| | We received the Encore money. |
| | |
| | We need to abandon all other interests. |
| | |
| | Rodney |
| 06/03/2010 | RT:  I drafted a spreadsheet on unsecured distribution assuming that Mariner and Forrester would be paid as an unsecured claim.  They get about $15k of the $20k for unsecured creditors so I sent an email to Brad and Brigid to see if they intended to switch to unsecured and to Heather to see if there is an objection. |
| 06/04/2010 | JW- PREPARED CLAIM AMENDMENTS AND E-MAILED TO BRAD DELUCA |

**Initial Projected Date Of Final Report (TFR):**    <u>05/28/2011</u>          **Current Projected Date Of Final Report (TFR):**    <u>05/28/2011</u>

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1          Exhibit B

| | |
|---|---|
| **Case No.** | 08-34031-H4-7 |
| **Case Name:** | TEXAS STANDARD OIL COMPANY |
| **Primary Taxpayer ID #:** | ******5803 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/26/2008 |
| **For Period Ending:** | 10/27/2010 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Bank Name:** | Sterling Bank |
| **Checking Acct #:** | ******4031 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2009 | | Transfer From Money Market # ******4031 | Transfer For Bond Payment | 9999-000 | $22.61 | | $22.61 |
| 10/14/2009 | 10001 | George Adams & Co. | Bond Payment | 2300-000 | | $22.61 | $0.00 |
| 12/29/2009 | | Transfer From Acct#******4031 | 12/15/2009 #346 | 9999-000 | $20,000.00 | | $20,000.00 |
| 12/29/2009 | 10002 | TOW & KOENIG, PLLC | 12/15/2009 #346 | 6110-000 | | $20,000.00 | $0.00 |
| 02/23/2010 | | Transfer From  Acct#******4031 | 12/15/2009 #346 | 9999-000 | $11,459.72 | | $11,459.72 |
| 02/23/2010 | 10003 | TOW & KOENIG, PLLC | 12/15/2009 #346 | 6110-000 | | $11,000.00 | $459.72 |
| 02/23/2010 | 10003 | VOID: TOW & KOENIG, PLLC | 12/15/2009 #346 | 6110-003 | | ($11,000.00) | $11,459.72 |
| 02/23/2010 | 10004 | TOW & KOENIG, PLLC | 12/15/2009 #346 | 6110-000 | | $10,967.40 | $492.32 |
| 02/23/2010 | 10005 | TOW & KOENIG, PLLC | 12/15/2009 #346 | 6120-000 | | $492.32 | $0.00 |
| 03/31/2010 | | Transfer From  Acct#******4031 | 3/26/2010 #365 | 9999-000 | $486,011.27 | | $486,011.27 |
| 03/31/2010 | 10006 | HUGHES, WATTERS & ASKANASE, LLP | 3/26/2010 #365 | 6210-160 | | $75,581.33 | $410,429.94 |
| 03/31/2010 | 10007 | CARSON AND ROLLINS, LLC | 3/26/2010 #365 | 6700-340 | | $15,921.49 | $394,508.45 |
| 03/31/2010 | 10008 | Mariner Energy, Inc. / Mariner Energy Resources, I | 3/26/2010 #365 | 4110-000 | | $274,508.45 | $120,000.00 |
| 03/31/2010 | 10009 | Mariner Energy, Inc. / Mariner Energy Resources, I | 3/26/2010 #365 | 2990-000 | | $120,000.00 | $0.00 |
| 06/07/2010 | | Transfer From Acct#******4031 | 6/4/2010 #384 | 9999-000 | $5,727.40 | | $5,727.40 |
| 06/07/2010 | 10010 | WILLIAM G. WEST, P.C. | 6/4/2010 #384 | 3410-000 | | $5,665.00 | $62.40 |
| 06/07/2010 | 10011 | WILLIAM G. WEST, P.C. | 6/4/2010 #384 | 3420-000 | | $62.40 | $0.00 |
| 07/13/2010 | | Transfer From Acct#******4031 | 7/13/2010 #392 | 9999-000 | $7,978.24 | | $7,978.24 |
| 07/13/2010 | 10012 | TOW & KOENIG, PLLC | 7/13/2010 #392 | 6110-000 | | $7,572.90 | $405.34 |
| 07/13/2010 | 10013 | TOW & KOENIG, PLLC | 7/13/2010 #392 | 6120-000 | | $405.34 | $0.00 |
| 07/28/2010 | | Transfer From Acct#******4031 | 7/6/2010 #390 | 9999-000 | $18,587.00 | | $18,587.00 |
| 07/28/2010 | 10014 | Slattery, Marino and Roberts | 7/6/2010 #390 | 3210-600 | | $18,587.00 | $0.00 |
| 10/27/2010 | | Transfer From: Money Market # ******4031 | Transfer to Close Account | 9999-000 | $95,844.98 | | $95,844.98 |

**SUBTOTALS**          $645,631.22          $549,786.24

# FORM 2

Page No: 2          Exhibit B

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 08-34031-H4-7 |
| **Case Name:** | TEXAS STANDARD OIL COMPANY |
| **Primary Taxpayer ID #:** | ******5803 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/26/2008 |
| **For Period Ending:** | 10/27/2010 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Bank Name:** | Sterling Bank |
| **Checking Acct #:** | ******4031 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $645,631.22 | $549,786.24 | $95,844.98 |
| | | | **Less: Bank transfers/CDs** | | $645,631.22 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $549,786.24 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $549,786.24 | |

**For the period of 6/26/2008 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $645,631.22 |
| | |
| Total Compensable Disbursements: | $549,786.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $549,786.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/04/2009 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $645,631.22 |
| | |
| Total Compensable Disbursements: | $549,786.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $549,786.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

Page No: 3          Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-34031-H4-7 | |
| **Case Name:** | TEXAS STANDARD OIL COMPANY | |
| **Primary Taxpayer ID #:** | ******5803 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/26/2008 | |
| **For Period Ending:** | 10/27/2010 | |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******4031 |
| **Account Title:** | Money Market |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/04/2009 | (3) | Sandalwood Exploration,L.P. | INTEREST IN LEASE | 1110-000 | $4,798.96 | | $4,798.96 |
| 05/05/2009 | (4) | Apache Corporation | ROYALTIES FOR MAIN PASS | 1110-000 | $628.10 | | $5,427.06 |
| 05/29/2009 | (8) | MOSH HOLDING, LP | ACCOUNT RECEIVABLE | 1221-000 | $2,631.23 | | $8,058.29 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.18 | | $8,058.47 |
| 06/05/2009 | (4) | APACHE CORPORATION | ROYALTIES FOR MAIN PASS | 1110-000 | $867.54 | | $8,926.01 |
| 06/22/2009 | (3) | SANDALWOOD EXPLORATION, LP | INTEREST IN LEASE | 1110-000 | $3,661.55 | | $12,587.56 |
| 06/24/2009 | (3) | Scandalwood Exploration,L.P. | INTEREST IN LEASE | 1110-000 | $1,967.79 | | $14,555.35 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.40 | | $14,555.75 |
| 07/24/2009 | (3) | Sandalwood Exploration,L.P. | INTEREST IN LEASE | 1110-000 | $101.33 | | $14,657.08 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.62 | | $14,657.70 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.62 | | $14,658.32 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.60 | | $14,658.92 |
| 10/14/2009 | | Transfer To Checking Account # ******4031 | Transfer For Bond Payment | 9999-000 | | $22.61 | $14,636.31 |
| 10/28/2009 | (2) | Grimes Energy Co. | OCS-G 31056 LEASE, COVERING ALL OF BLOCK A-96, HIGH ISLAND AREA,FEDERAL WATERS OFFSHORE | 1110-000 | $10,000.00 | | $24,636.31 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.66 | | $24,636.97 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.01 | | $24,637.98 |
| 12/29/2009 | | Transfer To Acct#******4031 | 12/15/2009 #346 | 9999-000 | | $20,000.00 | $4,637.98 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.96 | | $4,638.94 |
| 01/20/2010 | (15) | ENCOREBANK | BANK ACCOUNT BALANCE | 1129-000 | $19,972.73 | | $24,611.67 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.47 | | $24,612.14 |
| 02/23/2010 | | Transfer To Acct#******4031 | 12/15/2009 #346 | 9999-000 | | $11,459.72 | $13,152.42 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.85 | | $13,153.27 |
| 03/31/2010 | (9) | MOSH FUNDS | 3/26/2010 #365 | 1121-000 | $600,956.55 | | $614,109.82 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.96 | | $614,111.78 |
| 03/31/2010 | | Transfer To Acct#******4031 | 3/26/2010 #365 | 9999-000 | | $486,011.27 | $128,100.51 |

**SUBTOTALS**     $645,594.11     $517,493.60

# FORM 2

Page No: 4          Exhibit B

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 08-34031-H4-7 |
| Case Name: | TEXAS STANDARD OIL COMPANY |
| Primary Taxpayer ID #: | ******5803 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/26/2008 |
| For Period Ending: | 10/27/2010 |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | ******4031 |
| Account Title: | Money Market |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $5.26 | | $128,105.77 |
| 05/20/2010 | (2) | Mariner Energy,Inc. | | 1110-000 | $2,199.53 | | $130,305.30 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $5.45 | | $130,310.75 |
| 06/03/2010 | (2) | DEP REVERSE: Mariner Energy,Inc. | CHECK WAS SENT BACK TO BANK | 1110-000 | ($2,199.53) | | $128,111.22 |
| 06/07/2010 | | Transfer To Acct#******4031 | 6/4/2010 #384 | 9999-000 | | $5,727.40 | $122,383.82 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $5.08 | | $122,388.90 |
| 07/13/2010 | | Transfer To Acct#******4031 | 7/13/2010 #392 | 9999-000 | | $7,978.24 | $114,410.66 |
| 07/28/2010 | | Transfer To Acct#******4031 | 7/6/2010 #390 | 9999-000 | | $18,587.00 | $95,823.66 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $4.89 | | $95,828.55 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $4.07 | | $95,832.62 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $3.94 | | $95,836.56 |
| 10/04/2010 | (4) | Apache Corp. | INTEREST IN OIL | 1110-000 | $5.01 | | $95,841.57 |
| 10/27/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 10/27/2010 | 1270-000 | $3.41 | | $95,844.98 |
| 10/27/2010 | | Transfer To: Checking Account # ******4031 | Transfer to Close Account | 9999-000 | | $95,844.98 | $0.00 |
| | | SUBTOTALS | | | $37.11 | $128,137.62 | |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-34031-H4-7 | **Trustee Name:** Rodney Tow |
| **Case Name:** | TEXAS STANDARD OIL COMPANY | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******5803 | **Money Market Acct #:** ******4031 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market |
| **For Period Beginning:** | 6/26/2008 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 10/27/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $645,631.22 | $645,631.22 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $645,631.22 | |
| | | | **Subtotal** | | $645,631.22 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $645,631.22 | $0.00 | |

**For the period of  6/26/2008 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $645,631.22 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $645,631.22 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $645,631.22 |

**For the entire history of the account between 05/04/2009 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $645,631.22 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $645,631.22 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $645,631.22 |

# FORM 2

**Page No:** 6          Exhibit B

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-34031-H4-7 | |
| **Case Name:** | TEXAS STANDARD OIL COMPANY | |
| **Primary Taxpayer ID #:** | ******5803 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/26/2008 | |
| **For Period Ending:** | 10/27/2010 | |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******4031 |
| **Account Title:** | Money Market |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $645,631.22 | $549,786.24 | $95,844.98 |

| **For the period of 6/26/2008 to 10/27/2010** | | **For the entire history of the case between 04/02/2009 to 10/27/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $645,631.22 | Total Compensable Receipts: | $645,631.22 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $645,631.22 | Total Comp/Non Comp Receipts: | $645,631.22 |
| Total Internal/Transfer Receipts: | $645,631.22 | Total Internal/Transfer Receipts: | $645,631.22 |
| | | | |
| Total Compensable Disbursements: | $549,786.24 | Total Compensable Disbursements: | $549,786.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $549,786.24 | Total Comp/Non Comp Disbursements: | $549,786.24 |
| Total Internal/Transfer Disbursements: | $645,631.22 | Total Internal/Transfer Disbursements: | $645,631.22 |

**CLAIM ANALYSIS REPORT**

Page No: 1          Exhibit C

| Case No. | 08-34031-H4-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | TEXAS STANDARD OIL COMPANY | Date: | 10/27/2010 |
| Claims Bar Date: | 04/28/2009 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HUGHES, WATTERS & ASKANASE, LLP 333 CLAY, 29TH FLOOR HOUSTON, TX 77002 | 06/29/2009 | 507(a) 2 -- 502(f) UNSECURED -- | Allowed | 6210-160 | $0.00 | $188,672.66 | $75,581.33 | $75,581.33 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** 6/29/2009 #300 and 3/26/2010 #365 | | | | | | | | | | | | |
| | CARSON AND ROLLINS, LLC PO BOX 79429 HOUSTON TX 77279 | 06/29/2009 | 507(a) 2 -- 502(f) UNSECURED -- | Allowed | 6700-340 | $0.00 | $39,462.50 | $15,921.49 | $15,921.49 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** 6/29/2009 #299 and 3/26/2010 #365 | | | | | | | | | | | | |
| | TOW & KOENIG, PLLC 26219 OAK RIDGE DRIVE THE WOODLANDS TX 77380 | 12/29/2009 | 507(A) 1 -- Trustee Attorney Expenses | Allowed | 6120-000 | $0.00 | $897.66 | $897.66 | $897.66 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** ATTORNEY EXPENSES | | | | | | | | | | | | |
| | TOW & KOENIG, PLLC 26219 OAK RIDGE DRIVE THE WOODLANDS TX 77380 | 12/29/2009 | 507(A) 1 -- Trustee Attorney Fees | Allowed | 6110-000 | $0.00 | $38,540.30 | $38,540.30 | $38,540.30 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** ATTORNEY FEES | | | | | | | | | | | | |
| | MARINER ENERGY, INC. / MARINER ENERGY RESOURCES, I c/o Bradley L. DeLuca 4 Houston Center 1221 Lamar, Suite 1000 Tex as 77010 | 10/29/2008 | 507(A) 1 -- CHAPTER 11 OTHER | Allowed | 6710-000 | $0.00 | $440,000.00 | $274,508.45 | $274,508.45 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** 3/26/2010 #365 | | | | | | | | | | | | |
| | WILLIAM G. WEST, P.C. CERTIFIED PUBLIC ACCOUNTANT 12345 JONES ROAD, STE. 120 HOUSTON TX 77070 | 04/30/2010 | 507(A) 1 -- 503(b) ADMINISTRATIVE OTHER PROFESSIONAL FEES | Allowed | 3410-000 | $0.00 | $5,665.00 | $5,665.00 | $5,665.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** ACCOUNTANT FEES | | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 2          Exhibit C

| | |
|---|---|
| Case No. | 08-34031-H4-7 |
| Case Name: | TEXAS STANDARD OIL COMPANY |
| Claims Bar Date: | 04/28/2009 |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Date: | 10/27/2010 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WILLIAM G. WEST, P.C.<br><br>CERTIFIED PUBLIC ACCOUNTANT<br>12345 JONES ROAD, STE. 120<br>HOUSTON TX 77070 | 04/30/2010 | 507(a) 1 -- 503(b) ADMINISTRATIVE OTHER PROFESSIONAL EXPENSES | Allowed | 3420-000 | $0.00 | $62.40 | $62.40 | $62.40 | $0.00 | $0.00 | $0.00 |

Claim Notes:    ACCOUNTANT EXPENSES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SLATTERY, MARINO AND ROBERTS | 06/03/2010 | 507(a) 1 -- 503(b) ADMINISTRATIVE OTHER PROFESSIONAL FEES | Allowed | 3210-600 | $0.00 | $18,587.00 | $18,587.00 | $18,587.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:    Special Counsel for Trustee

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RODNEY D. TOW<br><br>26219 Oak Ridge Drive<br>The Woodlands TX 77380 | 04/13/2010 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $35,531.56 | $35,531.56 | $0.00 | $0.00 | $0.00 | $35,531.56 |
| | MARINER ENERGY, INC. MARINER ENERGY RESOURCES, INC./MARINER ENERGY RESOURCES, INC. | 06/04/2010 | 507(A) 1 -- OTHER | Allowed | 2990-000 | $0.00 | $120,000.00 | $120,000.00 | $120,000.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:    3/26/2010 #365

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RODNEY TOW, TRUSTEE | 06/04/2010 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $103.63 | $103.63 | $0.00 | $0.00 | $0.00 | $103.63 |

Claim Notes:    TRUSTEE EXPENSES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EDWARD ZIEGLER<br>5065 Westheimer, Suite 810<br>Houston TX 77056 | 07/11/2008 | UNSECURED | Allowed | 7100-000 | $0.00 | $24,375.00 | $24,375.00 | $0.00 | $0.00 | $0.00 | $24,375.00 |

Claim Notes:    GENERAL UNSECURED

**CLAIM ANALYSIS REPORT**

Page No: 3          Exhibit C

Case No.          08-34031-H4-7                    Trustee Name:    Rodney Tow
Case Name:        TEXAS STANDARD OIL COMPANY        Date:            10/27/2010
Claims Bar Date:  04/28/2009

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILIDELPHIIA PA 19114 | 04/26/2010 | OTHER PRIORITY | Amended | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | CLAIM AMENDED TO -0- | | | | | | | | | | | |
| 3 | HARRIS COUNTY ET AL c/o John P Dillman Linebarger Goggan Blair & Sampson LLP P.O. Box 3064 Houston Tx 772533064 | 08/07/2008 | SECURED | Allowed | 4110-000 | $0.00 | $454.41 | $454.41 | $0.00 | $0.00 | $0.00 | $454.41 |
| **Claim Notes:** | (3-1) Ad Valorem Taxes(3-2) Ad Valorem Taxes | | | | | | | | | | | |
| 4 | PAT JOHNSON 9 Greenway Plaza, Suite 3040 Tex as 77046 | 10/20/2008 | UNSECURED | Allowed | 7100-000 | $0.00 | $85,223.00 | $85,223.00 | $0.00 | $0.00 | $0.00 | $85,223.00 |
| **Claim Notes:** | GENERAL UNSECURED | | | | | | | | | | | |
| 5 | SPAGNOLETTI & CO. 401 Louisiana, 8th Fl Houston TX 77002 | 10/29/2008 | UNSECURED | Amended | 7100-000 | $0.00 | $116,514.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | GENERAL UNSECURED AMENDED BY CLAIM NO. 14 | | | | | | | | | | | |
| 6 | FOREST OIL CORPORATION c/o Bradley L DeLuca Johhson Deluca Kennedy Kurisk 1221 Lamar Street Ste 1000 Houston TX 77010 | 10/29/2008 | UNSECURED | Allowed | 7100-000 | $0.00 | $878,153.43 | $878,153.43 | $0.00 | $0.00 | $0.00 | $878,153.43 |
| **Claim Notes:** | General Unsecured | | | | | | | | | | | |
| 7 | MARINER ENERGY, INC./MARINER RESOURCES, INC. 4 Houston Center 1221 Lmar, Ste. 1000 Houston TX 77010 | 06/04/2010 | UNSECURED | Allowed | 7100-000 | $0.00 | $5,837,959.35 | $879,947.30 | $0.00 | $0.00 | $0.00 | $879,947.30 |
| **Claim Notes:** | Amended and Reduced to General Unsecured | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 4          Exhibit C

Case No.          08-34031-H4-7                                    Trustee Name:     Rodney Tow
Case Name:        TEXAS STANDARD OIL COMPANY                       Date:             10/27/2010
Claims Bar Date:  04/28/2009

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | TEXAS STANDARD OIL & GAS LP<br>9 Greenway Plaza Ste 3040<br>Houston TX 77046 | 10/29/2008 | UNSECURED | Allowed | 7100-000 | $0.00 | $37,500.00 | $37,500.00 | $0.00 | $0.00 | $0.00 | $37,500.00 |
| **Claim Notes:** | GENERAL UNSECURED | | | | | | | | | | | |
| 9 | PETROVAL, INC.<br>2009 Huldy<br>Tex as 77019 | 10/29/2008 | UNSECURED | Allowed | 7100-000 | $0.00 | $93,000.00 | $93,000.00 | $0.00 | $0.00 | $0.00 | $93,000.00 |
| **Claim Notes:** | GENERAL UNSECURED | | | | | | | | | | | |
| 10 | GRIMES ENERGY COMPANY<br>11 Greenway, Suite 2902<br>Houston TX 77046 | 10/29/2008 | UNSECURED | Allowed | 7100-000 | $0.00 | $55,800.00 | $55,800.00 | $0.00 | $0.00 | $0.00 | $55,800.00 |
| **Claim Notes:** | GENERAL UNSECURED | | | | | | | | | | | |
| 11 | HARRIS COUNTY ET AL<br>c/o John P Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston Tx 772533064 | 02/18/2009 | SECURED | Disallowed | 4110-000 | $0.00 | $454.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DUPLICATE SEE CLAIM NO. 3 | | | | | | | | | | | |
| 12 | MS CRESCENT NINE GREENWAY SPV, LLC<br>c/o Bruce J. Ruzinsky<br>Jackson Walker LLP<br>1401 McKinney, Suite 1900<br>Tex as 77010 | 03/25/2009 | UNSECURED | Allowed | 7100-000 | $0.00 | $70,908.07 | $70,908.07 | $0.00 | $0.00 | $0.00 | $70,908.07 |
| **Claim Notes:** | GENERAL UNSECURED | | | | | | | | | | | |
| 13 | EDWARD ZIEGLER<br>5065 Westheimer, Suite 810<br>Houston TX 77056 | 05/06/2009 | UNSECURED | Withdrawn | 7100-000 | $0.00 | $24,375.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | GENERAL UNSECURED | | | | | | | | | | | |
| 14 | SPAGNOLETTI & CO.<br>401 Louisiana, 8th Fl<br>Houston TX 77002 | 07/24/2009 | UNSECURED | Allowed | 7100-000 | $0.00 | $116,514.91 | $116,514.91 | $0.00 | $0.00 | $0.00 | $116,514.91 |
| **Claim Notes:** | GENERAL UNSECURED | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 5          Exhibit C

| | |
|---|---|
| **Case No.** | 08-34031-H4-7 |
| **Case Name:** | TEXAS STANDARD OIL COMPANY |
| **Claims Bar Date:** | 04/28/2009 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date:** | 10/27/2010 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | APACHE CORPORATION<br>ATTN: Chris Barnes<br>2000 Post Oak Blvd., #100<br>Houston TX 77056 | 02/09/2010 | SECURED | Disallowed | 4110-000 | $0.00 | $15,111.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**     (15-1) JIBs

| | | | | | |
|---|---|---|---|---|---|
| $8,243,866.91 | $2,827,274.94 | $549,763.63 | $0.00 | $0.00 | $2,277,511.31 |

**CLAIM ANALYSIS REPORT**

Page No: 6      Exhibit C

| | |
|---|---|
| **Case No.** | 08-34031-H4-7 |
| **Case Name:** | TEXAS STANDARD OIL COMPANY |
| **Claims Bar Date:** | 04/28/2009 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date:** | 10/27/2010 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $35,531.56 | $35,531.56 | $0.00 | $0.00 | $0.00 | $35,531.56 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $103.63 | $103.63 | $0.00 | $0.00 | $0.00 | $103.63 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE OTHER PROFESSIONAL EXPENSES | $62.40 | $62.40 | $62.40 | $0.00 | $0.00 | $0.00 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE OTHER PROFESSIONAL FEES | $24,252.00 | $24,252.00 | $24,252.00 | $0.00 | $0.00 | $0.00 |
| 507(A) 1 -- CHAPTER 11 OTHER | $440,000.00 | $274,508.45 | $274,508.45 | $0.00 | $0.00 | $0.00 |
| 507(A) 1 -- OTHER | $120,000.00 | $120,000.00 | $120,000.00 | $0.00 | $0.00 | $0.00 |
| 507(A) 1 -- Trustee Attorney Expenses | $897.66 | $897.66 | $897.66 | $0.00 | $0.00 | $0.00 |
| 507(A) 1 -- Trustee Attorney Fees | $38,540.30 | $38,540.30 | $38,540.30 | $0.00 | $0.00 | $0.00 |
| 507(a) 2 -- 502(f) UNSECURED -- | $228,135.16 | $91,502.82 | $91,502.82 | $0.00 | $0.00 | $0.00 |
| OTHER PRIORITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SECURED | $16,020.53 | $454.41 | $0.00 | $0.00 | $0.00 | $454.41 |
| UNSECURED | $7,340,323.67 | $2,241,421.71 | $0.00 | $0.00 | $0.00 | $2,241,421.71 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      08-34031-H4-7
Case Name:   TEXAS STANDARD OIL COMPANY
Trustee Name:   Rodney D. Tow

Balance on hand: _____ $95,844.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Harris County et al | $454.41 | $454.41 | $0.00 | $454.41 |
| 11 | Harris County et al | $454.41 | $0.00 | $0.00 | $0.00 |
| 15 | Apache Corporation | $15,111.71 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: _____ $454.41
Remaining balance: _____ $95,390.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Rodney D. Tow, Trustee Fees | $35,531.56 | $0.00 | $35,531.56 |
| RODNEY TOW, TRUSTEE, Trustee Expenses | $103.63 | $0.00 | $103.63 |

Total to be paid for chapter 7 administrative expenses: _____ $35,635.19
Remaining balance: _____ $59,755.38

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $59,755.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $59,755.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,241,421.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Edward Ziegler | $24,375.00 | $0.00 | $649.83 |
| 4 | Pat Johnson | $85,223.00 | $0.00 | $2,272.01 |
| 6 | Forest Oil Corporation | $878,153.43 | $0.00 | $23,411.21 |
| 7 | Mariner Energy, Inc./Mariner Resources, Inc. | $879,947.30 | $0.00 | $23,459.03 |
| 8 | Texas Standard Oil & Gas LP | $37,500.00 | $0.00 | $999.73 |
| 9 | Petroval, Inc. | $93,000.00 | $0.00 | $2,479.34 |
| 10 | Grimes Energy Company | $55,800.00 | $0.00 | $1,487.61 |
| 12 | MS Crescent Nine Greenway SPV, LLC | $70,908.07 | $0.00 | $1,890.38 |
| 14 | Spagnoletti & Co. | $116,514.91 | $0.00 | $3,106.24 |

|  | Total to be paid to timely general unsecured claims: | $59,755.38 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |