**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 08-34031-H4-7** |
| **TEXAS STANDARD OIL** | § | |
| **COMPANY** | § | |
| **DEBTOR** | | |

MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§  11 U.S.C. §374 (A)

The undersigned trustee reports:

_____     The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 X     More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a),  the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: February 23, 2011          */s/ Rodney Tow*
                                   Federal ID # 3196
                                    Rodney D. Tow
                                   Chapter 7 Trustee
                                   26219 Oak Ridge Drive
                                   The Woodlands, TX 77380
                                   281-681-9100

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was sent electronically  to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 23rd  of February, 2011.

                                    */s/ Rodney Tow*
                                   Rodney Tow, Trustee