## DIVIDEND REPORT

Page No: 1

| | | | |
|---|---|---|---|
| **Case No:** | 08-34031-H4-7 | **Date Printed:** | 2/23/2011 |
| **Case Name:** | TEXAS STANDARD OIL COMPANY | **Check Number:** | 10030 |
| **Trustee Name:** | Rodney Tow | **Check Date:** | 02/22/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 4 | PAT JOHNSON<br>9 Greenway Plaza, Suite 3040<br>Tex, as 77046 | $85,223.00 | $2,248.29 |
| 8 | TEXAS STANDARD OIL & GAS LP<br>9 Greenway Plaza Ste 3040<br>Houston, TX 77046 | $37,500.00 | $989.30 |

**Total Check Amount:** $3,237.59

Exhibit "A"